AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| CHER, individually and as Trustee of The Veritas Trust, | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  2:21-cv-8157 JAK (RAOx) |
| MARY BONO, individually and as Trustee of the Bono Collection Trust,  and DOES 1 through 10, inclusive, | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mary Bono, individually and as Trustee of the Bono Collection Trust.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Anderson, Esq.
Sean M. Sullivan, Esq.
Eric H. Lamm, Esq.
Davis Wright Tremaine LLP
865 S. Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566
Tel: (213) 633-6800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Kiry Gray*
CLERK OF COURT

Date:  October 15, 2021

/s/ *Jenny Lam*
*Signature of Clerk or Deputy Clerk*

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Peter Anderson, Esq., Cal. Bar No. 88891
peteranderson@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Street, 24th Floor, Los Angeles, CA 90017-2566
Tel: (213) 633-6800

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHER, individually and as Trustee of The
Veritas Trust,

PLAINTIFF(S),

v.

MARY BONO, individually and as Trustee
of the Bono Collection Trust, and DOES 1
through 10, inclusive,

DEFENDANT(S).

CASE NUMBER

2:21-cv-08157 JAK (RAOx)

## PROOF OF SERVICE - ACKNOWLEDGMENT
## OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of
_____, State of California, and not a
party to the above-entitled cause. On _____, 20_____, I served a true copy of
_____
by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by
depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:
(list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: _____
Executed on _____, 20_____ at_____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of
California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the
service was made.
☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, Daniel Schacht, on behalf of Mary Bono, received a true copy of the within document on October 18, 2021.
(See attached list of documents served)

DocuSigned by:

888A64B3613043D...
*Signature*

Defendant Mary Bono
*Party Served*

1

2

## ATTACHMENT TO PROOF OF SERVICE –
## ACKNOWLEDGMENT OF SERVICE

3    Documents served:

4    1.  Summons and Complaint;

5    2.  Notice of Assignment to United States Judges;

6    3.  Notice to Parties of Court-Directed ADR Program;

7    4.  Notice to Counsel Re Consent to Proceed Before a United States

8        Magistrate Judge;

9    5.  Standing Orders for Civil Cases Assigned to Judge John A. Kronstadt;

10       and

11   6.  Notice of Interested Parties.

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///