| | |
|---|---|
| 1 | DANIEL J. SCHACHT, #259717 |
| | dschacht@donahue.com |
| 2 | MARIO M. CHOI, #243409 |
| | mchoi@donahue.com |
| 3 | HAYLEY M. LENAHAN (*pro hac vice* forthcoming) |
| | hlenahan@donahue.com |
| 4 | DONAHUE FITZGERALD LLP |
| | Attorneys at Law |
| 5 | 1999 Harrison Street, 26th Floor |
| | Oakland, California 94612-3520 |
| 6 | Telephone: (510) 451-3300 |
| | Facsimile: (510) 451-1527 |
| 7 | |
| | Attorneys for Defendant |
| 8 | MARY BONO |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHER, individually and as Trustee of The Veritas Trust, | Case No. 2:21-CV-08157 JAK (RAOx) |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT** |
| v. | |
| MARY BONO, individually and as Trustee of the Bono Collection Trust, and DOES 1 through 10, inclusive, | Date: April 11, 2022 |
| | Time: 8:30 a.m. |
| | Judge: Hon. John A. Kronstadt |
| | Ctrm: 10B |
| Defendants. | |

DONAHUE FITZGERALD LLP
ATTORNEYS AT LAW
OAKLAND

**TO THE COURT, AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 11, 2022, at 8:30 a.m., or as soon as the matter may be heard before the Hon. John A. Kronstadt, in Courtroom 10B, located at the First Street Courthouse, 350 W. First Street, Los Angeles, California, 90012, Defendant Mary Bono, individually and as Trustee of the Bono Collection Trust ("Defendant"), will move this Court to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b).

Defendant seeks an order dismissing the Complaint pursuant to Federal Rule of Civil Procedure 12(b) on the basis that Plaintiff's first claim for a declaratory judgment fails to state a claim, including because it is preempted by the federal Copyright Act, and that Plaintiff's second claim for breach of contract is insufficiently alleged. This motion is made and based on this Notice of Motion and the Memorandum of Points and Authorities filed herewith, the Request for Judicial Notice and exhibits attached thereto, the pleadings and records on file with this Court, and on such oral and documentary evidence as may be presented at the time of hearing.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on December 1, 2021.

Dated: December 8, 2021

Respectfully submitted,

DONAHUE FITZGERALD LLP

By: /s/ Daniel J. Schacht
Daniel J. Schacht
Mario M. Choi
Hayley M. Lenahan
Attorneys for Defendant
MARY BONO