Peter Anderson, Esq., Cal. Bar No. 88891
   peteranderson@dwt.com
Sean M. Sullivan, Esq., Cal. Bar No. 229104
   seansullivan@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
   ericlamm@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiff
CHER, Individually and as
Trustee of The Veritas Trust

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CHER, individually and as Trustee of The Veritas Trust,<br><br>               Plaintiff,<br><br>   v.<br><br>MARY BONO, individually and as Trustee of the Bono Collection Trust, and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 2:21-CV-08157 JAK (RAOx)<br><br>**JOINT REPORT *RE* AGREED-UPON PRIVATE NEUTRAL** |

## JOINT REPORT

Pursuant to this Court's September 12, 2022, Order Setting Pretrial Deadlines (Doc. 28), counsel for plaintiff Cher and counsel for defendant Mary Bono respectfully report that they have agreed upon Gail Migdal Title as the private neutral.

Dated: September 23, 2022

/s/ Peter Anderson
Peter Anderson, Esq.
Sean M. Sullivan, Esq.
Eric H. Lamm, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Plaintiff
CHER
Individually and as Trustee of
The Veritas Trust

Dated: September 23, 2022

/s/ Daniel J. Schacht
Daniel J. Schacht, Esq.
Mario M. Choi, Esq.
Hayley M. Lenahan, Esq.
DONAHUE FITZGERALD LLP
Attorneys for Defendant
MARY BONO

## Attestation Regarding Signatures

The undersigned attests that all signatories listed and on whose behalf this filing is submitted concur in this filing's content and have authorized its filing.

Dated: September 23, 2022

/s/ Peter Anderson
Peter Anderson, Esq.