Peter Anderson, Esq., Cal. Bar No. 88891
   peteranderson@dwt.com
Sean M. Sullivan, Esq., Cal. Bar No. 229104
   seansullivan@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
   ericlamm@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiff
CHER, Individually and as
Trustee of The Veritas Trust

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHER, *etc.*,<br><br>             Plaintiff,<br><br>  v.<br><br>MARY BONO, *etc.*, *et al.*,<br><br>            Defendants. | Case No. 2:21-CV-08157 JAK (RAOx)<br><br>JOINT REPORT *RE* MEDIATION |

1  Pursuant to this Court's Order Setting Pretrial Deadlines (Doc. 30), the parties
2  submit this Joint Report to advise the Court that they participated in a mediation on
3  February 9, 2023, and that a settlement was not achieved.

4  Respectfully submitted,

5

6  Dated: February 10, 2023

/s/ Peter Anderson
Peter Anderson, Esq.
Sean M. Sullivan, Esq.
Eric H. Lamm, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Plaintiff
CHER
Individually and as Trustee of
The Veritas Trust

13  Dated: February 10, 2023

/s/ Daniel J. Schacht
Daniel J. Schacht, Esq.
Mario M. Choi, Esq.
Hayley M. Lenahan, Esq.
DONAHUE FITZGERALD LLP
Attorneys for Defendant
MARY BONO

### Attestation Regarding Signatures

The undersigned attests that all signatories listed and on whose behalf this filing is submitted concur in this filing's content and have authorized its filing.

Dated: February 10, 2023

/s/ Peter Anderson
Peter Anderson, Esq.

1