|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| CHER, | No. 2:21-cv-08157-JAK (RAOx) |
|---|---|
| Plaintiff, | **ORDER RE STIPULATION RE ANSWER AND COUNTERCLAIMS (DKT. 46)** |
| v. |  |
| MARY BONO, et al., |  |
| Defendants. |  |

1

Based on a review of the Stipulation re Answer and Counterclaims (the "Stipulation" (Dkt. 46)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

Defendant's April 11, 2023 Answer and Counterclaims constitutes the operative pleading for the purpose of calculating the deadline for Plaintiff to respond to Defendant's Counterclaims.

**IT IS SO ORDERED.**

Dated: April 13, 2023          _____

John A. Kronstadt

United States District Judge