1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CHER, | No. 2:21-cv-08157-JAK (RAOx) |
|---|---|
| Plaintiff, | **ORDER RE STIPULATION TO EXTEND DEADLINES (DKT. 52)** |
| v. | |
| MARY BONO, et al., | |
| Defendants. | |
| AND RELATED CLAIMS | |

1

Based on a review of the Stipulation to Extend Deadlines (the "Stipulation" (Dkt. 52)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

| Event | Current Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Cut-Off | July 17, 2023 | August 28, 2023 |
| Expert Disclosure (Initial) | July 10, 2023 | October 9, 2023 |
| Expert Disclosure (Rebuttal) | July 24, 2023 | October 23, 2023 |
| Expert Discovery Cut-Off | August 7, 2023 | November 6, 2023 |
| Last Date to File All Motions (incl. discovery motions) | August 14, 2023 | November 13, 2023 |
| Oppositions to All Motions | | December 22, 2023 |
| Replies to All Motions | | January 19, 2024 |
| Hearing on All Motions | | February 26, 2024 |

**IT IS SO ORDERED.**

Dated: July 18, 2023

_____

John A. Kronstadt

United States District Judge