1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

CHER,

No. 2:21-cv-08157-JAK (RAOx)

12

   Plaintiff and
   Counterdefendant,

**ORDER RE STIPULATION TO
ENTRY OF ORDER EXTENDING
FACT DISCOVERY CUTOFF AS TO
ONE DEPONENT (DKT. 55)**

13

v.

14

MARY BONO,

15

   Defendant and
   Counterclaimant.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1    Based on a review of the Stipulation to Entry of Order Extending Fact Discovery

2    Cutoff as to One Deponent (the "Stipulation" (Dkt. 55)), sufficient good cause has been

3    shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

4    The cutoff for non-expert discovery is continued from August 28, 2023 to

5    September 5, 2023 for the limited purpose of conducting the deposition of Plaintiff.

6

7

8    **IT IS SO ORDERED.**

9

10   Dated:  August 31, 2023        _____

11                                  John A. Kronstadt

12                                  United States District Judge