Plaintiff and Counterdefendant's MSJ

# Exhibit 7

# Certificate of Recordation

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

Acting United States Register of Copyrights and Director

October 14, 2016

Date Of Recordation

| Volume | Doc. No. |
|---|---|
| 9927 | 332 |

EXHIBIT 25

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778 (toll free).

**Privacy Act Notice:** Sections 205 and 705 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for recordation. By providing this information, you are agreeing to routine uses of the information that include publication to give legal notice of your recordation pursuant to 17 U.S.C. §§ 205 and 705. The information will appear in the Office's online Public Catalog. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

# Form DCS (Document Cover Sheet)

**For Recordation of Documents under 17 U.S.C. §205**

UNITED STATES COPYRIGHT OFFICE

*Volume* 9927 *Document* 332

*Volume* ______ *Document* ______

*Date of recordation* M 10 D 14 Y 16
(ASSIGNED BY THE COPYRIGHT OFFICE)

*Funds received* ______

DO NOT WRITE ABOVE THIS LINE • SEE INSTRUCTIONS

*To the Register of Copyrights: Please record the accompanying original document or its properly certified copy.*

**1** First party name given in the document: Cotillion Music Inc.

(IMPORTANT: *Please read instruction for this and other spaces.*)

**2** First title given in the document: 900 QUETZALS

**3** Total number of titles in the document: 109

**4** Return receipt requested: ☑ If checked, please enclose a self-addressed postage-paid envelope.

**5** Electronic title list enclosed: ☐ If checked, please enclose an acceptable digital storage medium containing a properly formatted title list.

**6** Amount of fee calculated: $490

**7** Fee enclosed: ☑ Check ☐ Money order

☐ Fee authorized to be charged to Copyright Office deposit account

Deposit account number ______

Deposit account name ______

**8** Completeness of document: ☑ All attachments referenced in this document are included.

☐ One or more attachments referenced in this document is missing but (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.

**9** Certification of photocopied documents: Complete this certification if a photocopy of the original signed document is being submitted instead of the document bearing the actual original signature.

**NOTE:** This space may not be used for documents that require an official certification.

**I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.**

Signature [signature] Date 10/3/2016

Duly authorized agent of Mary Bono, Chianna Maria Bono and Chesare Elan Bono

**10** Return to

Name Alter, Kendrick & Baron, LLP

Number/street 156 Fifth Avenue Apt/suite 1208

City New York State NY Zip 10010

Phone number 212-707-8377 Fax number 212-647-8317

Email katie.baron@akbllp.com

**SEND TO:** *Library of Congress, Copyright Office-DOC, 101 Independence Avenue SE, Washington, DC 20559-6000*

**INCLUDE ALL OF THESE TOGETHER:** (1) two copies of this form; (2) payment from a deposit account or by check/money order payable to *Register of Copyrights*; (3) your document; (4) if a return receipt is requested, a self-addressed postage-paid envelope; (5) if enclosing an electronic title list, an acceptable digital storage medium containing a title list in the prescribed format.

FORM DCS REVIEWED: 11/2014 Printed on recycled paper

C-000149

Case 2:21-cv-08157-JAK-RAO Document 18-2 Filed 12/08/21 Page 47 of 63 Page ID #:203

V9927 D332 P 1

**VIA FIRST-CLASS CERTIFIED MAIL RETURN RECEIPT REQUESTED**

September 30, 2016

Cotillion Music Inc.
c/o Warner Chappell Music Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025-4921

Chappell-Co Inc.
c/o Warner Chappell Music Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025

Greene Knight Music
c/o Warner Chappell Music Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025-4921

Sound Harmonics
c/o Warner Chappell Music Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025-4921

Glenmar Publishing Company
c/o Warner Chappell Music Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025-4921

Super Sayin Publishing
c/o Universal Music Corporation
2100 Colorado Avenue
Santa Monica, CA 90404-3504

Universal Music Z Songs
c/o Universal Music Corporation
2100 Colorado Avenue
Santa Monica, CA 90404-3504

50 Cent Music
c/o Universal Music Corporation
2100 Colorado Avenue
Santa Monica, CA 90404

Songs of Universal Inc.
2100 Colorado Avenue
Santa Monica, CA 90404

Universal Music Corporation
2100 Colorado Avenue
Santa Monica, CA 90404

Ten-East Music
24 Schooner Hill
Oakland, CA 94618

EMI Unart Catalog Inc.
8 Music Square West
Nashville, TN 37203-3204

Mother Bertha Music Inc.
8 Music Square West
Nashville, TN 37203-3204

Sony/ATV Songs LLC
c/o Sony/ATV Music Publishing
8 Music Square West
Nashville, TN 37203-3204

Conrad Music
c/o BMG Platinum Songs US
1745 Broadway, 19th Floor
New York, NY 10019

Arc Music
c/o BMG Platinum Songs US
1745 Broadway, 19th Floor
New York, NY 10019

Crow Jane Alley Music
c/o BMG Rights Management
US LLC
d/b/a BMG Bumblebee
6100 Wilshire Blvd. Suite 1600
Los Angeles, CA 90048-5465

BMG Ruby Songs
c/o BMG Rights Management
US LLC
1745 Broadway, 19th Floor
New York, NY 10019

Larina Music
c/o Cohen and Cohen
1180 S. Beverly Drive Suite 510
Los Angeles, CA 90035-1157

Laughter Music
PO Box 2630
Hollywood, CA 90028

Murbo Music Publishing Inc.
5 W. 37th Street, Floor 6
New York, NY 10018-5349

Peermusic III Ltd.
250 W. 57th Street, Suite 820
New York, NY 10107-0814

Hidle Music
c/o TH and J Publishing
P.O. Box 31428
Houston, TX 77231-1428

Little Darlin Music
24902 Malibu Road
Malibu, CA 90265-4618

Reservoir Media Music
c/o Reservoir Media
Management Inc.
225 Varick Street
6th Floor, Suite 600
New York, NY 10014

**RE: NOTICE OF TERMINATION UNDER 17 U.S.C. Section 304(c)**

Dear Sir or Madam:

Pursuant to 17 U.S.C. Section 304(c), notice of termination of the grant of the transfer or license of copyright and of any rights under copyright with respect to the musical compositions listed below is hereby served by the successors of the deceased author Salvatore Phillip Bono a.k.a. Don Christy a.k.a. Sonny Bono ("Sonny Bono"). Sonny Bono's surviving spouse is Mary Bono. Sonny Bono's sole surviving children are Chianna Maria Bono, Chesare Elan Bono, Christy Bono and Chaz Salvatore Bono. The persons executing this notice who constitute more than one-half of Sonny Bono's termination interest are Mary Bono (50%), Chianna Maria Bono (12.5%) and Chesare Elan Bono (12.5%).

