Plaintiff and Counterdefendant's MSJ

# Exhibit 16

CONFIDENTIAL

**From:** Jacqueline Charlesworth <Jacqueline.Charlesworth@akbllp.com>
**To:** Randall Wixen <rwixen@wixenmusic.com>
**CC:** Lisa Alter <lisa.alter@akbllp.com>
**Subject:** Bono letter of direction
**Date:** Thu, 19 Sep 2019 21:55:32 +0000
**Attachments:** Bono_-_Wixen_LOD.pdf

---

Randall:

Please see the attached letter of direction and schedule with respect to copyright interests that have reverted or will revert to Sonny Bono's heirs.  Please adjust your records so post-termination U.S. exploitations of the referenced works are paid to the appropriate parties as of the effective date of termination.

Our clients Mary, Chesare and Chianna Bono are prepared to enter into a new, separate administration arrangement with Wixen with respect to their U.S. reversion interests in the subject compositions, provided that the parties are able to conclude an agreement on mutually acceptable terms.  I would be grateful if we could touch base about this by phone at your earliest convenience.

With kind regards,

Jacqueline


jacqueline.charlesworth@akbllp.com
**Alter, Kendrick & Baron LLP**
**156 Fifth Avenue, Suite 1208**
**New York, New York  10010**
**212.707.8377**

WIXEN002471