Plaintiff and Counterdefendant's MSJ

# Exhibit 17



**ALTER, KENDRICK & BARON, LLP**
156 Fifth Avenue, Suite 1208
New York, NY 10010

T: 212-707-8377
F: 212-647-8317

www.akbllp.com

September 19, 2019

By overnight mail and email (rwixen@wixenmusic.com)
Randall Wixen
Wixen Music Publishing, Inc.
24025 Park Sorrento
Suite 130
Calabasas, CA 91302

**Re: Copyright reversions**

Dear Randall:

This firm represents Mary Bono and her two children with Sonny Bono, Chesare Bono and Chianna Bono.

This is to advise that, as provided under the Copyright Act, 17 U.S.C. § 304(c), and pursuant to the notices of termination served by a majority of the heirs of Sonny Bono, copyright interests in certain musical compositions ("Subject Compositions") authored or co-authored by Sonny Bono have reverted, or are scheduled to revert, to Mary, Chesare and Chianna Bono and to Sonny's other two children, Christy Bono and Chaz Bono (all five together, the "Statutory Heirs") in the United States. As relevant here, under the Copyright Act, the termination interest in a copyrighted work is owned half by the surviving spouse and half by the author's surviving children collectively. *See* 17 U.S.C. § 304(c). Accordingly, by law, as among the Statutory Heirs, ownership of the statutory termination right in the Subject Compositions is allocated as follows:

Mary Bono: 50% interest
Chesare Bono: 12.5% interest
Chianna Bono: 12.5% interest
Christy Bono: 12.5% interest
Chaz Bono: 12.5% interest

Please adjust your records and payment policies to ensure that the U.S. exploitations of post-termination uses are correctly allocated and paid to the Statutory Heirs. In this regard, please refer to the attached Schedule A listing the Subject Compositions and effective dates of termination.

BONO_004125

Please confirm your receipt of the above instruction and let me know if anything further is required to effectuate the change in your records.

Sincerely,

Jacqueline C. Charlesworth

cc: Mary Bono
     Chesare Bono
     Chianna Bono
     Lisa Alter, Esq.

