Plaintiff and Counterdefendant's MSJ

# Exhibit 31

## GENERAL ASSIGNMENT

This **General Assignment** (this "**Assignment**") is entered into by Cher ("**Artist**"), in her individual capacity and separately in her capacity as trustee of the Veritas Trust ⬛⬛⬛⬛⬛⬛⬛⬛⬛ "**Assignor**" and, collectively, "**Assignors**"), on January 5, 2023 in favor of Iconic Cher LLC, a Delaware limited liability company ("**Assignee**"). This Assignment is made pursuant to the Asset Purchase Agreement (the "**Purchase Agreement**"), dated as of December 9, 2022, between Assignors, as Sellers, and Assignee, as Purchaser. Capitalized terms used and not otherwise defined herein have the meanings given to them in <u>Schedule A</u> attached to and made a part of this Assignment.

1.  **Transfer of Assets**. For good and valuable consideration in the amount paid under Section 2.5 of the Purchase Agreement, the adequacy of which Assignors hereby acknowledge, Assignors hereby irrevocably sell, transfer, set over and assign to Assignee, and Assignee hereby accepts from Assignors, free and clear of any Encumbrances, all of Assignors' right, title, and interest in and to the assets listed on Schedule B attached to and made a part of this Assignment (the "**Assets**");

2.  **Assumption of Assumed Liabilities**. Assignors hereby irrevocably assign and delegate to Assignee, and Assignee hereby assumes and agrees to pay, perform and discharge the liabilities of Assignors that constitute the Assumed Liabilities. Notwithstanding anything to the contrary contained herein or the Purchase Agreement, Assignors acknowledge and agree that Assignee shall not assume or discharge, and Assignee shall not in any manner become liable for, any liabilities of Assignors of any kind or nature other than the Assumed Liabilities.

3.  **Rights of Administration**. Assignors hereby irrevocably grant to Assignee in perpetuity and throughout the universe all of the Rights of Administration with respect to any and all Assets, whereby Assignee shall have the sole and exclusive right to manage and administer each and every Asset throughout the universe. The Rights of Administration transferred to Assignee by Assignors hereunder are irrevocable and coupled with Assignee's interest in the Assets.

4.  **Terms of the Purchase Agreement**. The rights, duties and obligations of the parties hereunder shall be subject to the terms of the Purchase Agreement. Nothing herein shall be deemed to limit the rights, duties and obligations of the parties under the Purchase Agreement or modify, vitiate or expand any of the terms thereunder. To the extent there is any conflict between any provisions of this Assignment and any provisions of the Purchase Agreement, the provisions of the Purchase Agreement shall control.

5.  **Further Assurances**. Each Assignor, for itself and its successors and assigns, hereby covenants and agrees that, at any time and from time to time on Assignee's request, such Assignor will do, execute, acknowledge, and deliver or cause to be done, executed, acknowledged, and delivered, all such further acts, deeds, assignments, transfers, conveyances, powers of attorney, and assurances as may be reasonably required by Assignee in order to assign, transfer, set over, convey, assure, and

538095.3

CONFIDENTIAL

Exhibit
**00081**
Cher

C-000639

confirm unto and vest in Assignee and its successors and assigns title to the assets sold, conveyed, and transferred and to exercise the rights granted by this Assignment.

6. **Governing Law**. This Assignment and any Action hereunder shall be governed by and construed in accordance with the laws of the State of California without giving effect to the principles of conflict of laws thereof.  Any Action arising out of or relating to this Assignment may only be instituted in the federal courts of the United States of America or the courts of the State of California, in each case located in the City of Los Angeles and the County of Los Angeles, and each party hereto waives any objection which such party may now or hereafter have to the laying of the venue of any such Action, and irrevocably submits to the exclusive jurisdiction of any such court in any such Action. Nothing herein shall limit the ability of any party hereto to enforce any judgment of such courts in any other court.

7. **Severability**. Other than Purchaser's payment of the Purchase Price as and when required, the provisions of this Assignment will be deemed severable and the invalidity or unenforceability of any provision will not affect the validity or enforceability of the other provisions hereof; provided, however, that if any provision of this Assignment, as applied to any party hereto or to any circumstance, is adjudged by a court having jurisdiction hereunder not to be enforceable in accordance with its terms, then the parties hereto shall negotiate in good faith to modify this Assignment so as to effect the original intent of the parties hereto as closely as possible in a reasonably acceptable manner so that the transactions contemplated hereby and under the Purchase Agreement may be consummated as originally contemplated to the fullest extent possible.

