1  Peter Anderson, Esq., Cal. Bar No. 88891
       peteranderson@dwt.com
2  Sean M. Sullivan, Esq., Cal. Bar No. 229104
       seansullivan@dwt.com
3  Eric H. Lamm, Esq., Cal. Bar No. 324153
       ericlamm@dwt.com
4  Samuel Turner, Esq., Cal. Bar No. 338089
       samturner@dwt.com
5  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
6  Los Angeles, California 90017-2566
   Tel: (213) 633-6800
7  Fax: (213) 633-6899

8  Attorneys for Plaintiff and Counterdefendant
   CHER, Individually and as
9  Trustee of The Veritas Trust

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CHER, individually and as Trustee of The Veritas Trust,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARY BONO, individually and as Trustee of the Bono Collection Trust, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-CV-08157 JAK (RAOx)<br><br>APPENDIX OF EXHIBITS AND EXHIBITS 1-38 IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND ALTERNATIVE MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Courtroom of the Honorable<br>John A. Kronstadt<br>United States District Judge |

| Ex. No. | Description | Page No. |
|---|---|---|
| 1 | Marriage Settlement Agreement dated August 10, 1978 ("MSA") | 1-39 |
| 2 | Final Judgment (Marriage) of Dissolution, dated June 27, 1975 | 40 |
| 3 | Further Judgment Upon Reserved Issues After Judgment of Dissolution of Marriage, dated July 3, 1979 | 41-63 |
| 4 | Creditor's Claim filed on behalf of Cher | 64-65 |
| 5 | Agreement Regarding Disposition of Creditor's Claim Filed by Cher ("Creditor's Claim Agreement") | 66-69 |
| 6 | Probate Court Order Approving First and Final Account and Report, etc., dated August 25, 1999 | 70-73 |
| 7 | Notice of Termination Under 17 U.S.C. § 304(c), dated September 30, 2016 ("Notice of Termination") | 74-92 |
| 8 | Royalty Letter Agreement, dated September 27, 1999 | 93-97 |
| 9 | Wixen Collection Agreement, dated April 1, 2011 [Confidential Document filed under Seal] | 98-106 |
| 10 | Wixen Administration Agreement, dated April 1, 2011 [Confidential Document filed under Seal] | 107-115 |
| 11 | Wixen Promotion Agreement, dated April 1, 2011 [Confidential Document filed under Seal] | 116-123 |
| 12 | Email chain, dated between May 26, 2011 and June 2, 2011, between Mario F. Gonzalez, Randall Wixen, and others | 124-126 |
| 13 | Pages from unsigned draft of Wixen Collection Agreement [Confidential Document filed under Seal] | 127-130 |

| 14 | Pages from unsigned draft of Wixen Administration Agreement [Confidential Document filed under Seal] | 131-133 |
|---|---|---|
| 15 | Pages from unsigned draft of the Wixen Promotion Agreement [Confidential Document filed under Seal] | 134-137 |
| 16 | Email, dated September 19, 2019, from Jacqueline Charlesworth to Mr. Randall Wixen | 138 |
| 17 | Letter, dated September 19, 2019, from Jacqueline Charlesworth to Mr. Randall Wixen | 139-143 |
| 18 | Letter Agreement, dated as of January 1, 2019 (the "2019 Wixen Agreement") [Confidential Document filed under Seal] | 144-150 |
| 19 | Emails, dated between January 22, 2020 and January 23, 2020, between Jacqueline Charlesworth, Wixen, and others | 151 |
| 20 | Emails, dated July 10, 2013, between Lindsay Scott, Randall Wixen, and Ms. Bono | 152 |
| 21 | Emails, dated August 15, 2016 through August 17, 2016, between Lindsay Scott, Randall Wixen, and Ms. Bono | 153-154 |
| 22 | Emails, dated September 21, 2016, between Mr. Wixen and Ms. Bono | 155-156 |
| 23 | Emails, dated September 20-21, 2021, between Mr. Wixen and Ms. Bono | 157-158 |
| 24 | Letter, dated October 13, 2021, from Donald Passman, on behalf of the Veritas Trust, to Wixen re Collection Agreement | 159 |
| 25 | Letter, dated October 13, 2021, from Mr. Passman, on behalf of the Veritas Trust, to Wixen re Administration Agreement | 160 |
| 26 | Letter, dated October 13, 2021, from Mr. Passman, on behalf of the Veritas Trust, to Wixen re Promotion Agreement | 161 |
| 27 | Reconciliation Summary for Disputed Royalties Account, dated June 30, 2022 | 162 |
| 28 | Email from Andrew Wixen, dated April 3, 2023 | 163-164 |

| 29 | Account statement for Manufacturers Bank Trust Account, dated May 31, 2023 | 165 |
|---|---|---|
| 30 | Reconciliation Summary for Disputed Royalties Account, dated July 31, 2023 | 166 |
| 31 | General Assignment, dated January 5, 2023 | 167-199 |
| 32 | BMI Royalty Statement, dated February 17, 2022 | 200 |
| 33 | Ms. Bono's Objections and Responses to Plaintiff's Request For Admissions, Set One | 201-205 |
| 34 | Ms. Bono's Supplemental Objections and Responses to Plaintiff's Request for Admissions, Set One | 206-211 |
| 35 | Pages from the Transcript of the Deposition of Mary Bono | 212-258 |
| 36 | Errata Sheet served by Ms. Bono regarding Deposition Transcript | 259-260 |
| 37 | Pages from the Transcript of the Deposition of Randall Wixen | 261-323 |
| 38 | Pages from the Transcript of the Deposition of Jacqueline Charlesworth | 324-339 |