UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 21-8157 JAK (RAOx)     Date: December 14, 2023
Title: Cher v. Mary Bono

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Elisa Quintero | N/A |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**     (In Chambers) **ORDER RE:** *IN CAMERA* **REVIEW FOR DISCOVERY DISPUTE [57]**

      Pending before the Court is a discovery dispute between Plaintiff Cher and Defendant Mary Bono regarding Ms. Bono's assertion of the attorney-client privilege and the work product doctrine for Ms. Bono and her counsel's communications with third party Wixen Music Publishing, Inc. ("Wixen") and Warner Chappell Music Publishing, Inc. ("Warner Chappell"). *See* Dkt. No. 57. The Court has reviewed the briefing on the dispute. *See* Dkt. Nos. 59, 63, 70. The Court finds that an *in camera* review is warranted of the communications for which Ms. Bono has asserted attorney work product protection. The Court counts approximately 49 highlighted entries in the privilege log for which work product protection is asserted. *See* Dkt. No. 59-1. Ms. Bono's counsel is ordered to lodge those entries with the Court for an *in camera* review. The documents should be clear as to the portions for which work production protection is asserted (as opposed to only attorney-client privilege), by either highlighting or bracketing of asserted work product. Counsel may either lodge those entries by email or by a secure file link to RAO_Chambers@cacd.uscourts.gov. The documents shall be lodged by **December 21, 2023**.

**IT IS SO ORDERED.**

: 
Initials of Preparer     eq