Plaintiff and Counterdefendant's Reply ISO MSJ

# Exhibit 47

CONFIDENTIAL

|  |  |
|---:|:---|
| **From:** | "Daniel J. Schacht" &lt;/O=DFA-MAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DANIEL J. SCHACHT02B&gt; |
| **To:** | "'Randall Wixen'" &lt;rwixen@wixenmusic.com&gt; |
| **Subject:** | RE: Settlement |
| **Date:** | Thu, 18 Mar 2021 16:08:57 -0000 |
| **Importance:** | Normal |
| **Attachments:** | Cher_Tour_Settlement_Agreement.pdf |

Here you go.

In terms of protecting Mary and cleaning up the rights, The Bono Collection Trust is a dead end. If all four kids are in agreement with Mary, we can do a simple Bono, LLC to hold and administer the rights, with Mary as the manager. But it will waste time and money if the kids aren't in agreement. Maybe something to mention as they sign an agreement that pays them a nice amount of money due to Mary's efforts.



BONO_051661

CONFIDENTIAL



Plaintiff and Counterdefendant's Reply ISO MSJ Ex. 47

Page 4

BONO_051662