Plaintiff and Counterdefendant's Reply ISO MSJ

# Exhibit 48

 

202357213622



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**ARTICLES OF ORGANIZATION**
**CA LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: 202357213622

Date Filed: 5/17/2023

| Limited Liability Company Name | |
|---|---|
| Limited Liability Company Name | Bono Legacy LLC |
| **Initial Street Address of Principal Office of LLC** | |
| Principal Address | 1999 HARRISON STREET, 26TH FLOOR<br>OAKLAND, CA 94612 |
| **Initial Mailing Address of LLC** | |
| Mailing Address | 1999 HARRISON STREET, 26TH FLOOR<br>OAKLAND, CA 94612 |
| Attention | |
| **Agent for Service of Process** | |
| Agent Name | Daniel J. Schacht Esq. |
| Agent Address | 1999 HARRISON STREET, 26TH FLOOR<br>OAKLAND, CA 94612 |
| **Purpose Statement** | |
| The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act. | |
| **Management Structure** | |
| The LLC will be managed by | One Manager |
| Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing. | |
| **Electronic Signature** | |
| ☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign. | |
| *Mary Bono* | 05/17/2023 |
| Organizer Signature | Date |

Page 1 of 1

 

BA20230853053



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20230853053 |
| Date Filed: 5/25/2023 |

B1784-6920  05/25/2023  11:08 AM Received by California Secretary of State

**Entity Details**
- Limited Liability Company Name: Bono Legacy LLC
- Entity No.: 202357213622
- Formed In: CALIFORNIA

**Street Address of Principal Office of LLC**
- Principal Address: 1999 HARRISON STREET, 26TH FLOOR, OAKLAND, CA 94612

**Mailing Address of LLC**
- Mailing Address: 1999 HARRISON STREET, 26TH FLOOR, OAKLAND, CA 94612
- Attention:

**Street Address of California Office of LLC**
- Street Address of California Office: None

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
|---|---|
| ＋ Mary Bono | 1999 HARRISON STREET 26TH FLOOR OAKLAND, CA 94612 |

**Agent for Service of Process**
- Agent Name: Daniel J. Schacht Esq.
- Agent Address: 1999 HARRISON STREET 26TH FLOOR, OAKLAND, CA 94612

**Type of Business**
- Type of Business: Music Royalties

**Email Notifications**
- Opt-in Email Notifications: Yes, I opt-in to receive entity notifications via email.

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
|---|---|
| None Entered | |

**Labor Judgment**
No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**
☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Mary Bono*                                         *05/25/2023*
Signature                                            Date

Page 1 of 1