Plaintiff and Counterdefendant's Reply ISO MSJ

# Exhibit 49

CONFIDENTIAL

**From:** "Daniel J. Schacht" &lt;/O=DFA-MAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DANIEL J. SCHACHT02B&gt;
**To:** "Mary Bono" ▮▮▮▮▮▮▮▮▮▮
**Cc:** "Randall Wixen" &lt;rwixen@wixenmusic.com&gt;
**Subject:** RE: Thank you
**Date:** Mon, 19 Apr 2021 21:51:06 -0000
**Importance:** Normal

Hi Mary,

Good to talk to you today. I talked with Randall, and my plan is to let Don Passman know in our next call that Cher only has a passive income stream, not ownership in Sonny's compositions (and other assets, though that's immaterial). We'll see what he has to say. No point in raising the termination issues.

Best,

Daniel

**From:** Mary Bono ▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, April 12, 2021 6:48 AM
**To:** Daniel J. Schacht &lt;dschacht@Donahue.com&gt;
**Cc:** Randall Wixen &lt;rwixen@wixenmusic.com&gt;
**Subject:** Re: Thank you

Cher is saying she owns music assets?

Mary

**Hon. Mary Bono**
*Member of Congress, Ret.*
www.marybono.com


On Apr 12, 2021, at 12:49 AM, Daniel J. Schacht &lt;dschacht@donahue.com&gt; wrote:


Not the topic I thought we'd be discussing, but it's a start. I'll email Roger tomorrow.


Daniel Schacht, Esq.
Donahue Fitzgerald LLP
dschacht@donahue.com | Direct: 510-251-7158


**From:** Mary Bono ▮▮▮▮▮▮▮▮▮▮
**Sent:** Saturday, April 10, 2021 4:49 PM
**To:** Randall Wixen &lt;RWixen@wixenmusic.com&gt;; Daniel J. Schacht &lt;dschacht@Donahue.com&gt;
**Subject:** Fwd: Thank you

CONFIDENTIAL

Mary

**Hon. Mary Bono**
*Member of Congress, Ret.*
www.MaryBono.com

Begin forwarded message:

> **From:** Roger Davies
> **Date:** April 10, 2021 at 5:33:14 PM MDT
> **To:** Mary Bono
> **Subject: Re: Thank you**
>
> Dear Mary,
>
> I tried the two phone numbers I had for you but I couldn't get through.
>
> Cher would like to sell her share of the music assets.
> We are doing this as prices are at an all time high, we can get capital gains tax treatment, tax rates are not going to stay this low and we could accelerate many years of income.
>
> We wanted you to know this as a courtesy, but if you are interested in selling my lawyer tells me we could get a premium by selling together rather than separately.
>
> If you like me or my lawyer Don Passman would be happy to talk to Daniel.
>
> Let me know if this is of interest to you.
>
> Best,
>
> Roger
>
>
> On 11 Apr 2021, at 12:41 am, Mary Bono wrote:
>
>> Roger,
>>
>> Realizing it's the weekend and drastic time differences, I don't know when you will connect with Daniel.
>>
>> What is your idea you'd like to discuss?
>>
>> Mary
>>
>> **Hon. Mary Bono**
>> *Member of Congress, Ret.*
>> www.MaryBono.com
>>
>>
>> On Apr 9, 2021, at 8:41 PM, Roger Davies wrote:

BONO_051156

CONFIDENTIAL

Dear Mary,

Thank you for your note. I tried calling you today on the 760 area code number, I'm not sure that is still a working number.

I have an idea which I would like to discuss with you.

I'm in Sydney for the next few months. My Australian cell number is ▮▮▮▮▮▮▮▮▮▮

Could you please let me know a good time to call you and the best phone number to try.

All the best,

Roger


On 30 Mar 2021, at 11:18 am, Mary Bono ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Dear Roger, Lindsay, and Nicholas,

On behalf of myself and the "kids", thank you very much for your gracious handling of the tour issue. I am very glad we were able to resolve the matter in a respectful and timely manner.

Please let Cher know we truly appreciate the way in which this was handled.

Many thanks again.

Mary

**Hon. Mary Bono**
*Member of Congress, Ret.*
www.marybono.com

BONO_051157