Peter Anderson, Esq., Cal. Bar No. 88891
  peteranderson@dwt.com
Sean M. Sullivan, Esq., Cal. Bar No. 229104
  seansullivan@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
  ericlamm@dwt.com
Samuel Turner, Esq., Cal. Bar No. 338089
  samturner@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiff and Counterdefendant
CHER, Individually and as
Trustee of The Veritas Trust

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CHER, individually and as Trustee of The Veritas Trust, | Case No. 2:21-CV-08157 JAK (RAOx) |
| Plaintiff, | NOTICE OF DECISION BY OTHER COURT |
| v. | |
| MARY BONO, individually and as Trustee of the Bono Collection Trust, and DOES 1 through 10, inclusive, | Date: February 26, 2024<br>Time: 8:30 a.m. |
| Defendants. | Courtroom of the Honorable<br>John A. Kronstadt<br>United States District Judge |
| AND RELATED COUNTERCLAIMS | |

On November 4, 2022, and in connection with defendant and counterclaimant Mary Bono's then-pending Motion to Dismiss, plaintiff and counterdefendant Cher filed a Notice of Decision by Other Court (Doc. 32) to advise the Court of *Merrill v. Hyman*, No. 3:21-CV-551 (JAM), 2022 WL 11727631, at *2-3 (D. Conn. Oct. 20, 2022) (assignment of royalty rights is not a grant of copyright terminable under 17 U.S.C. Section 304(c)).

Cher respectfully submits this further Notice to advise the Court of the Second Circuit Court of Appeals' decision affirming that ruling. See *Merrill v. Hyman*, No. 22-2971-CV, 2024 WL 191807 (2d Cir. Jan. 18, 2024) (contractual right to royalties not a copyright right and not terminable under 17 U.S.C. Section 304(c)), and *id.* at *3 n. 1 (even if Merrill were correct that contract conveyed a copyright right, "Merrill's termination notice would entitle her to terminate only the copyright right, leaving intact the Hymans' right to receive royalties.").[1]

Dated: February 1, 2024

/s/ Peter Anderson
Peter Anderson, Esq.
Sean M. Sullivan, Esq.
Eric H. Lamm, Esq.
Samuel Turner, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Plaintiff and Counterdefendant
CHER
Individually and as Trustee of
The Veritas Trust

---

[1] The Court of Appeals' decision is dated January 18, 2024—the day before the deadline for the parties' respective Reply papers on their pending Motions for Summary Judgment—but the decision did not appear on Westlaw until sometime later and was only found today.

1