Peter Anderson, Esq., Cal. Bar No. 88891
  peteranderson@dwt.com
Sean M. Sullivan, Esq., Cal. Bar No. 229104
  seansullivan@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
  ericlamm@dwt.com
Samuel Turner, Esq., Cal. Bar No. 338089
  samturner@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 S. Grand Avenue, 27th Floor
Los Angeles, California 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiff and Counterdefendant
CHER, Individually and as
Trustee of The Veritas Trust

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CHER, individually and as Trustee of The Veritas Trust,<br><br>Plaintiff,<br><br>v.<br><br>MARY BONO, individually and as Trustee of the Bono Collection Trust, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-CV-08157 JAK (RAOx)<br><br>JOINT REPORT RE REMAINING ISSUES AND PROPOSED JUDGMENTS |

## JOINT REPORT

Pursuant to the Court's directions at the April 21, 2025, Final Pretrial Conference and Status Conference, and the Court's April 21, 2025, Order (Doc. 164), plaintiff and counterdefendant Cher ("Plaintiff") and defendant and counterclaimant Mary Bono ("Defendant") (collectively, the "Parties") respectfully submit this Joint Report.

1. Defendant has agreed that $187,534.91 is the amount of disputed royalties that Wixen Music Publishing, Inc., distributed to Defendant before April 2022, and which, with prejudgment interest, are to be awarded to Plaintiff as damages on her second claim for breach of contract.

2. The Parties have determined that there are no further issues remaining for trial, but have not agreed upon a form of Judgment. Accordingly, Plaintiff and Defendant will each concurrently file her respective proposed Judgment with an explanation as to why her proposed version should be adopted.

3. The Parties' respective counsel conferred regarding whether it would be productive to engage in a further settlement conference at this time with a private neutral or a bench officer.

   **(a)   Plaintiff's Position on a Further Settlement Conference:**

   The prior mediation was unfortunately not productive and it is clear from the statements of Defendant's counsel at the Final Pretrial Conference that another settlement conference also will not be productive.

///
///
///
///
///
///
///

**(b) Defendant's Position on a Further Settlement Conference:**

Defendant wishes to participate in a good faith and productive settlement conference with a private neutral.

Respectfully submitted,

Dated: May 12, 2025

/s/ Peter Anderson, Esq.
Peter Anderson, Esq.
Sean M. Sullivan, Esq.
Eric H. Lamm, Esq.
Samuel Turner, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Plaintiff and Counterdefendant
CHER
Individually and as Trustee of
The Veritas Trust

Dated: May 12, 2025

/s/ Daniel J. Schacht, Esq.
Daniel J. Schacht, Esq.
Andrew S. MacKay, Esq.
Hayley M. Lenahan, Esq.
Padmini Cheruvu, Esq.
DONAHUE FITZGERALD
Attorneys for Defendant and Counterclaimant
MARY BONO

## Attestation Regarding Signatures

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: May 12, 2025

/s/ Peter Anderson, Esq.
Peter Anderson, Esq.