1  Peter Anderson, Esq., Cal. Bar No. 88891
       peteranderson@dwt.com
2  Sean M. Sullivan, Esq., Cal. Bar No. 229104
       seansullivan@dwt.com
3  Eric H. Lamm, Esq., Cal. Bar No. 324153
       ericlamm@dwt.com
4  Samuel Turner, Esq., Cal. Bar No. 338089
       samturner@dwt.com
5  DAVIS WRIGHT TREMAINE LLP
   350 South Grand Avenue, 27th Floor
6  Los Angeles, California 90071
   Tel: (213) 633-6800
7  Fax: (213) 633-6899

8  Attorneys for Plaintiff
   and Counterdefendant
9  CHER, Individually and as
   Trustee of The Veritas Trust

10

11  **UNITED STATES DISTRICT COURT**

12  **CENTRAL DISTRICT OF CALIFORNIA**

13  **WESTERN DIVISION**

14  CHER, *etc.*,  ) Case No. 2:21-CV-08157 JAK (RAOx)

15  Plaintiff,  )

16  v.  ) STIPULATION TO ORDER EXTENDING DEADLINE TO FILE

17  MARY BONO, *etc.*, *et al.*,  ) MOTIONS FOR ATTORNEY'S FEES AND BILLS OF COSTS

18  Defendants.  )

19  ) [*Proposed*] Order Submitted Herewith

20

**STIPULATION**

This Stipulation is entered into by and between plaintiff and counterdefendant Cher ("Plaintiff") and defendant and counterclaimant Mary Bono ("Defendant"), by and through their respective attorneys of record, with respect to the following facts:

1. On November 26, 2025, the Court entered its Judgment (Doc. 168) in this action, awarding Plaintiff costs with respect to Plaintiff's claims for relief and Defendant's second counterclaim for relief and awarding Defendant costs with respect to Defendant's first counterclaim for relief. As a result, the parties' respective bills of costs and, to the extent attorney's fees are recoverable, motions for attorney's fees, are to be filed by December 10, 1015. L.R. 54-7; 17 U.S.C. § 505.

2. To provide sufficient time for counsel to determine the costs and attorney's incurred in this action and to confer, including to confer regarding allocation of costs, and prepare their filings, they respectfully request that the December 10, 2025, deadline to file bills of costs and motions for attorney's fees be extended to January 12, 2026.

**NOW, THEREFORE,** the parties respectfully request that the Court enter the accompanying proposed Order extending the December 10, 2025, deadline to file bills of costs and motions for attorney's fees to January 12, 2026.

**SO STIPULATED**

Dated: December 8, 2025

/s/ Peter Anderson
Peter Anderson, Esq.
Sean M. Sullivan, Esq.
Eric H. Lamm, Esq.
Samuel Turner, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Plaintiff and Counterdefendant
CHER
Individually and as Trustee of The Veritas Trust

1

1
2
3  Dated: December 8, 2025                        /s/ Daniel J. Schacht
4                                                     Daniel J. Schacht, Esq.
                                                      Hayley M. Lenahan, Esq.
                                                      DONAHUE FITZGERALD LLP
5                                                     Attorneys for Defendant and
                                                      Counterclaimant
6                                                     MARY BONO
7
8
9
10                        **Attestation Regarding Signatures**
11       The undersigned attests that all signatories listed and on whose behalf this
12  filing is submitted concur in this filing's content and have authorized its filing.
13
14  Dated: December 8, 2025                        /s/ Peter Anderson
                                                      Peter Anderson, Esq.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2