# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHER,<br><br>   Plaintiff,<br><br>v.<br><br>MARY BONO,<br><br>   Defendant. | No. 2:21-cv-08157-JAK (RAOx)<br><br>**ORDER RE STIPULATION TO ORDER EXTENDING DEADLINE TO FILE MOTIONS FOR ATTORNEY'S FEES AND BILLS OF COSTS (DKT. 169)** |

1

Based on a review of the Stipulation to Order Extending Deadline to File Motions for Attorney's Fees and Bills of Costs (the "Stipulation" (Dkt. 169)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

The deadline to file any bills of costs and motions for attorney's fees is continued from December 10, 2025, to January 12, 2026.

**IT IS SO ORDERED.**

Dated: 12/09/2025            _____

                                     John A. Kronstadt
                                     United States District Judge