DANIEL J. SCHACHT, #259717
dschacht@donahue.com
ANDREW S. MACKAY,#197074
amackay@donahue.com
HAYLEY M. LENAHAN, #343528
hlenahan@donahue.com
PADMINI CHERUVU, #301292
pcheruvu@donahue.com
DONAHUE FITZGERALD LLP
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER | |
|---|---|---|
| Cher, individually and as Trustee of the Veritas Trust | | 2:21-CV-08157 |
| v.                PLAINTIFF(S), | | |
| Mary Bono, individually and as Trustee of the Bono Collection Trust, and DOES 1 through 10 | **APPLICATION TO THE CLERK TO TAX COSTS** | |
| DEFENDANT(S) | | |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | |
|---|---|
| Name(s) of party or parties claiming costs: | Cher, individually and as Trustee of the Veritas Trust |

| | | | |
|---|---|---|---|
| Judgment entered on: | November 26, 2025 | Docket #: | 168 |

| | |
|---|---|
| Names of party(ies) against whom judgment was entered: | Mary Bono, individually and as Trustee of the Bono Collection Trust |

## DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: January 12, 2026

Signature:

Name: Daniel J. Schacht

☒ Attorney of Record for: Mary Bono

| **COURT USE ONLY** |
|---|
| ☐ Application GRANTED in whole/part; costs are taxed in the amount of $ *Enter total amount taxed here.* |
| ☐ Application DENIED because:    ☐ Not timely filed (L.R. 54-2.1). |
|                                      ☐ Insufficient supporting documentation provided (L.R. 54-2.1). |
|                                      ☐ Filer is not prevailing party (L.R. 54-1). |
| Date: *Enter date here.*       **Brian D. Karth, District Court Executive/Clerk of Court** |
|           By: |
|                 Deputy Clerk |

4925-2447-4247.4

**Case Title:** <u>Cher v. Bono, et al.</u>; **Case No:** 2:21-CV-08157

# BILL OF COSTS

## *The Clerk does not have discretion to tax any item not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| 1 | | | *L.R. 54-3.1 Clerk's Fees (only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | |
| | | | | | | | |
| 2 | | | *L.R. 54-3.2 Fees for Service of Process* | | | | |
| | | | | | | | |
| 3 | | | *L.R. 54-3.3 United States Marshal's Fees* | | | | |
| | | | | | | | |
| 4 | | | *L.R. 54-3.4 Transcripts of Court Proceedings (order or stipulation required and must be attached)* | | | | |
| | | | | | | | |
| 5 | | $3,871.00 | *L.R. 54-3.5 Depositions (if order or stipulation required by rule, it must be attached)* Exhibit A. Invoice Re Deposition of Mary Bono; Exhibit B. Invoice Re Deposition of Cher; Exhibit C. Statement Regarding Reasonableness of Rates | | | | |
| 6 | | | *L.R. 54-3.6 Witness Fees (TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | |
| | | | | | | | |
| 7 | | | *L.R. 54-3.7 Interpreter's Fees (document translation costs are not taxable)* | | | | |
| | | | | | | | |
| 8 | | | *L.R. 54-3.8 Docket Fees (only as provided by 28 U.S.C. § 1823)* | | | | |
| | | | | | | | |
| 9 | | | *L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers (attach appointment order)* | | | | |
| | | | | | | | |
| 10 | (a) | | *L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents (if order or stip required, it must be attached)* *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | |
| | (b) | | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | |
| | (c) | | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | |
| | (d) | | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | |
| | (e) | | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | |

4925-2447-4247.4

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| | | | | | | | |
| | (f) | | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | |
| | | | | | | | |
| | (g) | | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | |
| | | | | | | | |
| 11 | | | ***L.R. 54-3.11 Premiums on Undertakings and Bonds*** | | | | |
| | | | | | | | |
| 12 | | | ***L.R. 54-3.12 Other Costs*** *(Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | |
| | | | | | | | |
| 13 | | | ***L.R. 54-3.13 State Court Costs*** *(taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | |
| | | | | | | | |
| 14 | | | ***L.R. 54-4 Items Taxable as Costs on Appeal*** *(only items taxable under Fed. R. App. P. 39(e))* | | | | |
| | | | | | | | |
| 15 | | | ***L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court*** | | | | |
| | | | | | | | |
| TOTAL | | $3,871.00 | | $0.00 | $0.00 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

**Case Title:** <u>Cher v. Bono, et al.</u>; **Case No:** 2:21-CV-08157

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate. 28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)

# EXHIBIT A



# STATEMENT

1 of 1

| Account No. | Date |
|---|---|
| C162038 | 12/29/2023 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $0.00 | $0.00 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $1,193.87 | $0.00 | **$1,193.87** |

Hayley Lenahan, Esquire
Donahue Fitzgerald Attorneys
1999 Harrison Street
26th Floor
Oakland, CA 94612

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 9/12/2023 | 608654 | 1,193.87 | 503795 | 8/16/2023 | Mary Bono | Cher, etc. -v- Bono, etc., et. al. |

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Hayley Lenahan, Esquire
Donahue Fitzgerald Attorneys
1999 Harrison Street
26th Floor
Oakland, CA 94612

| | |
|---|---|
| Account No. | : C162038 |
| Date | : 12/29/2023 |
| **Total Due** | : **$1,193.87** |

