Peter Anderson, Esq., Cal. Bar No. 88891
  peteranderson@dwt.com
Sean M. Sullivan, Esq., Cal. Bar No. 229104
  seansullivan@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
  ericlamm@dwt.com
Samuel Turner, Esq., Cal. Bar No. 338089
  samturner@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiff and Counterdefendant
CHER, Individually and as
Trustee of The Veritas Trust

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CHER, individually and as Trustee of The Veritas Trust, <br><br> Plaintiff, <br><br> v. <br><br> MARY BONO, individually and as Trustee of the Bono Collection Trust, and DOES 1 through 10, inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-CV-08157 JAK (RAOx) <br><br> CHER'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES <br><br> Date: February 23, 2026 <br> Time: 8:30 a.m. <br><br> Courtroom of the Honorable <br> John A. Kronstadt <br> United States District Judge |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, February 23, at 8:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 10C of the above-entitled Court, located at 350 West 1st Street, Los Angeles, California, plaintiff Cher will move the Court, the Honorable John A. Kronstadt presiding, for the award of attorney's fees incurred in the successful prosecution of this action against defendant Mary Bono ("Defendant").

Cher moves for the award of attorney's fees on the grounds that, as stated more fully in the accompanying Memorandum of Points and Authorities:

1. Cher incurred attorney's fees in successfully prosecuting this action, with the Court granting Cher's Motion for Summary Judgment as to her claims for declaratory judgment and breach of contract and Defendant's second counterclaim, granting Cher's Motion for Summary Judgment in part as to Defendant's first counterclaim, and entering Judgment on the merits and in Cher's favor;

2. The award of attorney's fees is appropriate under 17 U.S.C. § 505 because Cher's declaratory relief claim concerning termination rights under Section 304(c) of the Copyright Act required sufficient construction of that Act, because Cher's claim satisfies the relevant factors, and because Cher's claim ultimately fulfilled and promoted the purposes and policies of the Copyright Act (*Fogerty v. Fantasy, Inc.*, 510 U.S. 517 (1994));

3. Apportionment of Cher's fees is unnecessary because her successful breach of contract claim and Defendant's unsuccessful second counterclaim share a common core of facts with Cher's declaratory relief claim, and because any fees incurred in relation to Defendant's partially successful first counterclaim were de minimis; and

4. The $1,023,605.30 in attorney's fees incurred by Cher to date from, among other things, preparing a Complaint and First Amended Complaint, opposing Defendant's motion to dismiss, preparing an Answer to Defendant's Counterclaim,

1

1  written discovery, discovery disputes, five depositions, the parties' cross-Motions for
2  Summary Judgment, trial preparation, and settlement efforts, plus the estimated
3  $10,000 Cher will incur in preparing an anticipated Reply in support of this Motion,
4  are reasonable.

5      This Motion is based on this Notice and Motion, the attached Memorandum of
6  Points and Authorities, Declaration of Peter Anderson and exhibits attached thereto,
7  and Declaration of Sam Liu, and the matters of which this Court may take judicial
8  notice, the pleadings, records, and files in this action, and such argument as may be
9  presented at or before the hearing on this Motion.

10     This Motion is made following the conference of counsel pursuant to L.R. 7-3,
11 which occurred on January 5, 2026, wherein Defendant's counsel indicated that she
12 will oppose this Motion.

13

14 Dated: January 12, 2026                        */s/ Peter Anderson, Esq.*

15                                               Peter Anderson, Esq.
                                              Sean M. Sullivan, Esq.
16                                               Eric H. Lamm, Esq.
                                              Samuel Turner, Esq.
17                                          DAVIS WRIGHT TREMAINE LLP
                                             Attorneys for Plaintiff
18                                          and Counterdefendant
                                                     CHER
19                                    Individually and as Trustee of
                                              The Veritas Trust

20

21

22

23

24

25

26

27

28

2