DANIEL J. SCHACHT, #259717
dschacht@donahue.com
ANDREW S. MACKA, #197074
amackay@donahue.com
HAYLEY M. LENAHAN, #343528
hlenahan@donahue.com
MELANIE Y. KIM, #341251
mkim@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
Telephone:  (510) 451-3300
Facsimile:  (510) 451-1527

Attorneys for Defendant and
Counterclaimant MARY BONO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CHER, individually and as Trustee of The Veritas Trust,<br><br>Plaintiff,<br><br>v.<br><br>MARY BONO, individually and as Trustee of the Bono Collection Trust, and DOES 1 through 10, inclusive,<br><br>Defendants.<br>──────────────────────────<br>MARY BONO,,<br><br>Counterclaimant,<br><br>v.<br><br>CHER, individually and as Trustee of The Veritas Trust,<br><br>Counter-defendant. | Case No. 2:21-cv-08157-JAK (RAOx)<br><br>**DEFENDANT AND COUNTERCLAIMANT MARY BONO'S REPLY TO CHER'S OBJECTION TO APPLICATION TO THE CLERK TO TAX COSTS AND BILL OF COSTS**<br><br>Judge:   Hon. John A. Kronstadt |

Defendant and Counter-claimant Mary Bono ("Defendant") hereby submits this Reply to Plaintiff and Counter-respondent Cher's ("Plaintiff") Objection to Defendant's Application to the Clerk to Tax Costs and attached Bill of Costs (ECF No. 176).

Plaintiff objects to Defendant's Application on the basis that Defendant has not apportioned her costs to her First Counterclaim for Relief on which Defendant prevailed. To the contrary, Defendant's Bill of Costs *is* the result of a good-faith apportionment. Defendant expended costs for five different depositions, three of which were left out of her Application. The five depositions (and their deposition transcript costs) were of Mary Bono ($1,090.30), Cher ($6,192.35 and $2,148.00 for non-taxable video services), Jacqueline Charlesworth ($724.90), Lindsay Scott ($2,609.90 and $1,713.00 for non-taxable video services), and Randall Wixen ($1,300.50). Taking into account Defendant's partial success following the Parties' cross-motions for summary judgment, Defendant submitted only the portion of her costs that is taxable and allocable to Defendant's First Counterclaim ($3,871.00).

Based on this apportionment, and the documents submitted in support of Defendant's Application, Defendant requests that her Application to the Clerk to Tax Costs and attached Bill of Costs be granted in full.

Dated:  January 29, 2026          DONAHUE FITZGERALD LLP
                                  Attorneys at Law


                          By: _____
                                  Daniel J. Schacht
                                  Andrew S. MacKay
                                  Hayley M. Lenahan
                                  Melanie Y. Kim
                                  Attorneys for Defendant and
                                  Counterclaimant MARY BONO