DANIEL J. SCHACHT, #259717
dschacht@donahue.com
ANDREW S. MACKAY,#197074
amackay@donahue.com
HAYLEY M. LENAHAN, #343528
hlenahan@donahue.com
PADMINI CHERUVU, #301292
pcheruvu@donahue.com
MELANIE Y. KIM, #341251
mkim@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
Telephone: (510) 451-3300
Facsimile: (510) 451-1527

Attorneys for Defendant and
Counterclaimant MARY BONO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CHER, individually and as Trustee of The Veritas Trust,

Plaintiff,

v.

MARY BONO, individually and as Trustee of the Bono Collection Trust, and DOES 1 through 10, inclusive,

Defendants.

---

MARY BONO,

Counterclaimant,

v.

CHER, individually and as Trustee of The Veritas Trust,

Counter-defendant.

Case No. 2:21-cv-08157-JAK (RAOx)

NOTICE OF ERRATA RE DOC. 180

Judge: Hon. John A. Kronstadt

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL:

Please take notice of an error with the document filed by Defendant on January 29, 2026, as ECF Doc. 180. It is a Reply to Plaintiff's Objection to Defendant's Application to the Clerk to Tax Costs and Bill of Costs (the "Reply"). The Reply was incorrectly linked to Doc. 178 instead of Doc. 176, and this error is reflected in the Docket Text. The Reply will be re-filed, this time linked to the correct document.

Dated: January 30, 2026

DONAHUE FITZGERALD LLP
Attorneys at Law

By: /s/ Daniel J. Schacht
Daniel J. Schacht
Andrew S. MacKay
Hayley M. Lenahan
Padmini Cheruvu
Attorneys for Defendant and Counterclaimant MARY BONO