DANIEL J. SCHACHT, #259717
dschacht@donahue.com
ANDREW S. MACKAY, #197074
amackay@donahue.com
HAYLEY M. LENAHAN, #343528
hlenahan@donahue.com
PADMINI CHERUVU, #301292
pcheruvu@donahue.com
MELANIE Y. KIM, #341251
mkim@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
Telephone:  (510) 451-3300
Facsimile:   (510) 451-1527

Attorneys for Defendant and Counterclaimant MARY BONO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHER, individually and as Trustee of The Veritas Trust,<br><br>Plaintiff,<br><br>v.<br><br>MARY BONO, individually and as Trustee of the Bono Collection Trust, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>MARY BONO,,<br><br>Counterclaimant,<br><br>v.<br><br>CHER, individually and as Trustee of The Veritas Trust,,<br><br>Counter-defendant. | Case No. 2:21-cv-08157-JAK (RAOx)<br><br>**DECLARATION OF MELANIE Y. KIM IN SUPPORT OF DEFENDANT AND COUNTER-PLAINTIFF'S MARY BONO'S OPPOSITION TO PLAINTIFF AND COUNTER-DEFENDANT CHER'S MOTION FOR ATTORNEY'S FEES**<br><br>Hrg, Date:  March 9, 2026 [Proposed]<br>Time:       8:30 a.m.<br>Judge:      Hon. John A. Kronstadt<br>Ctrm.:      10C |

4922-0525-8124.1

Case No. 2:21-cv-08157-JAK (RAOx)

DECLARATION OF MELANIE Y. KIM

I, Melanie Y. Kim, declare as follows:

1. I am an attorney at Donahue Fitzgerald LLP, counsel for Defendant and Counterclaimant Mary Bono ("Defendant") in the above captioned matter. I am duly authorized to practice law in the State of California and before the United States District Court for the Central District of California.

2. I make this declaration in support of Defendant's Opposition To Plaintiff And Counter-Defendant Cher's Motion For Attorney's Fees. I have personal knowledge of the facts and circumstances stated in this declaration, and if called a witness, I could and would competently testify to them.

3. Attached to this Declaration as **Exhibit A** are spreadsheets compiling time entries from Exhibits 1 to 3 to the Declaration of Peter Anderson in Support of Cher's Motion for Attorney's Fees. The first spreadsheet compiles entries in which multiple attorneys billed for attending the same hearings. The second spreadsheet compiles entries in which paralegals billed for communicating with tech. The third spreadsheet compiles entries in which partners billed for time reviewing work of associates. The fourth spreadsheet compiles entries in which attorneys billed excessive hours. The fifth spreadsheet compiles entries in which partners billed for performing clerical or basic tasks. The sixth spreadsheet compiles overly vague entries. The seventh spreadsheet compiles entries in which paralegals used block billing. The eighth spreadsheet compiles entries in which attorneys spent excessive time preparing for the hearing on the cross-motions for summary judgment. The ninth spreadsheet compiles entries in which attorneys spent excessive hours preparing the present Motion for Attorney's Fees. At the bottom of each spreadsheet is the sum of hours and the sum of fees billed within that category of time entries.

///
///
///
///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this 2nd day of February, 2026, at Oakland, California.

By: _____
Melanie Y. Kim