# EXHIBIT A

## TABLE 1

### ENTRIES IN WHICH MULTIPLE ATTORNEYS BILLED FOR ATTENDING THE SAME HEARINGS

| Reference | Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| (Document 178-3; Page 94 of 191) | 11/2/2023 | P. Anderson | 0.50 | 397.50 | Attend pre-filing conference regarding discovery dispute, Cher's motion for summary judgment, and defendant's motion for summary judgment |
| (Document 178-3; Page 94 of 191) | 11/2/2023 | S. Turner | 0.70 | 371.00 | Prepare for and attend meet and confer regarding discovery dispute and cross-motions for summary judgment |
| (Document 178-3; Page 145 of 191) | 11/18/2024 | P. Anderson | 2.80 | 2,226.00 | Review defendant's Motion in Limine and Cher Opposition and prepare for hearing on defendant's Motion in Limine, and attend hearing on Motion in Limine |
| (Document 178-3; Page 145 of 191) | 11/18/2024 | E. Lamm | 2.10 | 896.70 | Prepare for and attend Cher hearing on Motion in Limine |
| (Document 178-3; Page 150 of 191) | 12/9/2024 | P. Anderson | 2.20 | 1,749.00 | Review filings and prepare for and attend Further Status Conference |
| (Document 178-3; Page 150 of 191) | 12/9/2024 | E. Lamm | 1.90 | 811.30 | Prepare for and attend status conference |
| (Document 178-3; Page 159 of 191) | 2/5/2025 | P. Anderson | 1.20 | 954.00 | Attend hearing on defendant's Motion to Compel |
| (Document 178-3; Page 159 of 191) | 2/5/2025 | E. Lamm | 1.70 | 725.90 | Prepare for and attend hearing on Motion to Compel |
| (Document 178-3; Page 174 of 191) | 4/21/2025 | P. Anderson | 1.60 | 1,272.00 | Attend Final Pretrial Conference |
| (Document 178-3; Page 174 of 191) | 4/21/2025 | E. Lamm | 2.30 | 982.10 | Preparation for and attend final status conference |

Subtotal: 17.00 $10,385.50

**TABLE 1**
**ENTRIES IN WHICH PARALEGALS BILLED FOR COMMUNICATING WITH TECH**

| Reference | Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| (Document 178-3; Page 51 of 191) | 4/18/2023 | B. Planchon | 0.40 | 160.00 | Instruction to techs on setting up discovery database, organizing materials for review and potential production |
| (Document 178-3; Page 52 of 191) | 4/20/2023 | B. Planchon | 0.80 | 320.00 | Prepare instructions to techs on organizing additional potential production materials into database, revise draft production set accordingly and provide to attorneys for review and approval |
| (Document 178-3; Page 60 of 191) | 6/14/2023 | B. Planchon | 0.10 | 40.00 | Prepare instructions to techs on obtaining qualified assistance for properly exporting materials from Outlook |
| (Document 178-3; Page 60 of 191) | 6/14/2023 | B. Planchon | 1.40 | 560.00 | Attention to opposing counsel's production volume and format, prepare instructions to techs on organizing same into discovery database |
| (Document 178-3; Page 61 of 191) | 6/21/2023 | B. Planchon | 0.20 | 80.00 | Prepare instructions to techs on organizing Wixen productions into discovery database |
| (Document 178-3; Page 62 of 191) | 6/22/2023 | B. Planchon | 0.30 | 120.00 | Prepare instructions to techs on running analytics to recognize conversationally related emails within collection, organize into batches for review for potential production |
| (Document 178-3; Page 62 of 191) | 6/22/2023 | B. Planchon | 1.10 | 440.00 | ASAP manual preparation of confidential materials for secure production to opposing counsel and instructions to techs on back-ending same into discovery database |
| (Document 178-3; Page 62 of 191) | 6/23/2023 | B. Planchon | 0.20 | 80.00 | Prepare instructions to techs on organizing new into discovery database for review and potential production |
| (Document 178-3; Page 64 of 191) | 6/29/2023 | B. Planchon | 0.50 | 200.00 | Define production set, run quality control checks, prepare instructions to techs for production run |
| (Document 178-3; Page 68 of 191) | 7/28/2023 | B. Planchon | 0.30 | 120.00 | Prepare instructions to techs on organization of Jacqueline Charlesworth production into discovery database |
| (Document 178-3; Page 72 of 191) | 8/1/2023 | B. Planchon | 0.20 | 80.00 | Prepare instructions to techs on organizing Wixen production materials into discovery database |
| (Document 178-3; Page 73 of 191) | 8/7/2023 | B. Planchon | 0.30 | 120.00 | Prepare instructions to techs on working with vendor to have bulk of Bono production indexed/coded |
| (Document 178-3; Page 73 of 191) | 8/7/2023 | B. Planchon | 0.50 | 200.00 | Meeting with techs to revise instructions to coding vendor to remove as many subjective judgment calls as possible |
| (Document 178-3; Page 74 of 191) | 8/16/2023 | B. Planchon | 0.20 | 80.00 | Prepare instructions to techs on back-ending manually prepared production materials into discovery database |
| (Document 178-3; Page 74 of 191) | 8/16/2023 | B. Planchon | 0.10 | 40.00 | Prepare instructions to tech on re-running textual near-duplication analytics to capture individual documents reorganized from whole files produced by opposing counsel as single records |
| (Document 178-3; Page 75 of 191) | 8/29/2023 | B. Planchon | 0.20 | 80.00 | Prepare instructions to techs on organizing opposing counsel's production into discovery database |
| (Document 178-3; Page 76 of 191) | 8/31/2023 | B. Planchon | 1.00 | 400.00 | Prepare comparison table, instructions to M. Feuerman regarding analysis of opposing counsel's production for revisions and to prepare instructions to tech on individually organizing many documents produced as a single PDF |
| (Document 178-3; Page 76 of 191) | 8/31/2023 | M. Feuerman | 2.80 | 294.00 | Analysis of opposing counsel's reproduction of entire file of many documents in single PDF, prepare instructions to techs on organizing individual documents into discovery database |
| (Document 178-3; Page 81 of 191) | 9/1/2023 | M. Feuerman | 1.90 | 199.50 | Assist with analyzing opposing counsel's reproduction of many documents in large PDF and updating instructions to techs per B. Planchon organizing same in discovery database |
| (Document 178-3; Page 81 of 191) | 9/7/2023 | B. Planchon | 0.30 | 120.00 | Prepare instructions to techs on organizing BONO production materials into discovery database |
| (Document 178-3; Page 115 of 191) | 1/9/2024 | B. Planchon | 0.20 | 73.00 | Prepare instructions to techs on organizing new Bono production materials into database |
| (Document 178-3; Page 115 of 191) | 1/9/2024 | B. Planchon | 0.80 | 292.00 | Review Bono reproductions of materials pursuant to Magistrate's order, prepare instructions to techs on organizing into discovery database applying _REPO suffixes to production numbers to distinguish from original production copies, presenting in saved search alongside original versions for attorneys' review |
| (Document 178-3; Page 116 of 191) | 1/10/2024 | B. Planchon | 0.30 | 109.50 | Confer with and provide additional instruction to tech on presenting Bono re-productions alongside corresponding original materials for attorneys' review |
| (Document 178-3; Page 124 of 191) | 2/1/2024 | B. Planchon | 0.20 | 73.00 | Follow up instruction to tech regarding most recent productions by Wixen and Bono |

