1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHER,<br><br>        Plaintiff,<br><br>v.<br><br>MARY BONO,<br><br>        Defendant. | No. 2:21-cv-08157-JAK (RAOx)<br><br>**ORDER RE STIPULATION TO ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING DATE ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES (DKT. 181)** |

1

1      Based on a review of the Stipulation to Order Setting Briefing Schedule and
2  Continuing Hearing Date on Plaintiff's Motion for Attorney's Fees (the "Stipulation"
3  (Dkt. 181)), sufficient good cause has been shown for the requested relief. Therefore, the
4  Stipulation is **APPROVED IN PART**, as follows:
5      Defendant shall file any opposition to Plaintiff's Motion for Attorney's Fees (the
6  "Motion" (Dkt. 178)) on or before February 2, 2026. Plaintiff shall file any reply in
7  support of the Motion on or before February 16, 2026. The hearing on the Motion is
8  continued from February 23, 2026, to March 2, 2026, at 8:30 a.m., with the precise time
9  to be set when the calendar for that date is issued.

**IT IS SO ORDERED.**

Dated: January 30, 2026

_____
John A. Kronstadt
United States District Judge

2