| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 11 2026 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CHER, individually and as Trustee of The Veritas Trust,

        Plaintiff-ctr-defendant - Appellee,

 v.

DOES, 1 through 10, inclusive,

        Defendant,

MARY BONO, individually and as Trustee of The Bono Collection Trust,

        Defendant-ctr-claimant - Appellant.

No. 25-8085

D.C. No. 2:21-cv-08157-JAK-RAO
Central District of California, Los Angeles

ORDER

    The Clerk is directed to temporarily close this court's docket for administrative purposes until May 1, 2026. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

    At any time, any party may request that this appeal be reopened.

    A dial-in telephone conference will be held on April 29, 2026, at 11:00 AM Pacific Time. Each participant will receive an email with dial-in information.

FOR THE COURT:

By: Roxane Ashe
Circuit Mediator