Peter Anderson, Esq., Cal. Bar No. 88891
    peteranderson@dwt.com
Sean M. Sullivan, Esq., Cal. Bar No. 229104
    seansullivan@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
    ericlamm@dwt.com
Samuel Turner, Esq., Cal. Bar No. 338089
    samturner@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiff and Counterdefendant
CHER, Individually and as
Trustee of The Veritas Trust

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CHER, individually and as Trustee of The Veritas Trust, <br><br> Plaintiff, <br><br> v. <br><br> MARY BONO, individually and as Trustee of the Bono Collection Trust, and DOES 1 through 10, inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:21-CV-08157 JAK (RAOx) <br><br> REPLY DECLARATION OF PETER ANDERSON <br><br> Date:  March 2, 2026 <br> Time:  8:30 a.m. <br><br> Courtroom of the Honorable <br> John A. Kronstadt <br> United States District Judge |

**<u>REPLY DECLARATION OF PETER ANDERSON</u>**

I, Peter Anderson, declare and state:

1.     I am an attorney admitted to practice before this Court and all Courts of the State of California.  I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2.     I am a partner in the law firm Davis Wright Tremaine LLP ("DWT"), and, with my colleagues, represent plaintiff Cher in this action.  This Reply Declaration is submitted in support of Cher's Motion for an award of attorney's fees pursuant to Section 505 of the Copyright Act, 17 U.S.C. § 505.

3.     On August 3, 2023, I took the deposition of Jacqueline Charlesworth, Esq., in this action.  During that deposition, defendant Mary Bono's counsel repeatedly instructed Ms. Charlesworth not to answer questions regarding advice that Ms. Charlesworth or her colleagues at Alter, Kendrick & Baron, LLP provided to Ms. Bono.  True and correct copies of pages from the transcript of Ms. Charlesworth's deposition and which contain the testimony cited in support of Cher's Motion for an award of attorney's fees are attached to this Declaration as Exhibit 4.

4.     In her deposition, Ms. Charlesworth refers to a memorandum that she prepared relating to statutory termination with respect to grants by Sonny Bono.  I am unaware of any such memorandum having been produced either by Defendant or Ms. Charlesworth in this action, and Defendant's counsel prevented me from asking Ms. Charlesworth about the substance of the memorandum on the basis of privilege and attorney work product.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 16, 2026                    /s/ Peter Anderson, Esq.
                                                     Peter Anderson, Esq.

1