UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:21-cv-08157-JAK-RAO | Date | March 2, 2026 |
|---|---|---|---|
| Title | Cher v. Mary Bono | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| M. Lindaya | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric Lamm | Daniel Schacht |
| Peter Anderson | |

**Proceedings:**   **MOTION FOR ATTORNEY FEES (DKT. 178)**

The motion hearing is held. The Court states its tentative views regarding the issues raised by Plaintiff's Motion for Attorney Fees (the "Motion") (Dkt. 178), including (1) the applicability of section 505 of the Copyright Act, 17 U.S.C. § 505, (2) the attorney's fees award analysis under *Fogerty v. Fantasy, Inc.*, 510 U.S. 517, 527 (1994), and (3) apportionment of attorney's fees to copyright issues. Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION**, and a ruling will be issued.

The parties shall each file a brief, not to exceed five (5) pages, regarding the potential apportionment of attorney's fees by March 13, 2026.

**IT IS SO ORDERED.**

|  | : | 49 |
|---|---|---|
| Initials of Preparer | mal | |