| | |
|---|---|
| Name _Peter Anderson (Cal. Bar No. 88891)_ | |
| Address _Davis Wright Tremaine LLP, 350 S. Grand Ave., 27th Flr._ | |
| City, State, Zip _Los Angeles, California 90071_ | |
| Phone _(213) 633-8800_ | |
| Fax _(213) 633-6899_ | |
| E-Mail _peteranderson@dwt.com_ | |

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHER, etc., <br><br> PLAINTIFF(S), <br><br> v. <br><br> MARY BONO, etc., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:21-CV-08157 JAK (RAOx) <br><br> **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____plaintiff and counterdefendant CHER_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
Order Re Plaintiff's Motion for Attorney's
Fees (Dkt. No. 196)

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____July 17, 2026_____. Entered on the docket in this action on _July 17, 2026_____.

A copy of said judgment or order is attached hereto.

| | |
|---|---|
| _July 30, 2026_ | _/s/ Peter Anderson._ |
| Date | Signature |
| | ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk |

**Note:**   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                    **NOTICE OF APPEAL**