UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHER, individually and as Trustee of The Veritas Trust,<br><br>              Plaintiff-ctr-defendant - Appellee,<br><br>   v.<br><br>DOES, 1 through 10, inclusive,<br><br>              Defendant,<br><br>MARY BONO, individually and as Trustee of The Bono Collection Trust,<br><br>              Defendant-ctr-claimant - Appellant. | No. 25-8085<br><br>D.C. No.<br>2:21-cv-08157-JAK-RAO<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| CHER, individually and as Trustee of The Veritas Trust,<br><br>              Plaintiff-ctr-defendant - Appellant,<br><br>   v.<br><br>DOES, 1 through 10, inclusive,<br><br>              Defendant - Appellee,<br><br>MARY BONO, individually and as Trustee of The Bono Collection Trust, | No. 26-4919<br><br>D.C. No.<br>2:21-cv-08157-JAK-RAO<br>Central District of California,<br>Los Angeles |

> Defendant-ctr-claimant -
Appellee.

Appeal No. 25-8085 was administratively closed. The appeal is reopened.

These appeals are consolidated. Briefing schedule in Appeal No. 26-4919 shall apply in both consolidated appeals.

This case is released from the Mediation Program.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions.

All further inquiries regarding this appeal, including requests for extensions of time, should be directed to the Clerk's office.

FOR THE COURT:

By: Roxane Ashe
Circuit Mediator