To the best knowledge and belief of the undersigned, this notice has been signed by all persons whose signature is necessary to terminate the grant under section 304(c) of title 17, U.S.C., or by their duly authorized agents. This notice is being served on the grantee or the grantee's successor in title whose rights are being terminated at each of the addresses identified below.

Name of Each Grantee Whose Rights Are Being Terminated, or the Grantee's Successor in Title, and Each Address at Which Service of the Notice Is Being Made:

Cotillion Music Inc.
c/o Warner Chappell Music Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025-4921

Chappell-Co Inc.
c/o Warner Chappell Music Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025

Greene Knight Music
c/o Warner Chappell Music Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025-4921

Sound Harmonics
c/o Warner Chappell Music Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025-4921

Glenmar Publishing Company
c/o Warner Chappell Music Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025-4921

Super Sayin Publishing
c/o Universal Music Corporation
2100 Colorado Avenue
Santa Monica, CA 90404-3504

Universal Music Z Songs
c/o Universal Music Corporation
2100 Colorado Avenue
Santa Monica, CA 90404-3504

50 Cent Music
c/o Universal Music Corporation
2100 Colorado Avenue
Santa Monica, CA 90404

Songs of Universal Inc.
2100 Colorado Avenue
Santa Monica, CA 90404

Universal Music Corporation
2100 Colorado Avenue
Santa Monica, CA 90404

Ten-East Music
24 Schooner Hill
Oakland, CA 94618

EMI Unart Catalog Inc.
8 Music Square West
Nashville, TN 37203-3204

Mother Bertha Music Inc.
8 Music Square West
Nashville, TN 37203-3204

Sony/ATV Songs LLC
c/o Sony/ATV Music Publishing
8 Music Square West
Nashville, TN 37203-3204

Conrad Music
c/o BMG Platinum Songs US
1745 Broadway, 19th Floor
New York, NY 10019

Arc Music
c/o BMG Platinum Songs US
1745 Broadway, 19th Floor
New York, NY 10019

Crow Jane Alley Music
c/o BMG Rights Management
US LLC
d/b/a BMG Bumblebee
6100 Wilshire Blvd. Suite 1600
Los Angeles, CA 90048-5465

BMG Ruby Songs
c/o BMG Rights Management
US LLC
1745 Broadway, 19th Floor
New York, NY 10019

Larina Music
c/o Cohen and Cohen
1180 S. Beverly Drive Suite 510
Los Angeles, CA 90035-1157

Laughter Music
PO Box 2630
Hollywood, CA 90028

Murbo Music Publishing Inc.
5 W. 37th Street, Floor 6
New York, NY 10018-5349

Peermusic III Ltd.
250 W. 57th Street, Suite 820
New York, NY 10107-0814

Little Darlin Music
24902 Malibu Road
Malibu, CA 90265-4618

Hidle Music
c/o TH and J Publishing
P.O. Box 31428
Houston, TX 77231-1428

Reservoir Media Music
c/o Reservoir Media Management Inc.
225 Varick Street
6th Floor, Suite 600
New York, NY 10014

Title of Work: See Schedule A

Name of At Least One Author: Sonny Bono

Date Copyright Was Originally Secured: See Schedule A

Original Copyright Registration Number: See Schedule A

Brief Statement Reasonably Identifying the Grant(s) To Which the Notice of Termination Applies: All exclusive or nonexclusive grants of transfer or license of copyright, of any rights under copyright and all rights of copyright proprietor, including administration, recording and performance rights, in and to the above work

Effective Date of Termination: See Schedule A

Name / Relationship to Deceased Author / Percentage of Author's Termination Interest and Address of Each Person Terminating Grant:

Mary Bono / Widow of Author / 50%
c/o Alter, Kendrick & Baron, LLP
156 Fifth Avenue, Suite 1208
New York, NY 10010

Chianna Maria Bono / Daughter of Author / 12.5%
c/o Alter, Kendrick & Baron, LLP
156 Fifth Avenue, Suite 1208
New York, NY 10010

Chesare Elan Bono / Son of Author / 12.5%
c/o Alter, Kendrick & Baron, LLP
156 Fifth Avenue, Suite 1208
New York, NY 10010

Signature: [signature]

Lisa Alter, Attorney-in-Fact and duly authorized agent for Mary Bono, Chianna Maria Bono and Chesare Elan Bono
c/o Alter, Kendrick & Baron, LLP
156 Fifth Avenue, Suite 1208
New York, NY 10010

V9927 D332 P 4

**SCHEDULE A**

| Work Title | Date Copyright Was Originally Secured | Original Copyright Registration Number | Effective Date of Termination |
|---|---|---|---|
| 900 QUETZALS | 10/11/1965 | EU907084 | 10/11/2021 |
| B.J. QUETZAL | 10/11/1965 | EU907085 | 10/11/2021 |
| BABY, DON'T GO | 4/2/1965 | EU875079 | 4/2/2021 |
| BANG BANG | 2/17/1966 | EU925604 | 2/17/2022 |
| BANG BANG | 4/15/1966 | EP215557 | 4/15/2022 |
| BEAT GOES ON, THE | 12/30/1966 | EU972894 | 12/30/2022 |
| BEAT GOES ON, THE | 3/16/1967 | EP244389 | 3/16/2023 |
| BEAUTIFUL STORY, A | 5/11/1967 | EU994871 | 5/11/2023 |
| BEAUTIFUL STORY, A | 3/28/1968 | EP245554 | 3/28/2024 |
| BIGGEST FOOL, THE | 6/25/1962 | EU725221 | 9/30/2018 |
| BOY NEXT DOOR, THE | 10/11/1965 | EU910887 | 10/11/2021 |
| BUT I CAN'T LOVE YOU MORE | 9/22/1967 | EU15967 | 9/22/2023 |
| BUT YOU'RE MINE | 9/23/1965 | EU904404 | 9/23/2021 |
| BUT YOU'RE MINE | 10/27/1967 | EP244925 | 10/27/2023 |
| C.C. BLUES | 11/26/1965 | EU917385 | 11/26/2021 |
| CAN IT BE? | 3/10/1958 | EU515964 | 9/30/2018 |
| CHASTITY LOVE THEME | 7/30/1969 | EU128849 | 7/30/2025 |
| CIRCUS | 2/14/1968 | EU36875 | 2/14/2024 |
| DON'T TALK TO STRANGERS | 6/20/1966 | EU944611 | 6/20/2022 |
| DREAM BABY | 4/2/1965 | EU875080 | 4/2/2021 |
| DREAM BABY | 3/20/1968 | EU43877 | 3/20/2024 |
| EVERYDAY | 3/8/1962 | EU709915 | 9/30/2018 |
| FIRST TIME, THE | 10/9/1969 | EU141751 | 10/9/2025 |
| FLIPPIN' | 11/18/1957 | EU503005 | 9/30/2018 |
| FLOWERS | 7/30/1969 | EU128846 | 7/30/2025 |
| GEORGIA AND JOHN QUETZAL | 10/27/1965 | EP209228 | 10/27/2021 |
| GET IT TOGETHER | 5/21/1970 | EU183800 | 5/21/2026 |
| GO SHOUT IT ON THE MOUNTAIN | 11/26/1965 | EU917383 | 11/26/2021 |
| GOOD TIMES | 5/16/1966 | EU939061 | 5/16/2022 |
| GOOD TIMES | 3/28/1968 | EP245555 | 3/28/2024 |
| HAVE I STAYED TOO LONG? | 4/18/1966 | EU934808 | 4/18/2022 |
| HAVE I STAYED TOO LONG? | 6/10/1966 | EU941580 | 6/10/2022 |
| HEY, NOW | 10/7/1957 | EU496446 | 9/30/2018 |
| HOLD YOU TIGHTER | 6/11/1970 | EU192906 | 6/11/2026 |
| I CAN'T DANCE | 11/26/1965 | EU917384 | 11/26/2021 |
| I FEEL SOMETHING IN THE AIR | 7/29/1966 | EU950780 | 7/29/2022 |
| I GOT YOU, BABE | 7/15/1965 | EU893024 | 7/15/2021 |
| I GOT YOU, BABE | 8/24/1965 | EP207869 | 8/24/2021 |
| I JUST SIT THERE | 11/2/1967 | EU22313 | 11/2/2023 |
| I KNOW | 8/10/1959 | EU590412 | 9/30/2018 |
| I LIKE IT, JUST LIKE THAT | 4/18/1960 | EU621139 | 9/30/2018 |
| I LOOKED FOR YOU | 11/4/1965 | EU911372 | 11/4/2021 |
| I LOST ALL FAITH | 6/3/1965 | EP209159 | 6/3/2021 |
| I TOLD MY GIRL TO GO AWAY | 9/6/1967 | EU13687 | 9/6/2023 |
| I WOULD MARRY YOU TODAY | 9/22/1967 | EU15969 | 9/22/2023 |
| IF YOU ONLY KNEW THE THINGS YOU DO TO ME | 2/10/1958 | EU510635 | 9/30/2018 |
| I'M GONNA HOLD YOU TIGHTER | 12/8/1969 | EU151152 | 12/8/2025 |
| I'M GONNA LOVE YOU | 10/25/1965 | EU909021 | 10/25/2021 |
| I'M MAD AT YOU | 10/27/1958 | EU548294 | 9/30/2018 |