2

**SCHEDULE A**

| WORK TITLE | DATE COPYRIGHT WAS ORIGINALLY SECURED | ORIGINAL COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|
| BIGGEST FOOL, THE | 6/25/1962 | EU725221 | 9/30/2018 |
| CAN IT BE? | 3/10/1958 | EU515964 | 9/30/2018 |
| EVERYDAY | 3/8/1962 | EU709915 | 9/30/2018 |
| FLIPPIN' | 11/18/1957 | EU503005 | 9/30/2018 |
| HEY, NOW | 10/7/1957 | EU496446 | 9/30/2018 |
| I KNOW | 8/10/1959 | EU590412 | 9/30/2018 |
| I LIKE IT, JUST LIKE THAT | 4/18/1960 | EU621139 | 9/30/2018 |
| IF YOU ONLY KNEW THE THINGS YOU DO | 2/10/1958 | EU510635 | 9/30/2018 |
| I'M MAD AT YOU | 10/27/1958 | EU548294 | 9/30/2018 |
| I'VE BEEN CHEATED | 7/20/1961 | EU679430 | 9/30/2018 |
| KOKO JOE | 7/25/1958 | EU534828 | 9/30/2018 |
| LITTLE MISS COOL | 7/20/1961 | EU679433 | 9/30/2018 |
| ONE LITTLE ANSWER | 6/24/1959 | EU582465 | 9/30/2018 |
| SHE SAID, "YEAH" | 1/26/1959 | EU559274 | 9/30/2018 |
| SOMEONE NEW | 12/19/1957 | EU506056 | 9/30/2018 |
| TEARDROPS | 4/8/1959 | EU571076 | 9/30/2018 |
| THUNDERBIRD | 3/31/1958 | EU519946 | 9/30/2018 |
| TIGHT SWEATER | 8/22/1961 | EU684097 | 9/30/2018 |
| TOUCH AND GO | 3/31/1958 | EU519947 | 9/30/2018 |
| WEARING BLACK | 6/24/1959 | EU582464 | 9/30/2018 |
| WEARING BLACK | 2/7/1962 | EU705929 | 9/30/2018 |
| WHAT A NIGHT | 8/10/1959 | EU590411 | 9/30/2018 |
| YOU BUG ME, BABY | 10/2/1957 | EU495816 | 9/30/2018 |
| NEEDLES AND PINS | 3/8/1963 | EP173237 | 3/8/2019 |
| NEEDLES AND PINS | 6/10/1963 | EP176372 | 6/10/2019 |
| BABY, DON'T GO | 4/2/1965 | EU875079 | 4/2/2021 |
| DREAM BABY | 4/2/1965 | EU875080 | 4/2/2021 |
| IT'S GONNA RAIN | 6/1/1965 | EU885874 | 6/1/2021 |
| I LOST ALL FAITH | 6/3/1965 | EP209159 | 6/3/2021 |
| I GOT YOU, BABE | 7/15/1965 | EU893024 | 7/15/2021 |
| LAUGH AT ME | 8/2/1965 | EU895183 | 8/2/2021 |
| TONY | 8/2/1965 | EU895184 | 8/2/2021 |
| I GOT YOU, BABE | 8/24/1965 | EP207669 | 8/24/2021 |
| IT'S GONNA RAIN | 9/22/1965 | EP209389 | 9/22/2021 |
| JUST YOU | 9/22/1965 | EP209390 | 9/22/2021 |
| LAUGH AT ME | 9/22/1965 | EP209391 | 9/22/2021 |
| BUT YOU'RE MINE | 9/23/1965 | EU904404 | 9/23/2021 |
| 900 QUETZALS | 10/11/1965 | EU907084 | 10/11/2021 |
| B.J. QUETZAL | 10/11/1965 | EU907085 | 10/11/2021 |
| BOY NEXT DOOR, THE | 10/11/1965 | EU910887 | 10/11/2021 |
| JUST YOU | 10/11/1965 | EU910888 | 10/11/2021 |
| MARCI-PARCI QUETZAL | 10/11/1965 | EU907083 | 10/11/2021 |
| QUETZAL AND JUDE | 10/11/1965 | EU907082 | 10/11/2021 |
| STAN QUETZAL | 10/11/1965 | EU910890 | 10/11/2021 |
| I'M GONNA LOVE YOU | 10/25/1965 | EU909021 | 10/25/2021 |
| UPTOWN JERK | 10/25/1965 | EU909022 | 10/25/2021 |
| WHERE DO YOU GO? | 10/25/1965 | EU909026 | 10/25/2021 |
| GEORGIA AND JOHN QUETZAL | 10/27/1965 | EP209228 | 10/27/2021 |