8. **Successors and Assigns**. All of the terms and provisions of this Assignment shall inure to the benefit of and be binding upon the parties hereto and their respective successors and assigns.

9. **Counterparts**. This Assignment may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall be deemed one and the same agreement. A signed copy of this Assignment delivered by facsimile, e-mail, or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Assignment.



[Signature Pages Follow]

538095.3

CONFIDENTIAL

C-000640

IN WITNESS WHEREOF, each party hereto has duly executed and delivered this Assignment, as of the date first written above.

ASSIGNORS:

CHER

CHER, as Trustee of the THE VERITAS TRUST, dated October 8, 1990

[Signature Page to General Assignment]

CONFIDENTIAL

C-000641

## ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles                    )

On 12-9-22                    before me, Jasmind D. Jones notary public
                                          (insert name and title of the officer)

personally appeared   Cher                                                   ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JASMIND D. JONES
Notary Public - California
Los Angeles County
Commission # 2315596
My Comm. Expires Dec 14, 2023

Signature _____   (Seal)

DocuSign Envelope ID: 6E219D0D-F6CD-4256-810F-7464BCA85AF5

**ASSIGNEE**:

**ICONIC CHER LLC**

By: _Elizabeth Collins_
Name: Elizabeth Collins
Its: Authorized Signatory

[Signature Page to General Assignment]

CONFIDENTIAL                                                                                                          C-000643

**Schedule A**

**Defined Terms for General Assignment**



538095.3

CONFIDENTIAL

C-000644



538095.3

CONFIDENTIAL

C-000645



"**Cut-Off Date**" means July 1, 2022.

538095.3

CONFIDENTIAL

C-000646



538095.3

CONFIDENTIAL

C-000647



538095.3

CONFIDENTIAL

C-000648



538095.3

CONFIDENTIAL

C-000649

Plaintiff and Counterdefendant MSJ Ex. 31



538095.3

CONFIDENTIAL

C-000650



538095.3

CONFIDENTIAL

C-000651

"**Subject Compositions**" means, individually and collectively, the interest of any Assignor in any and all musical compositions written, composed, owned, or controlled by Artist, Bono, or any successor-in-interest to Bono, directly or indirectly, in whole or in part, which were created prior to January 1, 2022, including those musical compositions set forth <u>Schedule E</u> (but excluding the Excluded Compositions), together with all the titles, music, and lyrics of such musical compositions, any and all arrangements, adaptations, editions, translations, foreign language versions, and derivative works thereof, and all Copyrights therein and thereto.

538095.3

CONFIDENTIAL

C-000652



538095.3

CONFIDENTIAL

C-000653

Plaintiff and Counterdefendant MSJ Ex. 31

**Schedule B**

**Assets**

The Purchased Assets are as follows:

(c)      the Subject Compositions;

538095.3

CONFIDENTIAL

C-000654

**Schedule B-1**

**Excluded Actions**

1.   Solely with respect to any Pre-Cut-Off MSA Disputed Royalties, the MSA Action (including any such Pre-Cut-Off MSA Disputed Royalties payable to Sellers under the Wixen Administration Agreement, Wixen Collection Agreement and/or Wixen Promotion Agreement (as each term is hereinafter defined).

**Schedule C**

**Subject Agreements**

**Acquisition Agreements**

5.  The MSA.

CONFIDENTIAL

C-000656

14. Settlement Agreement and General Release, by and among Christy Bono, Chastity Bono, Mary Bono-Baxley, individually and as guardian ad litem of Chiana and Cesare Bono, and Artist, on the one hand, and Warner/Chappell Music, Inc., on the other hand, dated as of January 1, 2006, as amended, including the December 21, 2017 amendment (the "Warner/Chappell Settlement Agreement").

15. Administration Agreement, by and among The Bono Collection Trust (the "Estate") and the Veritas Trust (f/k/a The lnshallah Trust), on the one hand, and Wixen Music Publishing, Inc. ("Wixen"), on the other hand, dated as of April 1, 2011 (the "Wixen Administration Agreement").

16. Collection Agreement, by and among the Estate and the Veritas Trust, on the one hand, and Wixen, on the other hand, dated as of April 1, 2011 (the "Wixen Collection Agreement").

17. Promotion Agreement, by and among the Estate and the Veritas Trust, on the one hand, and Wixen, on the other hand, dated as of April 1, 2011 (the "Wixen Promotion Agreement").