Remit To: **Planet Depos**
          **P.O. BOX 791571**
          **Baltimore, MD 21279-1571**

# INVOICE

1 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 608654 | 9/12/2023 | 503795 |

| Job Date | Case No. | |
|---|---|---|
| 8/16/2023 | 2:21-CV-08157 JAK (RAOx) | |

| Client and Case Name |
|---|
| Donahue Fitzgerald Attorneys - Cher, etc. -v- Bono, etc., et. al. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Hayley Lenahan, Esquire
Donahue Fitzgerald Attorneys
1999 Harrison Street
26th Floor
Oakland, CA 94612

---

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Mary Bono | 205.00 | Pages | 922.50 |
| Exhibits | 216.00 | Pages | 118.80 |
| Processing Fee | 1.00 | | 49.00 |

**TOTAL DUE  >>>**          **$1,090.30**
AFTER 10/12/2023  PAY          $1,144.82

Ordered by    : CHER -V- BONO (DONAHUE FITZGERALD)
Donahue Fitzgerald Attorneys
1999 Harrison Street
26th Floor
Oakland, CA 94612

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**(-) Payments/Credits:**          0.00
**(+) Finance Charges/Debits:**          103.57

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Hayley Lenahan, Esquire
Donahue Fitzgerald Attorneys
1999 Harrison Street
26th Floor
Oakland, CA 94612

Invoice No.    : 608654
Invoice Date   : 9/12/2023
**Total Due**     : **$1,193.87**

Remit To: **Planet Depos**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.      : 503795
BU ID        : *43-SoCal
Case No.     : 2:21-CV-08157 JAK (RAOx)
Case Name    : Cher, etc. -v- Bono, etc., et. al.

# INVOICE

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 608654 | 9/12/2023 | 503795 |

| Job Date | Case No. | |
|---|---|---|
| 8/16/2023 | 2:21-CV-08157 JAK (RAOx) | |

| Client and Case Name |
|---|
| Donahue Fitzgerald Attorneys - Cher, etc. -v- Bono, etc., et. al. |

| Payment Terms |
|---|
| Due upon receipt |

Client:
Hayley Lenahan, Esquire
Donahue Fitzgerald Attorneys
1999 Harrison Street
26th Floor
Oakland, CA 94612

**(=) New Balance:**          **$1,193.87**

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Hayley Lenahan, Esquire
Donahue Fitzgerald Attorneys
1999 Harrison Street
26th Floor
Oakland, CA 94612

Invoice No.   : 608654
Invoice Date  : 9/12/2023
**Total Due**   : **$1,193.87**

Remit To: **Planet Depos**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.    : 503795
BU ID      : *43-SoCal
Case No.   : 2:21-CV-08157 JAK (RAOx)
Case Name  : Cher, etc. -v- Bono, etc., et. al.

# EXHIBIT B

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Gini |
| | Donahue Fitzgerald |
| | 1999 Harrison Street |
| | 26th Floor |
| | Oakland, CA, 94612 |

| **Invoice #:** | **6825525** |
| **Invoice Date:** | **9/7/2023** |
| **Balance Due:** | **$0.00** |

| Case: Cher v. Bono, Mary, Et Al. (2:21-cv-08157-JAK-RAO) | Proceeding Type: Depositions |
|---|---|

Job #: 6072224   |   Job Date: 9/5/2023   |   Delivery: Expedited          Billing Matter Number: 31800.00003

| Location: | San Francisco, CA |
| Billing Atty: | Daniel Schacht |
| Scheduling Atty: | Daniel Schacht | Donahue Fitzgerald |

| Witness: Cher | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 281.00 | $6.30 | $1,770.30 |
| Transcript Services - Priority Request | 281.00 | $6.30 | $1,770.30 |
| Transcript - Supplemental Surcharges* | 281.00 | $0.50 | $140.50 |
| Rough Draft | 281.00 | $1.95 | $547.95 |
| Realtime Services | 281.00 | $2.10 | $590.10 |
| Attendance - Full Day | 1.00 | $350.00 | $350.00 |
| Waiting Time of Service Professional | 0.75 | $115.00 | $86.25 |
| Exhibits | 103.00 | $0.65 | $66.95 |
| Exhibit Share | 1.00 | $425.00 | $425.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $95.00 | $95.00 |
| Logistics & Processing | 1.00 | $55.00 | $55.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 6825525
**Invoice Date:** 9/7/2023
**Balance Due:** $0.00

108761

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes:   *Supplemental Surcharges Include: Video Proceeding | Invoice Total: | $6,192.35 |
|---|---|---|
| | Payment: | ($6,192.35) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:**  6825525
**Invoice Date:**  9/7/2023
**Balance Due:**  $0.00

108761

# **EXHIBIT C**

**<u>Exhibit C – Statement Regarding Reasonableness of Rates</u>**

The transcript of the deposition of Mary Bono was prepared by Planet Depos at a rate of $4.50 per page, and the transcript of the deposition of Cher was prepared by Veritext at a rate of $6.30. These rates, while higher than those set by the Judicial Conference of the United States, represent reasonable market prices for this District.