Subtotal:   14.30   $4,281.00

**TABLE 2**
**ENTRIES IN WHICH PARTNERS BILLED FOR TIME REVIEWING WORK OF ASSOCIATES**

| Reference | Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| (Document 178-3; Page 12 of 191) | 12/11/2021 | S. Sullivan | 0.80 | 525.60 | Review and revise proposed outline for opposition to motion to dismiss and communicate with P. Anderson and E. Lamm regarding same |
| (Document 178-3; Page 13 of 191) | 12/17/2021 | S. Sullivan | 2.00 | 1,314.00 | Review and revise opposition to motion to dismiss and communicate with P. Anderson and E. Lamm regarding same |
| (Document 178-3; Page 14 of 191) | 12/21/2021 | S. Sullivan | 2.50 | 1,642.50 | Review and revise opposition to motion to dismiss (1.6); communicate with P. Anderson, E. Lamm, and regarding same (.9) |
| (Document 178-3; Page 26 of 191) | 5/5/2022 | P. Anderson | 1.50 | 1,192.50 | Review comments of and E. Lamm and revise draft Supplemental Brief |
| (Document 178-3; Page 76 of 191) | 8/31/2023 | P. Anderson | 0.40 | 318.00 | Review initial results of S. Turner research and confer with E. Lamm |
| (Document 178-3; Page 96 of 191) | 11/7/2023 | P. Anderson | 2.70 | 2,146.50 | Review and respond to E. Lamm comments and revisions to revised draft Memorandum in support of Motion for Summary Judgment |
| (Document 178-3; Page 165 of 191) | 3/7/2025 | P. Anderson | 0.90 | 715.50 | Review revised draft proposed Pretrial Conference Order and confer with E. Lamm |
| | | Subtotal: | 10.80 | $7,854.60 | |