C-000153

V9927 D332 P 5

**SCHEDULE A**

| Work Title | Date Copyright Was Originally Secured | Original Copyright Registration Number | Effective Date of Termination |
|---|---|---|---|
| IT'S GONNA RAIN | 6/1/1965 | EU885874 | 6/1/2021 |
| IT'S GONNA RAIN | 9/22/1965 | EP209389 | 9/22/2021 |
| IT'S THE LITTLE THINGS | 6/13/1966 | EU943567 | 6/13/2022 |
| IT'S THE LITTLE THINGS | 3/28/1968 | EP245553 | 3/28/2024 |
| I'VE BEEN CHEATED | 7/20/1961 | EU679430 | 9/30/2018 |
| JUST A NAME | 6/3/1966 | EU942157 | 6/3/2022 |
| JUST YOU | 9/22/1965 | EP209390 | 9/22/2021 |
| JUST YOU | 10/11/1965 | EU910888 | 10/11/2021 |
| KOKO JOE | 7/25/1958 | EU534828 | 9/30/2018 |
| KOKO JOE | 7/10/1967 | EP234992 | 7/10/2023 |
| LAUGH AT ME | 8/2/1965 | EU895183 | 8/2/2021 |
| LAUGH AT ME | 9/22/1965 | EP209391 | 9/22/2021 |
| LITTLE MAN | 9/9/1966 | EU962466 | 9/9/2022 |
| LITTLE MAN | 11/1/1966 | EP223940 | 11/1/2022 |
| LITTLE MISS COOL | 7/20/1961 | EU679433 | 9/30/2018 |
| LIVING FOR YOU | 11/30/1966 | EU968124 | 11/30/2022 |
| LOVE, DON'T COME | 2/1/1966 | EU922387 | 2/1/2022 |
| MAMA | 1/27/1967 | EU978370 | 1/27/2023 |
| MARCI-PARCI QUETZAL | 10/11/1965 | EU907083 | 10/11/2021 |
| MIDNIGHT SURF | 11/4/1965 | EU911374 | 11/4/2021 |
| MONDAY | 9/9/1966 | EU962468 | 9/9/2022 |
| MOTEL I | 7/30/1969 | EU128847 | 7/30/2025 |
| MOTEL II | 7/30/1969 | EU128848 | 7/30/2025 |
| MY BEST FRIEND'S GIRL IS OUT OF SIGHT | 9/22/1967 | EU15970 | 9/22/2023 |
| NEEDLES AND PINS | 3/8/1963 | EP173237 | 3/8/2019 |
| NEEDLES AND PINS | 6/10/1963 | EP176372 | 6/10/2019 |
| ONE LITTLE ANSWER | 8/24/1959 | EU582465 | 9/30/2018 |
| PAMMIE'S ON A BUMMER | 9/22/1967 | EU15966 | 9/22/2023 |
| PLASTIC MAN | 6/22/1967 | EU1420 | 6/22/2023 |
| PODUNK | 3/6/1967 | EU987285 | 3/6/2023 |
| QUETZAL AND JUDE | 10/11/1965 | EU907082 | 10/11/2021 |
| RED RIVER QUETZAL | 1/6/1966 | EU919258 | 1/6/2022 |
| REVOLUTION KIND, THE | 10/27/1965 | EP209158 | 10/27/2021 |
| SCORE FROM MOTION PICTURE "NEW TIMES" | 12/28/1966 | EU972895 | 12/28/2022 |
| SHE SAID, "YEAH" | 1/26/1959 | EU559274 | 9/30/2018 |
| SHE SAID, "YEAH" | 8/1/1967 | EP235540 | 8/1/2023 |
| SHE'S NO BETTER THAN ME | 11/26/1965 | EU917388 | 11/26/2021 |
| SOMEONE NEW | 12/19/1957 | EU506056 | 9/30/2018 |
| STAN QUETZAL | 10/11/1965 | EU910890 | 10/11/2021 |
| STRING FEVER | 10/10/1966 | EU960699 | 10/10/2022 |
| TEARDROPS | 4/8/1959 | EU571076 | 9/30/2018 |
| THEME FOR CHASTITY | 10/31/1968 | EU82149 | 10/31/2024 |
| THUNDERBIRD | 3/31/1958 | EU519946 | 9/30/2018 |
| TIGHT SWEATER | 8/22/1961 | EU684097 | 9/30/2018 |
| TONY | 8/2/1965 | EU895184 | 8/2/2021 |
| TOUCH AND GO | 3/31/1958 | EU519947 | 9/30/2018 |
| TRUST ME | 5/16/1966 | EU939062 | 5/16/2022 |
| UPTOWN JERK | 10/25/1965 | EU909022 | 10/25/2021 |
| WEARING BLACK | 6/24/1959 | EU582464 | 9/30/2018 |