**SCHEDULE A**

| WORK TITLE | DATE COPYRIGHT WAS ORIGINALLY SECURED | ORIGINAL COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|
| REVOLUTION KIND, THE | 10/27/1965 | EP209158 | 10/27/2021 |
| I LOOKED FOR YOU | 11/4/1965 | EU911372 | 11/4/2021 |
| MIDNIGHT SURF | 11/4/1965 | EU911374 | 11/4/2021 |
| WILL YOU DANCE WITH ME AGAIN? | 11/4/1965 | EU911373 | 11/4/2021 |
| C.C. BLUES | 11/26/1965 | EU917385 | 11/26/2021 |
| GO SHOUT IT ON THE MOUNTAIN | 11/26/1965 | EU917383 | 11/26/2021 |
| I CAN'T DANCE | 11/26/1965 | EU917384 | 11/26/2021 |
| SHE'S NO BETTER THAN ME | 11/26/1965 | EU917386 | 11/26/2021 |
| YEAH, YEAH, YEAH | 11/26/1965 | EU917387 | 11/26/2021 |
| RED RIVER QUETZAL | 1/6/1966 | EU919258 | 1/6/2022 |
| LOVE, DON'T COME | 2/1/1966 | EU922387 | 2/1/2022 |
| BANG BANG | 2/17/1966 | EU925604 | 2/17/2022 |
| BANG BANG | 4/15/1966 | EP215557 | 4/15/2022 |
| HAVE I STAYED TOO LONG? | 4/18/1966 | EU934808 | 4/18/2022 |
| GOOD TIMES | 5/16/1966 | EU939061 | 5/16/2022 |
| TRUST ME | 5/16/1966 | EU939062 | 5/16/2022 |
| JUST A NAME | 6/3/1966 | EU942157 | 6/3/2022 |
| HAVE I STAYED TOO LONG? | 6/10/1966 | EU941580 | 6/10/2022 |
| IT'S THE LITTLE THINGS | 6/13/1966 | EU943567 | 6/13/2022 |
| DON'T TALK TO STRANGERS | 6/20/1966 | EU944611 | 6/20/2022 |
| I FEEL SOMETHING IN THE AIR | 7/29/1966 | EU950780 | 7/29/2022 |
| LITTLE MAN | 9/9/1966 | EU962466 | 9/9/2022 |
| MONDAY | 9/9/1966 | EU962468 | 9/9/2022 |
| STRING FEVER | 10/10/1966 | EU960899 | 10/10/2022 |
| LITTLE MAN | 11/1/1966 | EP223940 | 11/1/2022 |
| LIVING FOR YOU | 11/30/1966 | EU968124 | 11/30/2022 |
| SCORE FROM MOTION PICTURE "NEW | 12/28/1966 | EU972895 | 12/28/2022 |
| BEAT GOES ON, THE | 12/30/1966 | EU972894 | 12/30/2022 |
| MAMA | 1/27/1967 | EU978370 | 1/27/2023 |
| PODUNK | 3/6/1967 | EU987285 | 3/6/2023 |
| BEAT GOES ON, THE | 3/16/1967 | EP244389 | 3/16/2023 |
| BEAUTIFUL STORY, A | 5/11/1967 | EU994871 | 5/11/2023 |
| PLASTIC MAN | 6/22/1967 | EU1420 | 6/22/2023 |
| KOKO JOE | 7/10/1967 | EP234992 | 7/10/2023 |
| SHE SAID, "YEAH" | 8/1/1967 | EP235540 | 8/1/2023 |
| I TOLD MY GIRL TO GO AWAY | 9/6/1967 | EU13687 | 9/6/2023 |
| YOU'D BETTER SIT DOWN, KIDS | 9/18/1967 | EU15130 | 9/18/2023 |
| BUT I CAN'T LOVE YOU MORE | 9/22/1967 | EU15967 | 9/22/2023 |
| I WOULD MARRY YOU TODAY | 9/22/1967 | EU15969 | 9/22/2023 |
| MY BEST FRIEND'S GIRL IS OUT OF SIGHT | 9/22/1967 | EU15970 | 9/22/2023 |
| PAMMIE'S ON A BUMMER | 9/22/1967 | EU15966 | 9/22/2023 |
| YOU AND ME | 9/22/1967 | EU15968 | 9/22/2023 |
| BUT YOU'RE MINE | 10/27/1967 | EP244925 | 10/27/2023 |
| I JUST SIT THERE | 11/2/1967 | EU22313 | 11/2/2023 |
| YOU'D BETTER SIT DOWN, KIDS | 2/2/1968 | EP244289 | 2/2/2024 |
| CIRCUS | 2/14/1968 | EU36875 | 2/14/2024 |
| DREAM BABY | 3/20/1968 | EU43877 | 3/20/2024 |
| BEAUTIFUL STORY, A | 3/28/1968 | EP245554 | 3/28/2024 |

BONO_004128

**SCHEDULE A**

| WORK TITLE | DATE COPYRIGHT WAS ORIGINALLY SECURED | ORIGINAL COPYRIGHT REGISTRATION NUMBER | EFFECTIVE DATE OF TERMINATION |
|---|---|---|---|
| GOOD TIMES | 3/28/1968 | EP245555 | 3/28/2024 |
| IT'S THE LITTLE THINGS | 3/28/1968 | EP245553 | 3/28/2024 |
| YOU GOTTA HAVE A THING OF YOUR OWN | 8/15/1968 | EU69011 | 8/15/2024 |
| THEME FOR CHASTITY | 10/31/1968 | EU82149 | 10/31/2024 |
| YOU'RE A FRIEND OF MINE | 5/27/1969 | EU118198 | 5/27/2025 |
| CHASTITY LOVE THEME | 7/30/1969 | EU128849 | 7/30/2025 |
| FLOWERS | 7/30/1969 | EU128846 | 7/30/2025 |
| MOTEL I | 7/30/1969 | EU128847 | 7/30/2025 |
| MOTEL II | 7/30/1969 | EU128848 | 7/30/2025 |
| FIRST TIME, THE | 10/9/1969 | EU141751 | 10/9/2025 |
| I'M GONNA HOLD YOU TIGHTER | 12/8/1969 | EU151152 | 12/8/2025 |
| GET IT TOGETHER | 5/21/1970 | EU183800 | 5/21/2026 |
| HOLD YOU TIGHTER | 6/11/1970 | EU192906 | 6/11/2026 |