**Artist Partner Agreements**

The Acquisition Agreements above, excluding the MSA.

**Distribution Agreements (excluding Artist Partner Agreements)**

None.

**Publishing Agreements**

1. The 1966 Atlantic Agreement.
2. Warner/Chappell Settlement Agreement.
3. Wixen Administration Agreement.
4. Wixen Collection Agreement.
5. Wixen Promotion Agreement.

CONFIDENTIAL                                                                C-000657

**Schedule D**

CONFIDENTIAL

C-000658

**Schedule E**

**Subject Compositions**

538095.3 **4**

CONFIDENTIAL

C-000659

**Cher - Iconic APA**

**Schedule of Included Compositions**

| Title | Writer | PRO | Sonny Bono Writer Performance | Publishing | Cher Participation Writer Performance | Publishing | Rights Derived Through MSA | Publisher | Registration Date | Date of © registration | Date of Publication | Renewal Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (I'm Gonna) Go Shout It On The Mountain | Sonny Bono | BMI | 10.00% | 100.00% | 5.00% | 50.00% | Y | Five-West Music | 31-Dec-65 | 26-Nov-65 | | no renewal found |
| 900 Quetzals | Sonny Bono | BMI | 33.33% | 100.00% | 16.67% | 50.00% | Y | Five-West Music | 31-May-65 | 11-Oct-65 (Pau Only) | | no renewal found |
| As Long As You Love Me | Sonny Bono | BMI | 50.00% | 50.00% | 25.00% | 25.00% | Y | Lizann Music Co-50%/Bar Bon Music-50% | 30-Jun-60 | ? | ? | ? |
| Baby, Don't Go | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Ten-East Music-50% & Mother Bertha Music-50% | 31-De-64 | 2-Apr-65 (Pau Only) | | 4-Jan-93 |
| Bang Bang (My Baby Shot Me Down) | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music (Sp Acct) -25%/ Cotillon Music Inc - 75% | 31-Mar-66 | 17-Feb-66 | 15-Apr-66 | PA & Pau: 24-Jan-94 |
| Beat Goes On, The | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music (Sp Acct) -25%/ Cotillon Music Inc - 75% | 28-Feb-70 | 30-Dec-66 | 16-Mar-67 | PA- no renewal found/Pau-24-Jan-94 |
| Beautiful Story, A | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music (Sp Acct) -25%/ Cotillon Music Inc - 75% | 30-Jun-67 | 11-May-67 | 28-Jun-68 | no renewal found |
| Biggest Fool, The | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Don Music Co. | 31-Aug-62 | 25-Jun-62 (Pau Only) | | 27-Dec-90 |
| Boy Next Door | Sonny Bono | BMI | 75.00% | 100.00% | 37.50% | 50.00% | Y | Five-West Music | 31-May-65 | ? | ? | ? |
| But I Can't Love You More | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Chris Marc Music (Sp Acct) -25%/ Cotillion Music Inc - 50% | 30-Nov-67 | 22-Sep-67 | | 17-Jan-95 |
| But You're Mine | Sonny Bono | BMI | 100.00% | 18.75% | 50.00% | 9.38% | Y | Chris Marc Music - 18.75%/ Cotillion Music Inc - 56.25%/ Mills Music Inc -25% | 30-Nov-65 | 23-Sep-65 | 27-Oct-67 | PA: 3-Mar-93/ (Pau Only): 11-Jan-93 |
| C.C. Blues | Sonny Bono | BMI | 33.33% | 100.00% | 16.67% | 50.00% | Y | Five-West Music | 31-Dec-65 | 26-Nov-65 (Pau Only) | | no renewal found |