**TABLE 2**
**ENTRIES IN WHICH ATTORNEYS BILLED EXCESSIVE HOURS**

| Reference | Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| (Document 178-4; Page 2 of 2) | 12/1/2025 | Turner, Samuel (8003) | 0.20 | 80.00 | Review judgment |
| (Document 178-4; Page 2 of 2) | 12/2/2025 | Turner, Samuel (8003) | 0.20 | 80.00 | Review case law regarding netting attorneys fees when each party prevails on different claims |
| (Document 178-4; Page 2 of 2) | 12/8/2025 | Turner, Samuel (8003) | 0.10 | 40.00 | Review stipulation for order extending deadline to file motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 12/9/2025 | Turner, Samuel (8003) | 0.10 | 40.00 | Review order granting stipulation to extend deadline to file motions for attorney's fees |
| (Document 178-4; Page 2 of 2) | 12/22/2025 | Turner, Samuel (8003) | 0.20 | 80.00 | Correspondence with E. Lamm regarding strategy for motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 12/29/2025 | Turner, Samuel (8003) | 1.20 | 480.00 | Prepare for and attend meeting with E. Lamm regarding motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 12/30/2025 | Turner, Samuel (8003) | 2.50 | 1,000.00 | Review billing invoices in preparation for drafting exhibits in support of motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/2/2026 | Turner, Samuel (8003) | 2.80 | 1,120.00 | Continue review of invoices to identify tasks for fees motion |
| (Document 178-4; Page 2 of 2) | 1/2/2026 | Turner, Samuel (8003) | 1.40 | 560.00 | Draft outline of motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/5/2026 | Turner, Samuel (8003) | 0.30 | 120.00 | Prepare for and attend meeting with opposing counsel regarding fees motion |
| (Document 178-4; Page 2 of 2) | 1/5/2026 | Turner, Samuel (8003) | 0.20 | 80.00 | Correspondence with opposing counsel regarding meet and confer concerning fees motion |
| (Document 178-4; Page 2 of 2) | 1/5/2026 | Turner, Samuel (8003) | 2.10 | 840.00 | Review and revise invoice exhibits in support of motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/5/2026 | Turner, Samuel (8003) | 4.90 | 1,960.00 | Draft motion for attorney's fees and research and incorporate case law in support of same |
| (Document 178-4; Page 2 of 2) | 1/6/2026 | Turner, Samuel (8003) | 1.80 | 720.00 | Review and revise invoices in support of motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/6/2026 | Turner, Samuel (8003) | 5.10 | 2,040.00 | Draft motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/7/2026 | Turner, Samuel (8003) | 0.50 | 200.00 | Draft declaration of Sam Liu in support of motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/7/2026 | Turner, Samuel (8003) | 1.50 | 600.00 | Draft motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/7/2026 | Turner, Samuel (8003) | 2.00 | 800.00 | Review and incorporate edits from P. Anderson and E. Lamm to motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/7/2026 | Turner, Samuel (8003) | 2.50 | 1,000.00 | Research and incorporate additional case law regarding purpose of copyright and attorney's fees and applicability to declaratory judgment claims |
| (Document 178-4; Page 2 of 2) | 1/7/2026 | Turner, Samuel (8003) | 3.00 | 1,200.00 | Review invoices to prepare exhibits regarding time entries in support of motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/7/2026 | Turner, Samuel (8003) | 1.20 | 480.00 | Review redactions of invoices in support of motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/8/2026 | Turner, Samuel (8003) | 1.20 | 480.00 | Draft declaration of P. Anderson in support of motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/8/2026 | Turner, Samuel (8003) | 0.40 | 160.00 | Revise declaration of S. Liu in support of motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/8/2026 | Turner, Samuel (8003) | 1.90 | 760.00 | Revise motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/8/2026 | Turner, Samuel (8003) | 0.50 | 200.00 | Research scope of recoverable fees and incorporate same into motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/8/2026 | Turner, Samuel (8003) | 2.20 | 880.00 | Review and revise invoice exhibits in support of motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/8/2026 | Turner, Samuel (8003) | 1.10 | 440.00 | Review redactions to invoices in support of motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/9/2026 | Turner, Samuel (8003) | 1.70 | 680.00 | Review and incorporate edits from P. Anderson into motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/9/2026 | Turner, Samuel (8003) | 0.40 | 160.00 | Revise declaration of S. Liu in support of motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/9/2026 | Turner, Samuel (8003) | 0.10 | 40.00 | Correspondence with opposing counsel regarding hearing date for motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/9/2026 | Turner, Samuel (8003) | 0.90 | 360.00 | Revise exhibit regarding billing entries in support of motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/9/2026 | Turner, Samuel (8003) | 1.10 | 440.00 | Revise declaration of P. Anderson in support of motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/9/2026 | Turner, Samuel (8003) | 0.30 | 120.00 | Draft application to tax costs |
| (Document 178-4; Page 2 of 2) | 1/10/2026 | Turner, Samuel (8003) | 2.40 | 960.00 | Review redactions to invoices in support of motion for attorney's fees |
| (Document 178-4; Page 2 of 2) | 1/10/2026 | Turner, Samuel (8003) | 0.70 | 280.00 | Revise motion for attorney's fees |
| | | Subtotal: | 48.70 | $19,480.00 | |

**Exhibit A**

4

## TABLE 5
### ENTRIES IN WHICH PARTNERS BILLED FOR PERFORMING CLERICAL OR BASIC TASKS

| Reference | Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| (Document 178-3; Page 47 of 191) | 3/6/2023 | P. Anderson | 0.10 | 79.50 | Review and revise draft proposed Order extending dates |
| (Document 178-3; Page 51 of 191) | 4/10/2023 | P. Anderson | 0.50 | 397.50 | Prepare draft Stipulation and proposed Order regarding defendant's Answer and Counterclaim |
| (Document 178-3; Page 135 of 191) | 6/17/2024 | P. Anderson | 0.50 | 397.50 | Prepare draft proposed Judgment |
| (Document 178-3; Page 145 of 191) | 11/19/2024 | P. Anderson | 0.20 | 159.00 | Review and redact Iconic Asset Purchase Agreement |
| (Document 178-3; Page 146 of 191) | 11/21/2024 | P. Anderson | 0.30 | 238.50 | Review and revise redactions to Asset Purchase Agreement |
| (Document 178-3; Page 171 of 191) | 4/4/2025 | P. Anderson | 0.60 | 477.00 | Draft Stipulation to entry of Judgment and proposed Order for entry of Judgment |
| (Document 178-3; Page 172 of 191) | 4/10/2025 | P. Anderson | 1.60 | 1,272.00 | Prepare draft of Notice of withdrawal of approval of proposed Pretrial Conference Order etc., and Declaration in support |
| (Document 178-3; Page 178 of 191) | 5/1/2025 | P. Anderson | 0.50 | 397.50 | Review and revise draft Stipulation and prepare draft proposed Order, regarding |
| (Document 178-3; Page 178 of 191) | 5/9/2025 | P. Anderson | 0.20 | 159.00 | Review and revise draft proposed Order on Stipulation to Certain Facts |
| | Subtotal: | | 4.50 | $3,577.50 | |