C-000154

**SCHEDULE A**

| Work Title | Date Copyright Was Originally Secured | Original Copyright Registration Number | Effective Date of Termination |
|---|---|---|---|
| WEARING BLACK | 2/7/1962 | EU705929 | 9/30/2018 |
| WHAT A NIGHT | 8/10/1959 | EU590411 | 9/30/2018 |
| WHERE DO YOU GO? | 10/25/1965 | EU909026 | 10/25/2021 |
| WILL YOU DANCE WITH ME AGAIN? | 11/4/1965 | EU911373 | 11/4/2021 |
| YEAH, YEAH, YEAH | 11/26/1965 | EU917387 | 11/26/2021 |
| YOU AND ME | 9/22/1967 | EU15968 | 9/22/2023 |
| YOU BUG ME, BABY | 10/2/1957 | EU495816 | 9/30/2018 |
| YOU GOTTA HAVE A THING OF YOUR OWN | 8/15/1968 | EU69011 | 8/15/2024 |
| YOU'D BETTER SIT DOWN, KIDS | 9/18/1967 | EU15130 | 9/18/2023 |
| YOU'D BETTER SIT DOWN, KIDS | 2/2/1968 | EP244289 | 2/2/2024 |
| YOU'RE A FRIEND OF MINE | 5/27/1969 | EU118198 | 5/27/2025 |

Case 2:21-cv-08157-JAK-RAO Document 18-2 Filed 12/08/21 Page 53 of 63 Page ID #:209

V9927 D332 P 7

## MAIL MANIFEST REPORT

| Postmark Date | Company | Name | Address | Address2 | City | State | ZIP | Mail Class Service | USPS Certified Tracking# | Total | Reference | User |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/2016 | Cotillion Music Inc. | care of Warner Chappell Music Inc. | 10585 Santa Monica Blvd. | | Los Angeles | CA | 90025-4921 | Certified with Return Receipt (Signature) | 94148102008811 60989719 | $6.23 | Bono | 51866 |
| 09/30/2016 | Chappell-Co Inc. | care of Warner Chappell Music Inc. | 10585 Santa Monica Blvd. | | Los Angeles | CA | 90025- | Certified with Return Receipt (Signature) | 94148102008832 05374887 | $6.23 | Bono | 51866 |
| 09/30/2016 | Greene Knight Music | care of Warner Chappell Music Inc. | 10585 Santa Monica Blvd. | | Los Angeles | CA | 90025-4921 | Certified with Return Receipt (Signature) | 94148102008811 60996717 | $6.23 | Bono | 51866 |
| 09/30/2016 | Sound Harmonics | care of Warner Chappell Music Inc. | 10585 Santa Monica Blvd. | | Los Angeles | CA | 90025-4921 | Certified with Return Receipt (Signature) | 94148102008821 61083079 | $6.23 | Bono | 51866 |
| 09/30/2016 | Glenmar Publishing Company | care of Warner Chappell Music Inc. | 10585 Santa Monica Blvd. | | Los Angeles | CA | 90025-4921 | Certified with Return Receipt (Signature) | 94148102008291 61139986 | $6.23 | Bono | 51866 |
| 09/30/2016 | Super Sayin Publishing | care of Universal Music Corporation | 2100 Colorado Avenue | | Santa Monica | CA | 90404-3504 | Certified with Return Receipt (Signature) | 94148102008821 61091036 | $6.23 | Bono | 51866 |
| 09/30/2016 | Universal Music Z Songs | care of Universal Music Corporation | 2100 Colorado Avenue | | Santa Monica | CA | 90404-3504 | Certified with Return Receipt (Signature) | 94148102007931 44913880 | $6.23 | Bono | 51866 |
| 09/30/2016 | 50 Cent Music | care of Universal Music Corporation | 2100 Colorado Avenue | | Santa Monica | CA | 90404- | Certified with Return Receipt (Signature) | 94148102008811 61015561 | $6.23 | Bono | 51866 |
| 09/30/2016 | | Songs of Universal Inc. | 2100 Colorado Avenue | | Santa Monica | CA | 90404- | Certified with Return Receipt (Signature) | 94148102008281 61195947 | $6.23 | Bono | 51866 |
| 09/30/2016 | | Universal Music Corporation | 2100 Colorado Avenue | | Santa Monica | CA | 90404- | Certified with Return Receipt (Signature) | 94148102008832 05404133 | $6.23 | Bono | 51866 |
| 09/30/2016 | | Ten-East Music | 24 Schooner Hill | | Oakland | CA | 94618- | Certified with Return Receipt (Signature) | 94148102008303 08022139 | $6.23 | Bono | 51866 |
| 09/30/2016 | | EMI Unart Catalog Inc. | 8 Music Square West | | Nashville | TN | 37203-3204 | Certified with Return Receipt (Signature) | 94148102008821 61113189 | $6.23 | Bono | 51866 |
| 09/30/2016 | | Mother Bertha Music Inc. | 8 Music Square West | | Nashville | TN | 37203-3204 | Certified with Return Receipt (Signature) | 94148102008291 61167644 | $6.23 | Bono | 51866 |
| 09/30/2016 | SonyATV Songs LLC | care of SonyATV Music Publishing | 8 Music Square West | | Nashville | TN | 37203-3204 | Certified with Return Receipt (Signature) | 94148102008811 61033312 | $6.23 | Bono | 51866 |
| 09/30/2016 | Conrad Music | care of BMG Platinum Songs US | 1745 Broadway, 19th Floor | | New York | NY | 10019- | Certified with Return Receipt (Signature) | 94148102008832 05418079 | $6.23 | Bono | 51866 |
| 09/30/2016 | Arc Music | care of BMG Platinum Songs US | 1745 Broadway, 19th Floor | | New York | NY | 10019- | Certified with Return Receipt (Signature) | 94148102008811 61039130 | $6.23 | Bono | 51866 |
| 09/30/2016 | Crow Jane Alley Music co BMG Rights Management | US LLC dba BMG Bumblebee | 6100 Wilshire Blvd. Suite 1600 | | Los Angeles | CA | 90048-5465 | Certified with Return Receipt (Signature) | 94148102007931 44947397 | $6.23 | Bono | 51866 |
| 09/30/2016 | BMG Ruby Songs | care of BMG Rights Management US LLC | 1745 Broadway, 19th Floor | | New York | NY | 10019- | Certified with Return Receipt (Signature) | 94148102008303 08048214 | $6.23 | Bono | 51866 |
| 09/30/2016 | Larina Music | care of Cohen and Cohen | 1180 S. Beverly Drive Suite 510 | | Los Angeles | CA | 90035-1157 | Certified with Return Receipt (Signature) | 94148102007931 44954579 | $6.23 | Bono | 51866 |
| 09/30/2016 | | Laughter Music | PO Box 2630 | | Hollywood | CA | 90028- | Certified with Return Receipt (Signature) | 94148102007931 44957204 | $6.23 | Bono | 51866 |
| 09/30/2016 | | Murbo Music Publishing Inc. | 5 W. 37th Street, Floor 6 | | New York | NY | 10018-5349 | Certified with Return Receipt (Signature) | 94148102008832 05447994 | $6.23 | Bono | 51866 |
| 09/30/2016 | | Peermusic III Ltd. | 250 W 57th Street, Suite 820 | | New York | NY | 10107-0814 | Certified with Return Receipt (Signature) | 94148102007931 44970111 | $6.23 | Bono | 51866 |
| 09/30/2016 | Hidle Music | care of TH and J Publishing | P.O. Box 31428 | | Houston | TX | 77231-1428 | Certified with Return Receipt (Signature) | 94148102008303 08075715 | $6.23 | Bono | 51866 |
| 09/30/2016 | | Little Darlin | 24902 Malibu | | Malibu | CA | 90265-4618 | Certified with Return Receipt | 94148102008291 | $6.23 | Bono | 51866 |