| Can It Be? | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Venice Music, Inc. | 30-Apr-58 | 10-Mar-58 (Pau Only) | | 27-Mar-86 |
| Chastity Love Theme | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Chris Marc Music -50%/ Cotillion Music Inc- 50% | 30-Sep-69 | 30-Jul-69 (Pau Only) | | 2-Jan-97 |
| Cheatin On Me | Sonny Bono | BMI | 50.00% | 100.00% | 25.00% | 50.00% | Y | Chemistry Music | 31-Aug-62 | ? | ? | ? |
| Circus | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Chris Marc Music -50%/ Cotillion Music Inc- 50% | 31-Mar-68 | 14-Feb-68 (Pau Only) | | 3-Jan-96 |
| Classified 1A | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Chris Marc Music | 18-Jun-71 | 3-May-71 (Pau Only) | | no renewal found |
| Cowboy's Work Is Neve Done, A | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Chris Marc Music | 15-Feb-72 | 22-Nov-71 (Pau Only) | | no renewal found |
| Don't Have To Tell Me | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Venice Music, Inc. | 31-Oct-59 | ? | ? | ? |
| Don't Put It On Me | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Chris Marc Music | 18-Jun-71 | 3-May-71 (Pau Only) | | no renewal found |
| Don't Talk To Strangers | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music Inc - 75% | 31-Aug-66 | 20-Jun-66 (Pau Only) | | no renewal found |
| Dream Baby | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Five-West Music | 31-May-65 | 2-Apr-65 (Pau Only) | | no renewal found |
| El Ritmo Continua | Sonny Bono | BMI | 75.00% | 25.00% | 37.50% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc - 75% | 28-Feb-67 | ? | ? | ? |
| Everyday | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Conrad Pub. Co, Inc. | 30-Apr-62 | 8-Mar-62 (Pau Only) | | 16-Aug-90 |
| Flippin' | Sonny Bono | BMI | 50.00% | 100.00% | 25.00% | 50.00% | Y | Venice Music, Inc. | 31-Jan-58 | 18-Nov-57 (Pau Only) | | 6-Dec-85 |
| Flowers (Love A Family) | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Chris Marc Music -50%/ Cotillion Music Inc- 50% | 30-Sep-69 | 30-Jul-69 (Pau Only) | | no renewal found |
| Georgia and John Quetzal | Sonny Bono | BMI | 33.33% | 33.34% | 16.67% | 16.67% | Y | Chris Marc Music - 33.34%/ Cotillion Music Inc. -66.66% | 31-Dec-65 | ? | 27-Oct-06 | 11-Jan-93 |
| Get It Together | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Chris Marc Music -50%/ Cotillion Music Inc- 50% | 31-Jul-70 | 21-May-70 (Pau Only) | | 7-Jan-98 |
| Good Times | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc - 75% | 31-Jul-76 | 16-May-66 | 28-Mar-68 | 24-Jan-94 |
| Have I Stayed Too Long? | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc - 75% | 31-May-66 | 18-Apr-66 | ? | 24-Jan-94 |
| Hello | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music -25%/ Cotillion Music, Inc. -75% | 30-Nov-65 | 2-Dec-65 | | 11-Jan-93 |