**Exhibit A**

5

**TABLE 2**
**OVERLY VAGUE ENTRIES**

| Reference | Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| (Document 178-3; Page 5 of 191) | 10/1/2021 | P. Anderson | 0.60 | 477.00 | Telephone conference with regarding |
| (Document 178-3; Page 6 of 191) | 10/4/2021 | P. Anderson | 0.40 | 318.00 | Conference with regarding |
| (Document 178-3; Page 6 of 191) | 10/8/2021 | P. Anderson | 0.60 | 477.00 | Conference call with and regarding |
| (Document 178-3; Page 6 of 191) | 10/12/2021 | P. Anderson | 0.30 | 238.50 | E-mails from and to regarding |
| (Document 178-3; Page 6 of 191) | 10/12/2021 | P. Anderson | 0.10 | 79.50 | Telephone conference with regarding and other issues |
| (Document 178-3; Page 7 of 191) | 10/18/2021 | P. Anderson | 0.30 | 238.50 | Conference with regarding and strategy |
| (Document 178-3; Page 7 of 191) | 10/20/2021 | P. Anderson | 0.60 | 477.00 | Telephone call from and with and |
| (Document 178-3; Page 7 of 191) | 10/20/2021 | P. Anderson | 0.10 | 79.50 | Telephone call from |
| (Document 178-3; Page 7 of 191) | 10/21/2021 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 7 of 191) | 10/21/2021 | P. Anderson | 0.50 | 397.50 | Conference with , and |
| (Document 178-3; Page 14 of 191) | 12/21/2021 | P. Anderson | 0.40 | 318.00 | Telephone conference with and regarding |
| (Document 178-3; Page 19 of 191) | 2/4/2022 | P. Anderson | 0.40 | 318.00 | Conference with regarding |
| (Document 178-3; Page 23 of 191) | 4/21/2022 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 24 of 191) | 4/25/2022 | P. Anderson | 0.20 | 159.00 | Conference with regarding |
| (Document 178-3; Page 26 of 191) | 5/5/2022 | P. Anderson | 0.40 | 318.00 | E-mail to regarding |
| (Document 178-3; Page 26 of 191) | 5/6/2022 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 43 of 191) | 2/8/2023 | P. Anderson | 0.20 | 159.00 | E-mails from and to regarding |
| (Document 178-3; Page 43 of 191) | 2/8/2023 | P. Anderson | 0.40 | 318.00 | Conference with regarding mediation |
| (Document 178-3; Page 51 of 191) | 4/10/2023 | P. Anderson | 0.40 | 318.00 | Conference with regarding |
| (Document 178-3; Page 52 of 191) | 4/24/2023 | P. Anderson | 0.20 | 159.00 | E-mail to regarding |
| (Document 178-3; Page 52 of 191) | 4/24/2023 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 55 of 191) | 5/1/2023 | P. Anderson | 0.30 | 238.50 | E-mail to regarding |
| (Document 178-3; Page 56 of 191) | 5/31/2023 | P. Anderson | 0.10 | 79.50 | E-mail to regarding |
| (Document 178-3; Page 56 of 191) | 5/31/2023 | P. Anderson | 0.20 | 159.00 | E-mails from and to regarding |
| (Document 178-3; Page 59 of 191) | 6/1/2023 | P. Anderson | 0.10 | 79.50 | E-mail to regarding |
| (Document 178-3; Page 59 of 191) | 6/2/2023 | P. Anderson | 0.20 | 159.00 | E-mail to regarding |
| (Document 178-3; Page 59 of 191) | 6/5/2023 | P. Anderson | 0.20 | 159.00 | E-mail to regarding |
| (Document 178-3; Page 59 of 191) | 6/5/2023 | P. Anderson | 0.80 | 636.00 | Conference with regarding |
| (Document 178-3; Page 74 of 191) | 8/17/2023 | P. Anderson | 0.30 | 238.50 | Conference with regarding |
| (Document 178-3; Page 76 of 191) | 8/31/2023 | P. Anderson | 0.10 | 79.50 | Conference with regarding |
| (Document 178-3; Page 81 of 191) | 9/4/2023 | P. Anderson | 0.10 | 79.50 | E-mail to regarding |
| (Document 178-3; Page 81 of 191) | 9/6/2023 | P. Anderson | 0.30 | 238.50 | E-mail to regarding |
| (Document 178-3; Page 83 of 191) | 9/29/2023 | P. Anderson | 0.10 | 79.50 | E-mail to regarding |
| (Document 178-3; Page 86 of 191) | 10/2/2023 | P. Anderson | 1.10 | 874.50 | Conference with regarding |
| (Document 178-3; Page 86 of 191) | 10/10/2023 | P. Anderson | 0.80 | 636.00 | E-mail to regarding |
| (Document 178-3; Page 98 of 191) | 11/16/2023 | P. Anderson | 0.40 | 318.00 | E-mail to regarding |
| (Document 178-3; Page 102 of 191) | 11/28/2023 | P. Anderson | 0.20 | 159.00 | Conference with regarding |
| (Document 178-3; Page 118 of 191) | 1/17/2024 | P. Anderson | 0.20 | 159.00 | E-mail to regarding |
| (Document 178-3; Page 120 of 191) | 1/23/2024 | P. Anderson | 0.30 | 238.50 | Conference with regarding |
| (Document 178-3; Page 120 of 191) | 1/29/2024 | P. Anderson | 0.20 | 159.00 | E-mail to regarding |
| (Document 178-3; Page 124 of 191) | 2/1/2024 | P. Anderson | 0.40 | 318.00 | E-mail to regarding |
| (Document 178-3; Page 125 of 191) | 2/10/2024 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 126 of 191) | 2/26/2024 | P. Anderson | 0.30 | 238.50 | E-mails from and to regarding |
| (Document 178-3; Page 127 of 191) | 2/29/2024 | P. Anderson | 0.30 | 238.50 | Conference with regarding hearing |
| (Document 178-3; Page 132 of 191) | 5/29/2024 | P. Anderson | 0.20 | 159.00 | E-mails from and to regarding |
| (Document 178-3; Page 132 of 191) | 5/29/2024 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 133 of 191) | 5/31/2024 | P. Anderson | 0.40 | 318.00 | Conference with regarding |
| (Document 178-3; Page 134 of 191) | 6/4/2024 | P. Anderson | 0.40 | 318.00 | Conference with regarding |
| (Document 178-3; Page 134 of 191) | 6/4/2024 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 134 of 191) | 6/4/2024 | P. Anderson | 0.90 | 715.50 | E-mail to regarding |
| (Document 178-3; Page 135 of 191) | 6/5/2024 | P. Anderson | 0.10 | 79.50 | E-mail to regarding |
| (Document 178-3; Page 135 of 191) | 6/5/2024 | P. Anderson | 0.10 | 79.50 | E-mail to regarding |
| (Document 178-3; Page 135 of 191) | 6/21/2024 | P. Anderson | 0.40 | 318.00 | E-mails from and to regarding |
| (Document 178-3; Page 135 of 191) | 6/23/2024 | P. Anderson | 0.10 | 79.50 | E-mail to regarding |
| (Document 178-3; Page 135 of 191) | 6/25/2024 | P. Anderson | 0.10 | 79.50 | E-mail to regarding |
| (Document 178-3; Page 136 of 191) | 6/28/2024 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 140 of 191) | 10/3/2024 | P. Anderson | 0.80 | 636.00 | E-mail to regarding |
| (Document 178-3; Page 140 of 191) | 10/11/2024 | P. Anderson | 0.50 | 397.50 | Conference call with regarding |
| (Document 178-3; Page 141 of 191) | 10/23/2024 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 141 of 191) | 10/31/2024 | P. Anderson | 0.30 | 238.50 | E-mail to regarding |
| (Document 178-3; Page 145 of 191) | 11/6/2024 | P. Anderson | 0.10 | 79.50 | E-mail to regarding |
| (Document 178-3; Page 145 of 191) | 11/18/2024 | P. Anderson | 0.40 | 318.00 | E-mail to regarding |
| (Document 178-3; Page 145 of 191) | 11/19/2024 | P. Anderson | 0.50 | 397.50 | Conference with |
| (Document 178-3; Page 146 of 191) | 11/20/2024 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 147 of 191) | 11/23/2024 | P. Anderson | 0.20 | 159.00 | E-mail to regarding |
| (Document 178-3; Page 147 of 191) | 11/25/2024 | P. Anderson | 0.20 | 159.00 | E-mails from and to regarding |
| (Document 178-3; Page 147 of 191) | 11/25/2024 | P. Anderson | 0.20 | 159.00 | E-mail to regarding |
| (Document 178-3; Page 147 of 191) | 11/25/2024 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 150 of 191) | 12/9/2024 | P. Anderson | 0.20 | 159.00 | E-mails from and to regarding |
| (Document 178-3; Page 150 of 191) | 12/9/2024 | P. Anderson | 0.60 | 477.00 | E-mail to regarding |