C-000156

V9927 D332 P 8

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Music | Road | | | | | (Signature) | 61216403 | | | |
| 09/30/2016 | Reservoir Media Music | care of Reservoir Media Management Inc. | 225 Varick Street | 6th Floor, Suite 600 | New York | NY | 10014- | Certified with Return Receipt (Signature) | 94148102008281 61261000 | $6.23 | Bono | 51866 |

**VIA FIRST-CLASS CERTIFIED MAIL RETURN RECEIPT REQUESTED**

September 30, 2016

Cotillion Music Inc.
c/o Warner Chappell Music Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025-4921

Chappell-Co Inc.
c/o Warner Chappell Music Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025

Greene Knight Music
c/o Warner Chappell Music Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025-4921

Sound Harmonics
c/o Warner Chappell Music Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025-4921

Glenmar Publishing Company
c/o Warner Chappell Music Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025-4921

Super Sayin Publishing
c/o Universal Music Corporation
2100 Colorado Avenue
Santa Monica, CA 90404-3504

Universal Music Z Songs
c/o Universal Music Corporation
2100 Colorado Avenue
Santa Monica, CA 90404-3504

50 Cent Music
c/o Universal Music Corporation
2100 Colorado Avenue
Santa Monica, CA 90404

Songs of Universal Inc.
2100 Colorado Avenue
Santa Monica, CA 90404

Universal Music Corporation
2100 Colorado Avenue
Santa Monica, CA 90404

Ten-East Music
24 Schooner Hill
Oakland, CA 94618

EMI Unart Catalog Inc.
8 Music Square West
Nashville, TN 37203-3204

Mother Bertha Music Inc.
8 Music Square West
Nashville, TN 37203-3204

Sony/ATV Songs LLC
c/o Sony/ATV Music Publishing
8 Music Square West
Nashville, TN 37203-3204

Conrad Music
c/o BMG Platinum Songs US
1745 Broadway, 19th Floor
New York, NY 10019

Arc Music
c/o BMG Platinum Songs US
1745 Broadway, 19th Floor
New York, NY 10019

Crow Jane Alley Music
c/o BMG Rights Management
US LLC
d/b/a BMG Bumblebee
6100 Wilshire Blvd. Suite 1600
Los Angeles, CA 90048-5465

BMG Ruby Songs
c/o BMG Rights Management
US LLC
1745 Broadway, 19th Floor
New York, NY 10019

Larina Music
c/o Cohen and Cohen
1180 S. Beverly Drive Suite 510
Los Angeles, CA 90035-1157

Laughter Music
PO Box 2630
Hollywood, CA 90028

Murbo Music Publishing Inc.
5 W. 37th Street, Floor 6
New York, NY 10018-5349

Peermusic III Ltd.
250 W. 57th Street, Suite 820
New York, NY 10107-0814

Hidle Music
c/o TH and J Publishing
P.O. Box 31428
Houston, TX 77231-1428

Little Darlin Music
24902 Malibu Road
Malibu, CA 90265-4618

Reservoir Media Music
c/o Reservoir Media
Management Inc.
225 Varick Street
6th Floor, Suite 600
New York, NY 10014

**RE: NOTICE OF TERMINATION UNDER 17 U.S.C. Section 304(c)**

Dear Sir or Madam:

Pursuant to 17 U.S.C. Section 304(c), notice of termination of the grant of the transfer or license of copyright and of any rights under copyright with respect to the musical compositions listed below is hereby served by the successors of the deceased author Salvatore Phillip Bono a.k.a. Don Christy a.k.a. Sonny Bono ("Sonny Bono"). Sonny Bono's surviving spouse is Mary Bono. Sonny Bono's sole surviving children are Chianna Maria Bono, Chesare Elan Bono, Christy Bono and Chaz Salvatore Bono. The persons executing this notice who constitute more than one-half of Sonny Bono's termination interest are Mary Bono (50%), Chianna Maria Bono (12.5%) and Chesare Elan Bono (12.5%).

To the best knowledge and belief of the undersigned, this notice has been signed by all persons whose signature is necessary to terminate the grant under section 304(c) of title 17, U.S.C., or by their duly authorized agents. This notice is being served on the grantee or the grantee's successor in title whose rights are being terminated at each of the addresses identified below.

Name of Each Grantee Whose Rights Are
Being Terminated, or the Grantee's Successor
in Title, and Each Address at Which
Service of the Notice Is Being Made:

Cotillion Music Inc.
c/o Warner Chappell Music Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025-4921

Chappell-Co Inc.
c/o Warner Chappell Music Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025

Greene Knight Music
c/o Warner Chappell Music Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025-4921

Sound Harmonics
c/o Warner Chappell Music Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025-4921

Glenmar Publishing Company
c/o Warner Chappell Music Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025-4921

Super Sayin Publishing
c/o Universal Music Corporation
2100 Colorado Avenue
Santa Monica, CA 90404-3504

Universal Music Z Songs
c/o Universal Music Corporation
2100 Colorado Avenue
Santa Monica, CA 90404-3504

50 Cent Music
c/o Universal Music Corporation
2100 Colorado Avenue
Santa Monica, CA 90404

Songs of Universal Inc.
2100 Colorado Avenue
Santa Monica, CA 90404

Universal Music Corporation
2100 Colorado Avenue
Santa Monica, CA 90404

Ten-East Music
24 Schooner Hill
Oakland, CA 94618

EMI Unart Catalog Inc.
8 Music Square West
Nashville, TN 37203-3204

Mother Bertha Music Inc.
8 Music Square West
Nashville, TN 37203-3204

Sony/ATV Songs LLC
c/o Sony/ATV Music Publishing
8 Music Square West
Nashville, TN 37203-3204