Page 1 of 5

CONFIDENTIAL

C-000660

Plaintiff and Counterdefendant MSJ Ex. 31

Page 188

| Title | Writer | PRO | Writer Performance | Publishing | Writer Performance | Publishing | Rights Derived Through MSA | Publisher | Registration Date | Date of © registration | Date of Publication | Renewal Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hey, Now | Sonny Bono | BMI | 50.00% | 100.00% | 25.00% | 50.00% | Y | Venice Music, Inc. | 15-Nov-57 | 7-Oct-57 (Pau Only) | | 11-Mar-85 |
| High School Dance | Sonny Bono | BMI | 50.00% | 100.00% | 25.00% | 50.00% | Y | Venice Music, Inc. | 5-Jul-57 | 16-May-57 (Pau Only) | | 6-Dec-85 |
| Historia De Cow Boys | Sonny Bono | BMI | 75.00% | 100.00% | 37.50% | 50.00% | Y | Chris Marc Music | 11-Mar-74 | ? | | ? |
| Hold You Tighter | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Chris Marc Music -50%/Cotillion Music, Inc. -50% | 31-Jul-70 | 11-Jun-70 (Pau Only) | | 12-May-98 |
| Hombrecito | Sonny Bono | BMI | 75.00% | 50.00% | 37.50% | 25.00% | Y | Chris Marc Music - 50%/Cotillion Music, Inc. - 50% | 28-Feb-70 | ? | ? | ? |
| How Bout That | Sonny Bono | BMI | 50.00% | 50.00% | 25.00% | 25.00% | Y | Hidle Music50%/Titanic Music Co-50% | 3-Aug-62 | ? | ? | ? |
| I Can't Dance | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Five-West Music | 31-Dec-65 | 26-Nov-65 (Pau Only) | | no renewal found |
| I Feel Something In The Air | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc - 75% | 30-Sep-66 | 29-Jul-66 (Pau Only) | | 24-Jan-94 |
| I Got You, Babe | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc - 75% | 30-Sep-65 | 15-Jul-65 | 24-Aug-65 | 11-Jan-93 |
| I Just Sit There | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Chris Marc Music - 50%/Cotillion Music, Inc. - 50% | 31-Dec-67 | 2-Nov-67 (Pau Only) | | 17-Jan-95 |
| I Know | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Venice Music, Inc. | ? | 10-Aug-59 (Pau Only) | | 22-Jan-87 |
| I Looked For You | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc - 75% | 28-Feb-66 | 4-Nov-65 (Pau Only) | | 11-Jan-93 |
| I Lost All Faith | Sonny Bono | BMI | 10.00% | 100.00% | 5.00% | 50.00% | Y | Five-West Music | 31-Dec-65 | ? | 3-Jun-65 | no renewal found |
| I Told My Girl To Go Away | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc - 75% | 31-Oct-67 | 6-Sep-67 (Pau Only) | | 17-Jan-95 |
| I Would Marry You Today | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Chris Marc Music - 50%/Cotillion Music, Inc. - 50% | 30-Nov-67 | 22-Sep-67 (Pau Only) | | 17-Jan-95 |
| If You Only Knew The Things You Do Me | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Venice Music, Inc. | ? | 10-Feb-58 (Pau Only) | | 27-Mar-86 |
| Il Suo Viso | Sonny Bono | BMI | 37.50% | 100.00% | 18.75% | 50.00% | Y | EMI Unart Catalog, Inc. | Jun-68 | ? | ? | ? |
| I'll Always Be Grateful | Sonny Bono | BMI | 50.00% | 100.00% | 25.00% | 50.00% | Y | Lisann Music Co | 100% | ? | ? | ? |
| I'm Gonna Hold You Tighter | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Chris Marc Music - 50%/Cotillion Music, Inc. - 50% | 31-Jan-70 | 8-Dec-69 (Pau Only) | | 2-Jan-97 |
| I'm Gonna Love You | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Five-West Music | 31-Dec-65 | 25-Oct-65 (Pau Only) | | no renewal found |
| I'm Mad | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Salvator Philip Bono | ? | 17-Sep-56 (Pau Only) | | no renewal found |
| I'm Mad At You | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Venice Music, Inc. | 30-Nov-58 | 27-Oct-58 (Pau Only) | | 27-Mar-86 |
| Immer Nur Die Andren | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Chris Marc Music - 50%/Cotillion Music, Inc. - 50% | 31-Dec-68 | ? | ? | ? |
| It's Gonna Rain | Sonny Bono | BMI | 100.00% | 12.50% | 50.00% | 6.25% | Y | Chris Marc Music -12.5%/Cotillion Music, Inc.-37.5% | 30-Jun-65 | 22-Sep-65 | 13-Jun-66 PA: 11-Jan-93/ Pau: 24-Jan-94 |
| It's The Little Things | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc - 75% | 31-Jul-66 | 28-Mar-68 | 13-Jun-66 PA: 24-Jan-94/Pau: 3-Jan-96 |
| I've Been Cheated | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Venice Music, Inc. | 15-Sep-61 | 20-Jul-61 (Pau Only) | | 24-Jan-94 |
| I've Got My Sights On Someone New | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Venice Music, Inc. | 28-Feb-58 | ? | ? | ? |
| Just A Name | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc - 75% | 31-Jul-66 | 3-Jun-66 (Pau Only) | | 24-Jan-94 |
| Just Like That | Sonny Bono | BMI | 33.33% | 100.00% | 16.67% | 50.00% | Y | Hidle Music | 15-Feb-61 | ? | ? | ? |
| Just You | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music - 0%/Cotillion Music, Inc - 75% | 31-May-65 | 11-Oct-65 | 22-Sep-65 PA & Pau: 1-Jan-93 |
| Kill B C Bill | Sonny Bono | BMI | 25.00% | 25.00% | 12.50% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc - 25% | 29-Nov-04 | ? | ? | ? |
| Laugh At Me | Sonny Bono | BMI | 100.00% | 33.34% | 50.00% | 16.67% | Y | Chris Marc Music - 33.34%/ Cotillion Music Inc. -66.66% | 30-Sep-65 | 2-Aug-65 | 22-Sep-65 PA & Pau : 11-Jan-93 |
| Little Man | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc - 75% | 31-Oct-66 | 2-Aug-65 | 22-Sep-65 PA & Pau: 11-Jan-93 |