**TABLE 2**
**OVERLY VAGUE ENTRIES**

| Reference | Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| (Document 178-3; Page 150 of 191) | 12/11/2024 | P. Anderson | 0.10 | 79.50 | E-mail to regarding |
| (Document 178-3; Page 151 of 191) | 12/18/2024 | P. Anderson | 0.20 | 159.00 | E-mails from and to regarding |
| (Document 178-3; Page 151 of 191) | 12/19/2024 | P. Anderson | 0.50 | 397.50 | Conference with regarding |
| (Document 178-3; Page 154 of 191) | 1/14/2025 | E. Lamm | 0.50 | 213.50 | Call with regarding |
| (Document 178-3; Page 158 of 191) | 2/4/2025 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 159 of 191) | 2/5/2025 | P. Anderson | 0.20 | 159.00 | Conference with regarding |
| (Document 178-3; Page 159 of 191) | 2/5/2025 | P. Anderson | 0.20 | 159.00 | E-mails from and to regarding |
| (Document 178-3; Page 159 of 191) | 2/13/2025 | P. Anderson | 0.30 | 238.50 | E-mail to regarding |
| (Document 178-3; Page 160 of 191) | 2/14/2025 | P. Anderson | 0.10 | 79.50 | E-mail to regarding |
| (Document 178-3; Page 160 of 191) | 2/14/2025 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 160 of 191) | 2/14/2025 | P. Anderson | 0.20 | 159.00 | E-mail to regarding |
| (Document 178-3; Page 160 of 191) | 2/21/2025 | P. Anderson | 0.30 | 238.50 | E-mails to and from and conference with |
| (Document 178-3; Page 160 of 191) | 2/21/2025 | P. Anderson | 0.20 | 159.00 | E-mail to regarding |
| (Document 178-3; Page 160 of 191) | 2/21/2025 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 164 of 191) | 3/4/2025 | P. Anderson | 0.20 | 159.00 | E-mails from and to regarding |
| (Document 178-3; Page 164 of 191) | 3/5/2025 | P. Anderson | 0.10 | 79.50 | Conference with regarding |
| (Document 178-3; Page 164 of 191) | 3/5/2025 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 164 of 191) | 3/5/2025 | P. Anderson | 0.20 | 159.00 | E-mail to regarding |
| (Document 178-3; Page 165 of 191) | 3/5/2025 | P. Anderson | 0.20 | 159.00 | Conference with regarding |
| (Document 178-3; Page 165 of 191) | 3/10/2025 | P. Anderson | 0.10 | 79.50 | E-mail to regarding |
| (Document 178-3; Page 165 of 191) | 3/10/2025 | P. Anderson | 0.10 | 79.50 | E-mail to regarding |
| (Document 178-3; Page 165 of 191) | 3/10/2025 | P. Anderson | 0.10 | 79.50 | E-mail to regarding |
| (Document 178-3; Page 166 of 191) | 3/11/2025 | P. Anderson | 0.20 | 159.00 | Telephone call from |
| (Document 178-3; Page 171 of 191) | 4/2/2025 | P. Anderson | 0.10 | 79.50 | E-mail to regarding |
| (Document 178-3; Page 172 of 191) | 4/11/2025 | P. Anderson | 0.30 | 238.50 | E-mail to regarding |
| (Document 178-3; Page 172 of 191) | 4/14/2025 | P. Anderson | 0.20 | 159.00 | E-mails from and to regarding |
| (Document 178-3; Page 172 of 191) | 4/14/2025 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 173 of 191) | 4/15/2025 | P. Anderson | 0.20 | 159.00 | Conference with regarding |
| (Document 178-3; Page 173 of 191) | 4/16/2025 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 173 of 191) | 4/16/2025 | P. Anderson | 0.50 | 397.50 | Conference with regarding |
| (Document 178-3; Page 173 of 191) | 4/17/2025 | P. Anderson | 0.40 | 318.00 | E-mail to regarding |
| (Document 178-3; Page 174 of 191) | 4/18/2025 | P. Anderson | 0.10 | 79.50 | E-mail to regarding |
| (Document 178-3; Page 174 of 191) | 4/18/2025 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 174 of 191) | 4/21/2025 | P. Anderson | 0.20 | 159.00 | E-mails from and to regarding |
| (Document 178-3; Page 174 of 191) | 4/23/2025 | P. Anderson | 0.50 | 397.50 | Conference with regarding |
| (Document 178-3; Page 174 of 191) | 4/23/2025 | P. Anderson | 0.10 | 79.50 | E-mail to regarding |
| (Document 178-3; Page 174 of 191) | 4/24/2025 | P. Anderson | 0.70 | 556.50 | Conference with regarding |
| (Document 178-3; Page 175 of 191) | 4/29/2025 | P. Anderson | 0.10 | 79.50 | E-mail to regarding |
| (Document 178-3; Page 175 of 191) | 4/30/2025 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 179 of 191) | 5/14/2025 | P. Anderson | 0.30 | 238.50 | E-mail to regarding |
| (Document 178-3; Page 186 of 191) | 9/4/2025 | P. Anderson | 0.10 | 79.50 | Conference with regarding |