Conrad Music
c/o BMG Platinum Songs US
1745 Broadway, 19th Floor
New York, NY 10019

Arc Music
c/o BMG Platinum Songs US
1745 Broadway, 19th Floor
New York, NY 10019

Crow Jane Alley Music
c/o BMG Rights Management
US LLC
d/b/a BMG Bumblebee
6100 Wilshire Blvd. Suite 1600
Los Angeles, CA 90048-5465

BMG Ruby Songs
c/o BMG Rights Management
US LLC
1745 Broadway, 19th Floor
New York, NY 10019

Larina Music
c/o Cohen and Cohen
1180 S. Beverly Drive Suite 510
Los Angeles, CA 90035-1157

Laughter Music
PO Box 2630
Hollywood, CA 90028

Murbo Music Publishing Inc.
5 W. 37th Street, Floor 6
New York, NY 10018-5349

Peermusic III Ltd.
250 W. 57th Street, Suite 820
New York, NY 10107-0814

Little Darlin Music
24902 Malibu Road
Malibu, CA 90265-4618

Hidle Music
c/o TH and J Publishing
P.O. Box 31428
Houston, TX 77231-1428

Reservoir Media Music
c/o Reservoir Media Management Inc.
225 Varick Street
6th Floor, Suite 600
New York, NY 10014

| | |
|---|---|
| Title of Work: | See Schedule A |
| Name of At Least One Author: | Sonny Bono |
| Date Copyright Was Originally Secured: | See Schedule A |
| Original Copyright Registration Number: | See Schedule A |
| Brief Statement Reasonably Identifying the Grant(s) To Which the Notice of Termination Applies: | All exclusive or nonexclusive grants of transfer or license of copyright, of any rights under copyright and all rights of copyright proprietor, including administration, recording and performance rights, in and to the above work |
| Effective Date of Termination: | See Schedule A |
| Name / Relationship to Deceased Author / Percentage of Author's Termination Interest and Address of Each Person Terminating Grant: | Mary Bono / Widow of Author / 50%<br>c/o Alter, Kendrick & Baron, LLP<br>156 Fifth Avenue, Suite 1208<br>New York, NY 10010<br><br>Chianna Maria Bono / Daughter of Author / 12.5%<br>c/o Alter, Kendrick & Baron, LLP<br>156 Fifth Avenue, Suite 1208<br>New York, NY 10010<br><br>Chesare Elan Bono / Son of Author / 12.5%<br>c/o Alter, Kendrick & Baron, LLP<br>156 Fifth Avenue, Suite 1208<br>New York, NY 10010 |
| Signature: | [signature]<br>Lisa Alter, Attorney-in-Fact and duly authorized agent for Mary Bono, Chianna Maria Bono and Chesare Elan Bono<br>c/o Alter, Kendrick & Baron, LLP<br>156 Fifth Avenue, Suite 1208<br>New York, NY 10010 |

C-000160

**SCHEDULE A**

| Work Title | Date Copyright Was Originally Secured | Original Copyright Registration Number | Effective Date of Termination |
|---|---|---|---|
| 900 QUETZALS | 10/11/1965 | EU907084 | 10/11/2021 |
| B.J. QUETZAL | 10/11/1965 | EU907085 | 10/11/2021 |
| BABY, DON'T GO | 4/2/1965 | EU875079 | 4/2/2021 |
| BANG BANG | 2/17/1966 | EU925604 | 2/17/2022 |
| BANG BANG | 4/15/1966 | EP215557 | 4/15/2022 |
| BEAT GOES ON, THE | 12/30/1966 | EU972894 | 12/30/2022 |
| BEAT GOES ON, THE | 3/16/1967 | EP244389 | 3/16/2023 |
| BEAUTIFUL STORY, A | 5/11/1967 | EU994871 | 5/11/2023 |
| BEAUTIFUL STORY, A | 3/28/1968 | EP245554 | 3/28/2024 |
| BIGGEST FOOL, THE | 6/25/1962 | EU725221 | 9/30/2018 |
| BOY NEXT DOOR, THE | 10/11/1965 | EU910887 | 10/11/2021 |
| BUT I CAN'T LOVE YOU MORE | 9/22/1967 | EU15967 | 9/22/2023 |
| BUT YOU'RE MINE | 9/23/1965 | EU904404 | 9/23/2021 |
| BUT YOU'RE MINE | 10/27/1967 | EP244925 | 10/27/2023 |
| C.C. BLUES | 11/26/1965 | EU917385 | 11/26/2021 |
| CAN IT BE? | 3/10/1958 | EU515964 | 9/30/2018 |
| CHASTITY LOVE THEME | 7/30/1969 | EU128849 | 7/30/2025 |
| CIRCUS | 2/14/1968 | EU36875 | 2/14/2024 |
| DON'T TALK TO STRANGERS | 6/20/1966 | EU944611 | 6/20/2022 |
| DREAM BABY | 4/2/1965 | EU875080 | 4/2/2021 |
| DREAM BABY | 3/20/1968 | EU43877 | 3/20/2024 |
| EVERYDAY | 3/8/1962 | EU709915 | 9/30/2018 |
| FIRST TIME, THE | 10/9/1969 | EU141751 | 10/9/2025 |
| FLIPPIN' | 11/18/1957 | EU503005 | 9/30/2018 |
| FLOWERS | 7/30/1969 | EU128846 | 7/30/2025 |
| GEORGIA AND JOHN QUETZAL | 10/27/1965 | EP209228 | 10/27/2021 |
| GET IT TOGETHER | 5/21/1970 | EU183800 | 5/21/2026 |
| GO SHOUT IT ON THE MOUNTAIN | 11/26/1965 | EU917383 | 11/26/2021 |
| GOOD TIMES | 5/16/1966 | EU939061 | 5/16/2022 |
| GOOD TIMES | 3/28/1968 | EP245555 | 3/28/2024 |
| HAVE I STAYED TOO LONG? | 4/18/1966 | EU934808 | 4/18/2022 |
| HAVE I STAYED TOO LONG? | 6/10/1966 | EU941580 | 6/10/2022 |
| HEY, NOW | 10/7/1957 | EU496446 | 9/30/2018 |
| HOLD YOU TIGHTER | 6/11/1970 | EU192906 | 6/11/2026 |
| I CAN'T DANCE | 11/26/1965 | EU917384 | 11/26/2021 |
| I FEEL SOMETHING IN THE AIR | 7/29/1966 | EU950780 | 7/29/2022 |
| I GOT YOU, BABE | 7/15/1965 | EU893024 | 7/15/2021 |
| I GOT YOU, BABE | 8/24/1965 | EP207669 | 8/24/2021 |
| I JUST SIT THERE | 11/2/1967 | EU22313 | 11/2/2023 |
| I KNOW | 8/10/1959 | EU590412 | 9/30/2018 |
| I LIKE IT, JUST LIKE THAT | 4/18/1960 | EU621139 | 9/30/2018 |
| I LOOKED FOR YOU | 11/4/1965 | EU911372 | 11/4/2021 |
| I LOST ALL FAITH | 6/3/1965 | EP209159 | 6/3/2021 |
| I TOLD MY GIRL TO GO AWAY | 9/6/1967 | EU13687 | 9/6/2023 |
| I WOULD MARRY YOU TODAY | 9/22/1967 | EU15969 | 9/22/2023 |
| IF YOU ONLY KNEW THE THINGS YOU DO TO ME | 2/10/1958 | EU510635 | 9/30/2018 |
| I'M GONNA HOLD YOU TIGHTER | 12/8/1969 | EU151152 | 12/8/2025 |
| I'M GONNA LOVE YOU | 10/25/1965 | EU909021 | 10/25/2021 |
| I'M MAD AT YOU | 10/27/1956 | EU548294 | 9/30/2018 |