CONFIDENTIAL

C-000661

Plaintiff and Counterdefendant MSJ Ex. 31

Page 189

| Title | Writer | PRO | Writer Performance | Publishing | Writer Performance | Publishing | Rights Derived Through MSA | Publisher | Registration Date | Date of © registration | Date of Publication | Renewal Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Little Miss Cool | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Chris Marc Music - 50%/Cotillion Music, Inc. - 50% | 30-Jun-61 | 20-Jul-61 (Pau Only) | | no renewal found |
| Living For You | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc. - 75% | 31-Jan-67 | 30-Nov-66 (Pau Only) | | 24-Jan-94 |
| Love, Don't Come | Sonny Bono | BMI | 100.00% | 33.34% | 50.00% | 16.67% | Y | Chris Marc Music - 33.34%/ Cotillion Music Inc. -66.66% | 31-Mar-67 | 1-Feb-67 (Pau Only) | | 24-Jan-94 |
| Mama (When My Dollies Have Babies) | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Chris Marc Music - 50%/Cotillion Music, Inc. - 50% | 31-Mar-67 | 27-Jan-67 (Pau Only) | | no renewal found |
| Mama Was A Rock And Roll Singer, Papa | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Chris Marc Music | 14-May-75 | 9-Feb-73 (Pau Only) | | no renewal found |
| Marci-Parci Quetzal | Sonny Bono | BMI | 33.33% | 50.00% | 16.67% | 25.00% | Y | Glenmar Pub. Co; Five-West Music | 31-May-65 | 11-Oct-65 (Pau Only) | | no renewal found |
| Midnight Surf | Sonny Bono | BMI | 50.00% | 100.00% | 25.00% | 50.00% | Y | Five-West Music | 31-Dec-65 | 4-Nov-65 (Pau Only) | | no renewal found |
| Monday | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc. - 75% | 31-Oct-66 | 9-Sep-66 (Pau Only) | | 24-Jan-94 |
| Motel I | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Chris Marc Music - 50%/Cotillion Music, Inc. - 50% | 30-Sep-69 | 30-Jul-69 (Pau Only) | | 2-Jan-97 |
| Motel II | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Chris Marc Music - 50%/Cotillion Music, Inc. - 50% | 30-Sep-69 | 30-Jul-69 (Pau Only) | | 2-Jan-97 |
| Mr. Pawn Shop | Sonny Bono | BMI | 50.00% | 100.00% | 25.00% | 50.00% | Y | Chris Marc Music | 1-Dec-61 | ? | ? | ? |
| Muchacho Triste | Sonny Bono | BMI | 75.00% | 18.75% | 37.50% | 9.38% | Y | Chris Marc Music - 18.75%/Cotillion Music - 56.25% | 30-Apr-68 | ? | ? | ? |
| My Best Friend's Girl Is Out Of Sight | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Chris Marc Music - 50%/Cotillion Music, Inc. - 50% | 30-Nov-67 | 22-Sep-67 (Pau Only) | | 17-Jan-95 |
| Next Time Around | Sonny Bono | BMI | 25.00% | 50.00% | 12.50% | 25.00% | Y | West Highland Music - 50% Unknown Publisher- 50% | 15-Aug-61 | ? | ? | ? |
| Off Da Hook | Sonny Bono | BMI | 15.00% | 15.00% | 7.50% | 7.50% | Y | Chris Marc Music, Inc.- 0%/Cotillion Music, Inc.- 15% | 15-Oct-97 | ? | ? | ? |
| On And On And On | Sonny Bono | BMI | 10.00% | 2.50% | 5.00% | 1.25% | Y | Chris Marc Music Co. - 2.5%/ Cotillions Music Inc- 7.5% | 17-Dec-04 | ? | ? | ? |
| One Little Answer | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Venice Music, Inc. | 31-Jul-59 | 24-Jun-59 (Pau Only) | | 22-Jan-87 |
| Our Last Show | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Chris Marc Music Inc. | 19-Sep-74 | 8-Jul-74 (Pau Only) | | no renewal found |
| Pammie's On A Bummer | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Chris Marc Music - 50%/Cotillion Music, Inc. - 50% | 30-Nov-67 | 22-Sep-67 (Pau Only) | | 17-Jan-95 |
| Per Mi Amico Uno | Sonny Bono | BMI | 75.00% | 100.00% | 37.50% | 50.00% | Y | Chris Marc Music | 1-Sep-75 | ? | ? | ? |
| Plastic Man | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc - 75% | 31-Aug-67 | 22-Sep-67 (Pau Only) | | no renewal found |
| Podunk | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc - 75% | 30-Apr-67 | 6-Mar-67 (Pau Only) | | no renewal found |
| Quetzal Quake | Sonny Bono | BMI | 33.33% | 100.00% | 16.67% | 50.00% | Y | Five-West Music | 31-May-65 | ? | ? | ? |
| Red River Quetzal | Sonny Bono | BMI | 33.33% | 25.00% | 16.67% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc - 75% | 31-Dec-65 | 6-Jan-66 (Pau Only) | | 24-Jan-94 |
| Revolution Kind, The | Sonny Bono | BMI | 100.00% | 33.34% | 50.00% | 16.67% | Y | Chris Marc Music - 33.34% Cotillion Music Inc. -66.66% | 31-Dec-65 | ? | 27-Oct-65 | 11-Jan-93 |
| Second Coming of the Bijou In Bodunk | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | | 1-Jan-38 | ? | ? | ? |
| See See Rider | Sonny Bono | BMI | 33.33% | 100.00% | 16.67% | 50.00% | Y | Five-West Music | 31-Jan-66 | ? | ? | ? |
| Shake Me Up | Sonny Bono | BMI | 50.00% | 100.00% | 25.00% | 50.00% | Y | Chris Marc Music | 1-Dec-61 | ? | ? | ? |
| She Said Yeah | Sonny Bono | BMI | 50.00% | 100.00% | 25.00% | 50.00% | Y | Venice Music, Inc. | 28-Feb-59 | 26-Jan-59 | 1-Aug-67 | PA: no renewal found/(Pau Only): 22-Jan-87 |
| She Was Exstacy (sic) | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Salvator Philip Bono | ? | 5-Aug-55 (Pau Only) | | no renewal found |
| She's Never There | Sonny Bono | BMI | 50.00% | 100.00% | 25.00% | 50.00% | Y | Chris Marc Music | 1-Dec-61 | ? | ? | ? |