| (Document 178-3; Page 186 of 191) | 9/16/2025 | P. Anderson | 0.10 | 79.50 | Conference with regarding confidentiality |
| (Document 178-3; Page 186 of 191) | 9/16/2025 | P. Anderson | 0.10 | 79.50 | E-mail to regarding |
| (Document 178-3; Page 186 of 191) | 9/29/2025 | P. Anderson | 0.20 | 159.00 | Conference with regarding |
| (Document 178-3; Page 186 of 191) | 9/30/2025 | P. Anderson | 0.20 | 159.00 | E-mails from and to regarding |
| (Document 178-3; Page 186 of 191) | 9/30/2025 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 189 of 191) | 10/1/2025 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 189 of 191) | 10/1/2025 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 189 of 191) | 10/9/2025 | P. Anderson | 0.20 | 159.00 | E-mails from and to regarding |
| (Document 178-3; Page 189 of 191) | 10/9/2025 | P. Anderson | 0.20 | 159.00 | E-mails from and to regarding |
| (Document 178-3; Page 189 of 191) | 10/10/2025 | P. Anderson | 0.60 | 477.00 | Conference with regarding |
| (Document 178-3; Page 189 of 191) | 10/15/2025 | P. Anderson | 0.30 | 238.50 | Conference with and e-mail to |
| (Document 178-3; Page 190 of 191) | 11/3/2025 | P. Anderson | 0.10 | 79.50 | E-mails from and to regarding |
| (Document 178-3; Page 190 of 191) | 11/3/2025 | P. Anderson | 0.20 | 159.00 | Conference with regarding |
| (Document 178-3; Page 190 of 191) | 11/4/2025 | P. Anderson | 0.20 | 159.00 | Conference with |
| (Document 178-3; Page 191 of 191) | 11/4/2025 | P. Anderson | 0.40 | 318.00 | E-mails from and to regarding |
| (Document 178-3; Page 191 of 191) | 11/5/2025 | P. Anderson | 0.20 | 159.00 | E-mails from and to regarding |
| (Document 178-3; Page 191 of 191) | 11/10/2025 | P. Anderson | 0.10 | 79.50 | E-mail to regarding |

Subtotal: 32.90 $25,971.50

Exhibit A
7

**TABLE 6**
**ENTRIES IN WHICH PARALEGALS USED BLOCK BILLING**

| Reference | Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| (Document 178-3; Page 63 of 191) | 6/26/2023 | M. Laketa | 2.80 | 1,036.00 | Review email from B. Planchon regarding instructions for document review; review emails from team regarding questions on same; review and tag responsiveness and privilege in database; confer with B. Planchon regarding same |
| (Document 178-3; Page 98 of 191) | 11/16/2023 | M. Laketa | 0.30 | 111.00 | Review and respond to emails from B. Planchon regarding motion for summary judgment documents; review emails from P. Jezick and B. Planchon regarding accessing database; review spreadsheet pulled statement of fact exhibits |
| (Document 178-3; Page 99 of 191) | 11/17/2023 | M. Laketa | 0.90 | 333.00 | Review emails from E. Lamm and B. Planchon regarding preparation of sealed and redacted exhibits; review email from P. Anderson and E. Lamm requesting excerpts of deposition; prepare excerpts; compose email to P. Anderson and E. Lamm forwarding deposition excerpts; review and respond to email from E. Lamm regarding exhibit preparation; review and respond to email from B. Planchon regarding same |
| (Document 178-3; Page 100 of 191) | 11/19/2023 | M. Laketa | 5.90 | 2,183.00 | Telephone call from B. Planchon requesting assistance preparing exhibits for motion for summary judgment; telephone call from E. Lamm regarding same; review emails from E. Lamm and B. Planchon regarding status of exhibits; telephone calls from E. Lamm with instructions regarding redactions; review redactions in Statement of Facts and prepare un-redacted copies of same for court; draft appendices of sealed and unsealed documents; prepare slip sheets for sealed exhibits; telephone call to B. Planchon regarding status |
| (Document 178-3; Page 101 of 191) | 11/20/2023 | M. Laketa | 3.40 | 1,258.00 | Review and respond to emails from E. Lamm, P. Anderson and S. Ho regarding edits to appendices and exhibits; redraft appendices; edit coversheets for sealed exhibits; assist in preparing motion for summary documents for filing |
| (Document 178-3; Page 109 of 191) | 12/19/2023 | M. Laketa | 4.00 | 1,480.00 | Review regarding Schedule A copyrights; compose spreadsheet regarding same; compose email to E. Lamm regarding findings |