C-000161

**SCHEDULE A**

| Work Title | Date Copyright Was Originally Secured | Original Copyright Registration Number | Effective Date of Termination |
|---|---|---|---|
| IT'S GONNA RAIN | 6/1/1965 | EU885874 | 6/1/2021 |
| IT'S GONNA RAIN | 9/22/1965 | EP209389 | 9/22/2021 |
| IT'S THE LITTLE THINGS | 6/13/1966 | EU943567 | 6/13/2022 |
| IT'S THE LITTLE THINGS | 3/28/1968 | EP245553 | 3/28/2024 |
| I'VE BEEN CHEATED | 7/20/1961 | EU679430 | 9/30/2018 |
| JUST A NAME | 6/3/1966 | EU942157 | 6/3/2022 |
| JUST YOU | 9/22/1965 | EP209390 | 9/22/2021 |
| JUST YOU | 10/11/1965 | EU910888 | 10/11/2021 |
| KOKO JOE | 7/25/1958 | EU534828 | 9/30/2018 |
| KOKO JOE | 7/10/1967 | EP234992 | 7/10/2023 |
| LAUGH AT ME | 8/2/1965 | EU895183 | 8/2/2021 |
| LAUGH AT ME | 9/22/1965 | EP209391 | 9/22/2021 |
| LITTLE MAN | 9/9/1966 | EU962466 | 9/9/2022 |
| LITTLE MAN | 11/1/1966 | EP223940 | 11/1/2022 |
| LITTLE MISS COOL | 7/20/1961 | EU679433 | 9/30/2018 |
| LIVING FOR YOU | 11/30/1966 | EU968124 | 11/30/2022 |
| LOVE, DON'T COME | 2/1/1966 | EU922387 | 2/1/2022 |
| MAMA | 1/27/1967 | EU978370 | 1/27/2023 |
| MARCI-PARCI QUETZAL | 10/11/1965 | EU907083 | 10/11/2021 |
| MIDNIGHT SURF | 11/4/1965 | EU911374 | 11/4/2021 |
| MONDAY | 9/9/1966 | EU962468 | 9/9/2022 |
| MOTEL I | 7/30/1969 | EU128847 | 7/30/2025 |
| MOTEL II | 7/30/1969 | EU128848 | 7/30/2025 |
| MY BEST FRIEND'S GIRL IS OUT OF SIGHT | 9/22/1967 | EU15970 | 9/22/2023 |
| NEEDLES AND PINS | 3/8/1963 | EP173237 | 3/8/2019 |
| NEEDLES AND PINS | 6/10/1963 | EP176372 | 6/10/2019 |
| ONE LITTLE ANSWER | 6/24/1959 | EU582465 | 9/30/2018 |
| PAMMIE'S ON A BUMMER | 9/22/1967 | EU15966 | 9/22/2023 |
| PLASTIC MAN | 6/22/1967 | EU1420 | 6/22/2023 |
| PODUNK | 3/6/1967 | EU987285 | 3/6/2023 |
| QUETZAL AND JUDE | 10/11/1965 | EU907082 | 10/11/2021 |
| RED RIVER QUETZAL | 1/6/1966 | EU919258 | 1/6/2022 |
| REVOLUTION KIND, THE | 10/27/1965 | EP209158 | 10/27/2021 |
| SCORE FROM MOTION PICTURE "NEW TIMES" | 12/28/1966 | EU972895 | 12/28/2022 |
| SHE SAID, "YEAH" | 1/26/1959 | EU559274 | 9/30/2018 |
| SHE SAID, "YEAH" | 8/1/1967 | EP235540 | 8/1/2023 |
| SHE'S NO BETTER THAN ME | 11/26/1965 | EU917386 | 11/26/2021 |
| SOMEONE NEW | 12/19/1957 | EU506056 | 9/30/2018 |
| STAN QUETZAL | 10/11/1965 | EU910890 | 10/11/2021 |
| STRING FEVER | 10/10/1966 | EU960899 | 10/10/2022 |
| TEARDROPS | 4/8/1959 | EU571076 | 9/30/2018 |
| THEME FOR CHASTITY | 10/31/1968 | EU82149 | 10/31/2024 |
| THUNDERBIRD | 3/31/1958 | EU519946 | 9/30/2018 |
| TIGHT SWEATER | 8/22/1961 | EU684097 | 9/30/2018 |
| TONY | 8/2/1965 | EU895184 | 8/2/2021 |
| TOUCH AND GO | 3/31/1958 | EU519947 | 9/30/2018 |
| TRUST ME | 5/16/1966 | EU939062 | 5/16/2022 |
| UPTOWN JERK | 10/25/1965 | EU909022 | 10/25/2021 |
| WEARING BLACK | 6/24/1959 | EU582464 | 9/30/2018 |

**SCHEDULE A**

| Work Title | Date Copyright Was Originally Secured | Original Copyright Registration Number | Effective Date of Termination |
|---|---|---|---|
| WEARING BLACK | 2/7/1962 | EU705929 | 9/30/2018 |
| WHAT A NIGHT | 8/10/1959 | EU590411 | 9/30/2018 |
| WHERE DO YOU GO? | 10/25/1965 | EU909026 | 10/25/2021 |
| WILL YOU DANCE WITH ME AGAIN? | 11/4/1965 | EU911373 | 11/4/2021 |
| YEAH, YEAH, YEAH | 11/26/1965 | EU917387 | 11/26/2021 |
| YOU AND ME | 9/22/1967 | EU15968 | 9/22/2023 |
| YOU BUG ME, BABY | 10/2/1957 | EU495816 | 9/30/2018 |
| YOU GOTTA HAVE A THING OF YOUR OWN | 8/15/1968 | EU69011 | 8/15/2024 |
| YOU'D BETTER SIT DOWN, KIDS | 9/18/1967 | EU15130 | 9/18/2023 |
| YOU'D BETTER SIT DOWN, KIDS | 2/2/1968 | EP244289 | 2/2/2024 |
| YOU'RE A FRIEND OF MINE | 5/27/1969 | EU118198 | 5/27/2025 |