CONFIDENTIAL

Plaintiff and Counterdefendant MSJ Ex. 31
Page 190

C-000662

| Title | Writer | PRO | Writer Performance | Publishing | Writer Performance | Publishing | Rights Derived Through MSA | Publisher | Registration Date | Date of © registration | Date of Publication | Renewal Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| She's No Better Than Me | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | BMI: Chris Marc Music - 25%/Cotillion Music, Inc - 75% /Copyright Office: Five-West Music-100% | 31-Dec-65 | 26-Nov-65 (Pau Only) | | no renewal found |
| Shot You Down | Sonny Bono | BMI | 87.50% | 21.88% | 43.75% | 10.94% | Y | Chris Marc Music - 21.88%/Cotillion Music Inc. -65.62% | 25-Apr-05 | ? | ? | ? |
| Sing C'est La Vie | Sonny Bono | BMI | 66.00% | 25.00% | 33.00% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc - 75% | 31-May-66 | 11-Oct-65 | 22-Sep-65 | PA & Pau: 11-Jan-93 |
| Somebody | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Chris Marc Music | 18-Jun-71 | 28-May-71 (Pau Only) | | no renewal found |
| Someone New | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Venice Music, Inc. | ? | 19-Dec-57 (Pau Only) | | no renewal found |
| Stan Quetzal | Sonny Bono | BMI | 33.33% | 100.00% | 16.67% | 50.00% | Y | Five-West Music | 31-May-65 | 11-Oct-65 (Pau Only) | | no renewal found |
| String Fever | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Vault Pub. Co. | ? | ? | 10-Oct-66 | no renewal found |
| Tausend Nadelstiche | Sonny Bono | BMI | 37.50% | 100.00% | 18.75% | 50.00% | Y | EMI Unart Catalog, Inc. | 10-May-76 | ? | ? | ? |
| Teenage Lovers | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Laine-Simms Music Co | 31-May-57 | ? | ? | ? |
| The Beat Goes On (organ arrangement) | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc - 75% | 28-Feb-70 | ? | 13-Dec-76 | no renewal found |
| Things You Do To Me | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Venice Music, Inc. | 30-Jan-58 | ? | ? | ? |
| Thunderbird | Sonny Bono | BMI | 50.00% | 100.00% | 25.00% | 50.00% | Y | Venice Music, Inc. | 30-Apr-58 | 31-Mar-58 (Pau Only) | | 27-Mar-86 |
| Tight Sweater | Sonny Bono | BMI | 50.00% | 25.00% | 25.00% | 12.50% | Y | Little Darlin' Music-25%/Hidle Music-25%/Gregmark Music, Inc.-50% | 15-Aug-61 | 22-Aug-61 (Pau Only) | | 11-Dec-89 |
| Tony | Sonny Bono | BMI | 33.33% | 33.34% | 16.67% | 16.67% | Y | Chris Marc Music - 33.34%/ Cotillion Music Inc. -66.66% | 30-Sep-65 | 2-Aug-65 (Pau Only) | | 11-Jan-93 |
| Touch And Go | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Venice Music, Inc. | 30-Apr-58 | 31-Mar-58 (Pau Only) | | 27-Mar-86 |