Subtotal: 17.30 $6,401.00

Exhibit A
8

**TABLE 2**
**ENTRIES IN WHICH ATTORNEYS SPENT EXCESSIVE TIME PREPARING FOR MSJ HEARING**

| Reference | Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| (Document 178-3; Page 125 of 191) | 2/19/2024 | E. Lamm | 2.50 | 1,067.50 | Review filings to collect most important authorities and review authorities in preparation for upcoming hearing on cross motions for summary judgment |
| (Document 178-3; Page 125 of 191) | 2/20/2024 | E. Lamm | 0.80 | 341.60 | Review filings to collect most important authorities and review authorities in preparation for upcoming hearing on cross motions for summary judgment |
| (Document 178-3; Page 125 of 191) | 2/21/2024 | P. Anderson | 1.80 | 1,431.00 | Begin review of cross-Motions for Summary Judgment filings in preparation for upcoming hearing on cross Motions (Cher's Motion for Summary Judgment, Cher's Declaration, L. Scott's Declaration, Declaration, P. Anderson Declaration, and begin review of Cher Appendix of Exhibits) |
| (Document 178-3; Page 125 of 191) | 2/22/2024 | P. Anderson | 1.90 | 1,510.50 | Continue review of cross-Motions for Summary Judgment filings in preparation for upcoming hearing on cross Motions (complete review of Cher Appendix of Exhibits and review defendant's Memorandum in opposition to Cher Motion for Summary Judgment, Cher's Reply in support of Motion for Summary Judgment, and Cher's Response to defendant's Statement of Disputed Facts) |
| (Document 178-3; Page 126 of 191) | 2/22/2024 | P. Anderson | 2.30 | 1,828.50 | Continue review of cross-Motions for Summary Judgment filings in preparation for upcoming hearing on cross Motions (complete review of defendant's Notice of Motion for Summary Judgment and supporting Memorandum, defendant's evidence in support of defendant's Motion for Summary Judgment, Cher's Memorandum in opposition to defendant's Motion for Summary Judgment, Cher's evidence in support of her opposition, Cher's evidentiary objections, defendant's Reply Memorandum, and defendant's Response to Statement of Disputed Facts |
| (Document 178-3; Page 126 of 191) | 2/22/2024 | E. Lamm | 1.10 | 469.70 | Review record to address questions from P. Anderson in regards to preparation for hearing on cross-motions for summary judgment and correspond with P. Anderson regarding the same |
| (Document 178-3; Page 126 of 191) | 2/22/2024 | E. Lamm | 0.70 | 298.90 | Review and confer with team regarding in connection with Motion for Summary Judgment |
| (Document 178-3; Page 126 of 191) | 2/23/2024 | P. Anderson | 0.10 | 79.50 | Review additional e-mails from defendant's production, for possible use at hearing on Motions for Summary Judgment |
| (Document 178-3; Page 126 of 191) | 2/23/2024 | P. Anderson | 0.90 | 715.50 | Conference with E. Lamm regarding issues and preparation for upcoming hearing on Motions for Summary Judgment |
| (Document 178-3; Page 126 of 191) | 2/23/2024 | P. Anderson | 0.60 | 477.00 | Continue review of cross Motions for Summary Judgment materials in preparation for upcoming hearing |
| (Document 178-3; Page 126 of 191) | 2/23/2024 | E. Lamm | 2.90 | 1,238.30 | Prepare for hearing on Motion for Summary Judgment |
| (Document 178-3; Page 126 of 191) | 2/24/2024 | P. Anderson | 3.70 | 2,941.50 | Review case law cited in support and in opposition to Motions for Summary Judgment, in preparation for hearing on Motions |
| (Document 178-3; Page 126 of 191) | 2/24/2024 | P. Anderson | 0.10 | 79.50 | E-mail to regarding upcoming hearing on Motions for Summary Judgment |
| (Document 178-3; Page 126 of 191) | 2/24/2024 | P. Anderson | 3.10 | 2,464.50 | Prepare draft outline of arguments for hearing on Motions for Summary Judgment |
| (Document 178-3; Page 126 of 191) | 2/26/2024 | P. Anderson | 0.80 | 636.00 | E-mail to regarding court's hearing on Motions for Summary Judgment |
| (Document 178-3; Page 126 of 191) | 2/26/2024 | P. Anderson | 0.80 | 636.00 | Review, revise, and finalize outline of argument for hearing on Motions for Summary Judgment |
| (Document 178-3; Page 126 of 191) | 2/26/2024 | P. Anderson | 2.90 | 2,305.50 | Attend hearing on Motions for Summary Judgment |
| (Document 178-3; Page 126 of 191) | 2/26/2024 | E. Lamm | 3.00 | 1,281.00 | Prepare for and assist with oral argument at hearing on Cher's Motion for Summary Judgment and Bono's Motion for Summary Judgment |