## MAIL MANIFEST REPORT

| Postmark Date | Company | Name | Address | Address2 | City | State | ZIP | Mail Class/ Service | USPS Certified Tracking# | Total | Reference | User |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/2016 | Cotillion Music Inc. | care of Warner Chappell Music Inc. | 10585 Santa Monica Blvd. | | Los Angeles | CA | 90025-4921 | Certified with Return Receipt (Signature) | 9414810200881160989719 | $6.23 | Bono | 51866 |
| 09/30/2016 | Chappell-Co Inc. | care of Warner Chappell Music Inc. | 10585 Santa Monica Blvd. | | Los Angeles | CA | 90025- | Certified with Return Receipt (Signature) | 9414810200883205374887 | $6.23 | Bono | 51866 |
| 09/30/2016 | Greene Knight Music | care of Warner Chappell Music Inc. | 10585 Santa Monica Blvd. | | Los Angeles | CA | 90025-4921 | Certified with Return Receipt (Signature) | 9414810200881160996717 | $6.23 | Bono | 51866 |
| 09/30/2016 | Sound Harmonics | care of Warner Chappell Music Inc. | 10585 Santa Monica Blvd. | | Los Angeles | CA | 90025-4921 | Certified with Return Receipt (Signature) | 9414810200882161083079 | $6.23 | Bono | 51866 |
| 09/30/2016 | Glenmar Publishing Company | care of Warner Chappell Music Inc. | 10585 Santa Monica Blvd. | | Los Angeles | CA | 90025-4921 | Certified with Return Receipt (Signature) | 9414810200829161139986 | $6.23 | Bono | 51866 |
| 09/30/2016 | Super Sayin Publishing | care of Universal Music Corporation | 2100 Colorado Avenue | | Santa Monica | CA | 90404-3504 | Certified with Return Receipt (Signature) | 9414810200882161091036 | $6.23 | Bono | 51866 |
| 09/30/2016 | Universal Music Z Songs | care of Universal Music Corporation | 2100 Colorado Avenue | | Santa Monica | CA | 90404-3504 | Certified with Return Receipt (Signature) | 9414810200793144913880 | $6.23 | Bono | 51866 |
| 09/30/2016 | 50 Cent Music | care of Universal Music Corporation | 2100 Colorado Avenue | | Santa Monica | CA | 90404- | Certified with Return Receipt (Signature) | 9414810200881161015561 | $6.23 | Bono | 51866 |
| 09/30/2016 | | Songs of Universal Inc. | 2100 Colorado Avenue | | Santa Monica | CA | 90404- | Certified with Return Receipt (Signature) | 9414810200828161195947 | $6.23 | Bono | 51866 |
| 09/30/2016 | | Universal Music Corporation | 2100 Colorado Avenue | | Santa Monica | CA | 90404- | Certified with Return Receipt (Signature) | 9414810200883205404133 | $6.23 | Bono | 51866 |
| 09/30/2016 | | Ten-East Music | 24 Schooner Hill | | Oakland | CA | 94618- | Certified with Return Receipt (Signature) | 9414810200830308022139 | $6.23 | Bono | 51866 |
| 09/30/2016 | | EMI Unart Catalog Inc. | 8 Music Square West | | Nashville | TN | 37203-3204 | Certified with Return Receipt (Signature) | 9414810200882161113189 | $6.23 | Bono | 51866 |
| 09/30/2016 | | Mother Bertha Music Inc. | 8 Music Square West | | Nashville | TN | 37203-3204 | Certified with Return Receipt (Signature) | 9414810200829161167644 | $6.23 | Bono | 51866 |
| 09/30/2016 | SonyATV Songs LLC | care of SonyATV Music Publishing | 8 Music Square West | | Nashville | TN | 37203-3204 | Certified with Return Receipt (Signature) | 9414810200881161033312 | $6.23 | Bono | 51866 |
| 09/30/2016 | Conrad Music | care of BMG Platinum Songs US | 1745 Broadway, 19th Floor | | New York | NY | 10019- | Certified with Return Receipt (Signature) | 9414810200883205418079 | $6.23 | Bono | 51866 |
| 09/30/2016 | Arc Music | care of BMG Platinum Songs US | 1745 Broadway, 19th Floor | | New York | NY | 10019- | Certified with Return Receipt (Signature) | 9414810200881161039130 | $6.23 | Bono | 51866 |
| 09/30/2016 | Crow Jane Alley Music co BMG Rights Management | US LLC dba BMG Bumblebee | 6100 Wilshire Blvd. Suite 1600 | | Los Angeles | CA | 90048-5465 | Certified with Return Receipt (Signature) | 9414810200793144947397 | $6.23 | Bono | 51866 |
| 09/30/2016 | BMG Ruby Songs | care of BMG Rights Management US LLC | 1745 Broadway, 19th Floor | | New York | NY | 10019- | Certified with Return Receipt (Signature) | 9414810200830308048214 | $6.23 | Bono | 51866 |
| 09/30/2016 | Larina Music | care of Cohen and Cohen | 1180 S. Beverly Drive Suite 510 | | Los Angeles | CA | 90035-1157 | Certified with Return Receipt (Signature) | 9414810200793144954579 | $6.23 | Bono | 51866 |
| 09/30/2016 | | Laughter Music | PO Box 2630 | | Hollywood | CA | 90028- | Certified with Return Receipt (Signature) | 9414810200793144957204 | $6.23 | Bono | 51866 |
| 09/30/2016 | | Murbo Music Publishing Inc. | 5 W. 37th Street, Floor 6 | | New York | NY | 10018-5349 | Certified with Return Receipt (Signature) | 9414810200883205447994 | $6.23 | Bono | 51866 |
| 09/30/2016 | | Peermusic III Ltd. | 250 W. 57th Street, Suite 820 | | New York | NY | 10107-0814 | Certified with Return Receipt (Signature) | 9414810200793144970111 | $6.23 | Bono | 51866 |
| 09/30/2016 | Hidle Music | care of TH and J Publishing | P.O. Box 31428 | | Houston | TX | 77231-1428 | Certified with Return Receipt (Signature) | 9414810200830308075715 | $6.23 | Bono | 51866 |
| 09/30/2016 | | Little Darlin | 24902 Malibu | | Malibu | CA | 90265-4618 | Certified with Return Receipt | 94148102008291 | $6.23 | Bono | 51866 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Music | Road | | | | | (Signature) | 61216403 | | | | |
| 09/30/2016 | Reservoir Media Music | care of Reservoir Media Management Inc. | 225 Varick Street | 6th Floor, Suite 600 | New York | NY | 10014- | Certified with Return Receipt (Signature) | 94148102008281 61261000 | $6.23 | Bono | 51866 | |

Alter, Kendrick & Baron, LLP
Attn: Katie Baron
156 Fifth Ave.
Suite 1208
New York, NY 10010