| Trust Me | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc - 75% | 31-Jul-66 | 16-May-66 (Pau Only) | | 24-Jan-94 |
| Uptown Jerk | Sonny Bono | BMI | 33.33% | 100.00% | 16.67% | 50.00% | Y | Five-West Music | 31-Dec-65 | 25-Oct-65 (Pau Only) | | no renewal found |
| Walkin' The Quetzal | Sonny Bono | BMI | 33.33% | 50.00% | 16.67% | 25.00% | Y | Chris Marc Music - 50%/Cotillion Music, Inc - 50% | 31-Dec-64 | 11-Oct-65 (Pau Only) | | no renewal found |
| Wearing Black | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Bonded Music | 31-Jul-59 | 7-Feb-62 (Pau Only) | | no renewal found |
| What A Night | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Venice Music, Inc. | 31-Oct-59 | 10-Aug-59 (Pau Only) | | 22-Jan-87 |
| Where Do You Go? | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc - 75% | 31-Dec-65 | 25-Oct-65 (Pau Only) | | 11-Jan-93 |
| Will You Dance With Me Again? | Sonny Bono | BMI | 50.00% | 100.00% | 25.00% | 50.00% | Y | Five-West Music | 31-Dec-65 | 4-Nov-65 (Pau Only) | | no renewal found |
| Yeah, Yeah, Yeah | Sonny Bono | BMI | 100.00% | 100.00% | 50.00% | 50.00% | Y | Five-West Music | 31-May-65 | 26-Nov-65 (Pau Only) | | no renewal found |
| You And Me | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Chris Marc Music - 50%/Cotillion Music, Inc. -50% | 30-Nov-67 | 22-Sep-67 (Pau Only) | | no renewal found |
| You Bug Me, Baby | Sonny Bono | BMI | 50.00% | 25.00% | 25.00% | 12.50% | Y | Venice Music, Inc. | 15-Nov-57 | 2-Oct-57 (Pau Only) | | 1957 |
| You Gotta Have A Thing Of Your Own | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Chris Marc Music - 50%/Cotillion Music, Inc. -50% | 30-Sep-68 | 15-Aug-68 (Pau Only) | | no renewal found |
| You'd Better Sit Down Kids | Sonny Bono | BMI | 100.00% | 25.00% | 50.00% | 12.50% | Y | Chris Marc Music - 25%/Cotillion Music, Inc - 75% | 30-Apr-68 | 18-Sep-67 | 2-Feb-68 | PA:30-Jan-96(Pau Only):17-Jan-95 |
| You're A Friend Of Mine | Sonny Bono | BMI | 100.00% | 50.00% | 50.00% | 25.00% | Y | Chris Marc Music - 50%/Cotillion Music, Inc. -50% | 31-Jul-69 | 27-May-69 (Pau Only) | | 2-Jan-97 |

CONFIDENTIAL

C-000663

Plaintiff and Counterdefendant MSJ Ex. 31

Page 191

CONFIDENTIAL

Page 5 of 5

C-000664

**Schedule F**

538095.3

CONFIDENTIAL

C-000665

CONFIDENTIAL

Page 1 of 5

C-000666

Plaintiff and Counterdefendant MSJ Ex. 31
Page 194

Page 2 of 5

CONFIDENTIAL

C-000667

Plaintiff and Counterdefendant MSJ Ex. 31
Page 195

Page 3 of 5

CONFIDENTIAL

C-000668

Page 4 of 5

CONFIDENTIAL

C-000669

CONFIDENTIAL

Plaintiff and Counterdefendant MSJ Ex. 31
Page 198

C-000670

**Schedule F-1**



CONFIDENTIAL