Subtotal: 30.00 $19,802.00

Exhibit A
9

**TABLE 3**
**ENTRIES IN WHICH ATTORNEY S. TURNER SPENT EXCESSIVE HOURS ON THE MOTION FOR ATTORNEYS' FEES**

| Date | Timekeeper | Hours Billed | Amount Billed | Narrative |
|---|---|---|---|---|
| 12/2/2025 | Turner, Samuel (8003) | 0.2 | $80.00 | Review case law regarding netting attorneys fees when each party prevails on different claims |
| 12/8/2025 | Turner, Samuel (8003) | 0.1 | $40.00 | Review stipulation for order extending deadline to file motion for attorney's fees |
| 12/9/2025 | Turner, Samuel (8003) | 0.1 | $40.00 | Review order granting stipulation to extend deadline to file motions for attorney's fees |
| 12/22/2025 | Turner, Samuel (8003) | 0.2 | $80.00 | Correspondence with E. Lamm regarding strategy for motion for attorney's fees |
| 12/29/2025 | Turner, Samuel (8003) | 1.2 | $480.00 | Prepare for and attend meeting with E. Lamm regarding motion for attorney's fees |
| 12/30/2025 | Turner, Samuel (8003) | 2.5 | $1,000.00 | Review billing invoices in preparation for drafting exhibits in support of motion for attorney's fees |
| 1/2/2026 | Turner, Samuel (8003) | 2.8 | $1,120.00 | Continue review of invoices to identify tasks for fees motion |
| 1/2/2026 | Turner, Samuel (8003) | 1.4 | $560.00 | Draft outline of motion for attorney's fees |
| 1/5/2026 | Turner, Samuel (8003) | 0.3 | $120.00 | Prepare for and attend meeting with opposing counsel regarding fees motion |
| 1/5/2026 | Turner, Samuel (8003) | 0.2 | $80.00 | Correspondence with opposing counsel regarding meet and confer concerning fees motion |
| 1/5/2026 | Turner, Samuel (8003) | 2.1 | $840.00 | Review and revise invoice exhibits in support of motion for attorney's fees |
| 1/5/2026 | Turner, Samuel (8003) | 4.9 | $1,960.00 | Draft motion for attorney's fees and research and incorporate case law in support of same |
| 1/6/2026 | Turner, Samuel (8003) | 1.8 | $720.00 | Review and revise invoices in support of motion for attorney's fees |
| 1/6/2026 | Turner, Samuel (8003) | 5.1 | $2,040.00 | Draft motion for attorney's fees |
| 1/7/2026 | Turner, Samuel (8003) | 0.5 | $200.00 | Draft declaration of Sam Liu in support of motion for attorney's fees |
| 1/7/2026 | Turner, Samuel (8003) | 1.5 | $600.00 | Draft motion for attorney's fees |
| 1/7/2026 | Turner, Samuel (8003) | 2 | $800.00 | Review and incorporate edits from P. Anderson and E. Lamm to motion for attorney's fees |
| 1/7/2026 | Turner, Samuel (8003) | 2.5 | $1,000.00 | Research and incorporate additional case law regarding purpose of copyright and attorney's fees and applicability to declaratory judgment claims |
| 1/7/2026 | Turner, Samuel (8003) | 3 | $1,200.00 | Review invoices to prepare exhibits regarding time entries in support of motion for attorney's fees |
| 1/7/2026 | Turner, Samuel (8003) | 1.2 | $480.00 | Review redactions of invoices in support of motion for attorney's fees |
| 1/8/2026 | Turner, Samuel (8003) | 1.2 | $480.00 | Draft declaration of P. Anderson in support of motion for attorney's fees |
| 1/8/2026 | Turner, Samuel (8003) | 0.4 | $160.00 | Revise declaration of S. Liu in support of motion for attorney's fees |
| 1/8/2026 | Turner, Samuel (8003) | 1.9 | $760.00 | Revise motion for attorney's fees |
| 1/8/2026 | Turner, Samuel (8003) | 0.5 | $200.00 | Research scope of recoverable fees and incorporate same into motion for attorney's fees |
| 1/8/2026 | Turner, Samuel (8003) | 2.2 | $880.00 | Review and revise invoice exhibits in support of motion for attorney's fees |
| 1/8/2026 | Turner, Samuel (8003) | 1.1 | $440.00 | Review redactions to invoices in support of motion for attorney's fees |
| 1/9/2026 | Turner, Samuel (8003) | 1.7 | $680.00 | Review and incorporate edits from P. Anderson into motion for attorney's fees |
| 1/9/2026 | Turner, Samuel (8003) | 0.4 | $160.00 | Revise declaration of S. Liu in support of motion for attorney's fees |
| 1/9/2026 | Turner, Samuel (8003) | 0.1 | $40.00 | Correspondence with opposing counsel regarding hearing date for motion for attorney's fees |
| 1/9/2026 | Turner, Samuel (8003) | 0.9 | $360.00 | Revise exhibit regarding billing entries in support of motion for attorney's fees |
| 1/9/2026 | Turner, Samuel (8003) | 1.1 | $440.00 | Revise declaration of P. Anderson in support of motion for attorney's fees |
| 1/10/2026 | Turner, Samuel (8003) | 2.4 | $960.00 | Review redactions to invoices in support of motion for attorney's fees |
| 1/10/2026 | Turner, Samuel (8003) | 0.7 | $280.00 | Revise motion for attorney's fees |
| Subtotal: | | 48.20 | $19,280.00 | |

Exhibit A
10